UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:

CF ADVANCE, CORP.,

    Plaintiff,

v.

ZACHARIAH THOMAS THRASHER,

    Defendant.
_____/

## COMPLAINT

Plaintiffs, CF Advance, Corp., sues Defendant Zachariah Thomas Thrasher, and states:

1. This is an action for declaratory judgment of non-infringement of U.S. Patent No. 9126291 and 9744627 ("Patents") belonging to the Defendant. Copy of the Patents are attached hereto.

2. Plaintiff also sues the Defendant for tortious interference with an advantageous business relationship under the laws of the State of Florida.

3. This Court has jurisdiction over these claims pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1338 because the Complaint states claims arising under an Act of Congress relating to patents.

4. The Court also has supplemental jurisdiction over Plaintiffs' state law claim pursuant to 28 U.S. C. §1367.

## PARTIES

5. Plaintiff CF Advance, Corp., is a California corporation, which sells replacement kits to repair interior automobile door handles through Amazon, EBay, and over the internet.

6. Defendant is a Florida resident who owns the Patents.

## THE CONTROVERSY

7. Defendant contacted Amazon and EBay, as well as possibly others to lodge a complaint that the Plaintiff is allegedly infringing upon the Defendant's Patents.

8. Amazon advised the Plaintiff that if it cannot resolve the matter with the Defendant that the Plaintiff's ability to sell its products through Amazon will be terminated. Plaintiff has been unable to resolve this matter with the Defendant.

9. Plaintiff believes that its actions in selling its products through resellers such as Amazon and EBay are lawful as its products do not infringe on the Defendant's Patents.

10. Because of Defendant's wrongful infringement claims made to Amazon the Plaintiff is at risk of losing its ability to sell its products through Amazon unless Plaintiff obtains a ruling from this Court that the products Plaintiff is selling do not infringe on the Defendant's Patents.

11. Defendant's Patents employ a methodology of removing the original (broken) door handle housing from the back side of the door panel by removing the plastic rivets. The replacement housing is then installed on the back side of the door panel in place of the original over the posts and tabs on the door panel, and fasteners are placed over the posts and pushed down to press the flange of the replacement housing tightly against the back side of the door panel. A hole is drilled through the base of the tab, and a fastener is inserted through the hole and bent around the tab to similarly secure the flange.

12. In contrast, Plaintiff's replacement door handle operates differently and does not infringe upon the Defendant's Patents. Plaintiff's product utilizes a different method to repair the door handles. Defendant's housing for the handle is entirely plastic, while Plaintiff's is the

complete housing with an additional metal housing to reinforce the entire unit resulting in more years of durability. Plaintiff's methodology used to fasten the door handles also differs from the Defendant's method. Defendant's repair kit uses a drill method with plastic rivets which often results in damage to the back splash. Plaintiff's repair kit uses an engraving method, with a special engraving tool enclosed in the kit, together with metal screws.

13. All conditions precedent to the filing and maintenance of this action have been performed or have been waived.

## Count I – Declaratory Relief

14. The allegations of above-paragraphs 1-13 are incorporated into this Count by reference.

15. Defendant has falsely claimed to Amazon and possibly to others, that the Plaintiff's sale of competing repair kits for the inside door handles of vehicles infringes upon Defendant's Patents. As a result, Amazon has threatened imminent action against the Plaintiffs to remove their ability to sell their repair kits through Amazon. If that occurs, Plaintiff will lose a large percentage of its sales.

16. An actual, present and justiciable controversy has arisen between the Plaintiff and the Defendant concerning Plaintiff's right to sell its competing repair kits through Amazon to customers.

17. Plaintiff seeks a declaratory judgment from this Court that its sale of its automobile handle repair kits does not infringe on Defendant's Patents.

Wherefore, Plaintiff seeks a declaration from the Court that its product that it sells through Amazon, EBay and over the internet does not infringe upon Defendant's Patents.

Count II – Tortious Interference with Advantageous business Relationship

18. The allegations of above-paragraphs 1-13 are incorporated into this Count by reference.

19. Plaintiff has an existing relationship with Amazon and EBay which permits the Plaintiff to resell its products to customers through their websites.

20. Defendant has knowledge of that relationship.

21. Defendant's false allegations of infringement upon his Patents made to Amazon, EBay and possibly to others, constitutes an intentional and unjustified interference with those relationships.

22. Plaintiff has or will sustain damages as a result of the Defendant's actions.

Wherefore, Plaintiff demands judgment for damages against the Defendant.

/s/ MARK GOLDSTEIN
FL Bar No: 882186
1835 NE Miami Gardens Drive, Suite 211
Miami, Florida 33179
Telephone: (305) 342-4839
E-Mail: markgoldsteinattorney@gmail.com

| (12) | United States Patent<br>Thrasher | (10) Patent No.: **US 9,126,291 B1**<br>(45) Date of Patent: **Sep. 8, 2015** |
|---|---|---|

(54) **METHOD AND APPARATUS FOR REPAIR OF VEHICLE DOOR HANDLES**

(76) Inventor: **Zach Thrasher**, Winter Park, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 167 days.

