UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

Case No: 6:18-cv-1770-Orl-41DCI

CF ADVANCE CORP.,

    Plaintiff,

v.

ZACHARIAH
THOMAS THRASHER,

    Defendant.
_____/

PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

    I hereby disclose the following pursuant to this Court's interested persons Order:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    A.    Mark A. Goldstein, Plaintiff's counsel
    B.    Andrew Rapacke, Defendant's counsel
    C.    CF Advance Corp., Plaintiff
    D.    Zachariah Thrasher, Defendant
    E.    Wen Chen – Director of Defendant
    F.    Keira Chen – Director of Defendant
    G.    Weiwen Wang - Director of Defendant

    2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None

    3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

  None

    4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  N/A

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

I certify that on October 22, 2018, I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to Andrew Scott Rapacke, Esq., 1836 North Pine Island Road, Plantation, Florida 33322-5202.

/s/ MARK GOLDSTEIN  
FL Bar No: 882186  
1835 NE Miami Gardens Drive, Suite 211  
Miami, Florida 33179  
Telephone: (305) 342-4839  
E-Mail: markgoldsteinattorney@gmail.com