(21) Appl. No.: **13/532,661**

(22) Filed: **Jun. 25, 2012**

### Related U.S. Application Data

(60) Provisional application No. 61/500,170, filed on Jun. 23, 2011.

(51) Int. Cl.
*B23P 6/00* (2006.01)
*B25B 27/08* (2006.01)
*E05B 85/12* (2014.01)

(52) U.S. Cl.
CPC . *B23P 6/00* (2013.01); *B25B 27/08* (2013.01); *E05B 85/12* (2013.01); *Y10T 29/4973* (2015.01); *Y10T 29/49718* (2015.01); *Y10T 29/49721* (2015.01); *Y10T 29/49726* (2015.01); *Y10T 29/49741* (2015.01); *Y10T 29/49746* (2015.01); *Y10T 29/49815* (2015.01); *Y10T 29/49826* (2015.01); *Y10T 29/49885* (2015.01); *Y10T 29/49947* (2015.01)

(58) Field of Classification Search
CPC ............ B23P 6/00; B25B 27/08; E05B 5/12; E05B 85/12; E05B 85/14; Y10T 29/49718; Y10T 29/49815; Y10T 29/49721; Y10T 29/49726; Y10T 29/4973; Y10T 29/49741; Y10T 29/49746; Y10T 29/49826; Y10T 29/49885; Y10T 29/49947
USPC ............... 29/402.01, 402.03, 402.06, 402.08, 29/402.12, 402.14, 426.1, 426.4, 426.5; 292/336.3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2014/0035300 A1* 2/2014 Kindig .................. 292/336.3

* cited by examiner

*Primary Examiner* — John C Hong
(74) *Attorney, Agent, or Firm* — Larry D. Johnson

(57) **ABSTRACT**

A repair kit to repair broken interior door handle assemblies on certain vehicles. The method includes removing the original (broken) door handle housing from the back side of the door panel by removing the plastic rivets. The replacement housing is then installed on the back side of the door panel in place of the original over the posts and tab(s) on the door panel, and fasteners are placed over the posts and pushed down to press the flange of the replacement housing tightly against the back side of the door panel. A hole is drilled through the base of the tab, and a fastener is inserted through the hole and bent around the tab to similarly secure the flange.

**6 Claims, 3 Drawing Sheets**



US009744627B1

(12) **United States Patent**
Thrasher

(10) Patent No.: **US 9,744,627 B1**
(45) Date of Patent: *Aug. 29, 2017

(54) **METHOD AND APPARATUS FOR REPAIR OF VEHICLE DOOR HANDLES**

(71) Applicant: **Zach Thrasher**, Winter Park, FL (US)

(72) Inventor: **Zach Thrasher**, Winter Park, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/847,420**

(22) Filed: **Sep. 8, 2015**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 13/532,661, filed on Jun. 25, 2012, now Pat. No. 9,126,291.

(60) Provisional application No. 61/500,170, filed on Jun. 23, 2011.

(51) Int. Cl.
*B23P 6/00* (2006.01)
*E05B 85/12* (2014.01)
*B25B 27/08* (2006.01)

(52) U.S. Cl.
CPC ............... *B23P 6/00* (2013.01); *E05B 85/12* (2013.01); *B25B 27/08* (2013.01); *Y10T 29/4973* (2015.01); *Y10T 29/49718* (2015.01); *Y10T 29/49721* (2015.01); *Y10T 29/49726* (2015.01); *Y10T 29/49741* (2015.01); *Y10T 29/49746* (2015.01); *Y10T 29/49815* (2015.01); *Y10T 29/49826* (2015.01); *Y10T 29/49885* (2015.01); *Y10T 29/49947* (2015.01)

(58) Field of Classification Search
CPC ...... B23P 6/00; E05B 85/12; Y10T 29/49826; Y10T 29/49746; Y10T 29/49885; Y10T 29/49741; Y10T 29/49947; Y10T 29/49815; Y10T 29/4973; Y10T 29/49721; Y10T 29/49718; Y10T 29/49726; B25B 27/08
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

9,126,291 B1 * 9/2015 Thrasher .................. B23P 6/00

* cited by examiner

*Primary Examiner* — John C Hong
(74) *Attorney, Agent, or Firm* — Larry D. Johnson

(57) **ABSTRACT**

A repair kit can be used to repair broken interior door handle assemblies on certain vehicles, and replaces the original equipment door handle support housing with a replacement housing, without having to replace the entire door panel. The method includes removing the original (broken) door handle housing from the back side of the door panel by drilling or otherwise removing the plastic rivets that secure the original handle housing to the door panel. The replacement housing is then installed on the back side of the door panel in place of the original and screws are installed into drilled-out plastic rivet locations in the door panel through apertures in the replacement door handle housing to secure the replacement door handle housing to the door panel.

5 Claims, 4 Drawing Sheets

