PTO/SB/57 (09-16)
Approved for use through 09/30/2018. OMB 0651-0064
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

(Also referred to as FORM PTO-1465)

# REQUEST FOR *EX PARTE* REEXAMINATION TRANSMITTAL FORM

Address to:
**Mail Stop *Ex Parte* Reexam**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA  22313-1450**

Attorney Docket No.: RBI-PT079RX

Date: September 28, 2018

1. ✔ This is a request for *ex parte* reexamination pursuant to 37 CFR 1.510 of patent number 9,126,291
   issued 2015-09-08 . The request is made by:

   ☐ patent owner.          ✔ third party requester.

2. ✔ The name and address of the person requesting reexamination is:

   RB Distribution, Inc.

   3400 East Walnut Street

   Colmar, PA  18915

3. Requester asserts ☐ small entity status (37 CFR 1.27) or ☐ certifies micro entity status (37 CFR 1.29). Only a patent owner requester can certify micro entity status. Form PTO/SB/15A or B must be attached to certify micro entity status.

4. ☐ a. A check in the amount of $_____ is enclosed to cover the reexamination fee, 37 CFR 1.20(c)(1);

   ☐ b. The Director is hereby authorized to charge the fee as set forth in 37 CFR 1.20(c)(1) to Deposit Account No. _____

   ☐ c. Payment by credit card.  Form PTO-2038 is attached; **or**

   ✔ d. Payment made via EFS-Web.

5. ✔ Any refund should be made by ☐ check or ✔ credit to Deposit Account No. 22-0493 .
   37 CFR 1.26(c). If payment is made by credit card, refund must be to credit card account.

6. ✔ A copy of the patent to be reexamined having a double column format on one side of a separate paper is enclosed. 37 CFR 1.510(b)(4).

7. ☐ CD-ROM or CD-R in duplicate, Computer Program (Appendix) or large table
   ☐ Landscape Table on CD

8. ☐ Nucleotide and/or Amino Acid Sequence Submission
   *If applicable, items a. – c. are required.*

   a. ☐ Computer Readable Form (CRF)

   b. Specification Sequence Listing on:

      i. ☐ CD-ROM (2 copies) or CD-R (2 copies); **or**

      ii. ☐ paper

   c. ☐ Statements verifying identity of above copies

9. ☐ A copy of any disclaimer, certificate of correction or reexamination certificate issued in the patent is included.

10. ✔ Reexamination of claim(s) 1-6 is requested.

11. ✔ A copy of every patent or printed publication relied upon is submitted herewith including a listing thereof on Form PTO/SB/08, PTO-1449, or equivalent.

12. ☐ An English language translation of all necessary and pertinent non-English language patents and/or printed publications is included.

[Page 1 of 2]

This collection of information is required by 37 CFR 1.510. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) a request for reexamination. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 18 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop *Ex Parte* Reexam, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/57 (09-16)
Approved for use through 09/30/2018. OMB 0651-0064
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

13. ☑ The attached detailed request includes at least the following items:

    a. A statement identifying each substantial new question of patentability based on prior patents and printed publications. 37 CFR 1.510(b)(1).

    b. An identification of every claim for which reexamination is requested, and a detailed explanation of the pertinency and manner of applying the cited art to every claim for which reexamination is requested. 37 CFR 1.510(b)(2).

14. ☐ A proposed amendment is included (only where the patent owner is the requester). 37 CFR 1.510(e).

15. ☑ It is certified that the statutory estoppel provisions of 35 U.S.C. 315(e)(1) or 35 U.S.C. 325(e)(1) do not prohibit requester from filing this *ex parte* reexamination request. 37 CFR 1.510(b)(6).

16. ☑ a. It is certified that a copy of this request (if filed by other than the patent owner) has been served in its entirety on the patent owner as provided in 37 CFR 1.33(c).

    The name and address of the party served and the date of service are:

    Larry D. Johnson

    P.O. Box 470277, Celebration, FL 34747

    Date of Service: September 28, 2018    ; or

   ☐ b. A duplicate copy is enclosed since service on patent owner was not possible. An explanation of the efforts made to serve patent owner **is attached**. *See* MPEP 2220.

17. Correspondence Address: Direct all communication about the reexamination to:

   ☑ The address associated with Customer Number: | **03624**

   **OR**

   ☐ Firm or Individual Name _____

Address

| City | State | Zip |
|---|---|---|
| Country | | |
| Telephone | Email | |

18. ☐ The patent is currently the subject of the following concurrent proceeding(s):

   ☐ a. Copending reissue Application No. _____

   ☐ b. Copending reexamination Control No. _____

   ☐ c. Copending Interference No. _____

   ☐ d. Copending litigation styled: _____

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

| /Anthony S. Volpe/ | September 28, 2018 | |
|---|---|---|
| Authorized Signature | Date | |
| Anthony S. Volpe | 28377 | ☐ For Patent Owner Requester |
| Typed/Printed Name | Registration No. | ☑ For Third Party Requester |

[Page 2 of 2]

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 62755 | 7590 | 07/31/2015 |
|---|---|---|

LARRY D. JOHNSON
P.O. BOX 470277
CELEBRATION, FL 34747

| EXAMINER |
|---|
| HONG, JOHN C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3726 | |

DATE MAILED: 07/31/2015

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/532,661 | 06/25/2012 | Zach Thrasher | 11008.PIUS | 1673 |

TITLE OF INVENTION: Method and Apparatus for Repair of Vehicle Door Handles

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0 | $0 | $480 | 11/02/2015 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to: Mail**  Mail Stop ISSUE FEE
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
or **Fax**  **(571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

62755        7596        07/31/2015
LARRY D. JOHNSON
P.O. BOX 470277
CELEBRATION, FL 34747

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/532,661 | 06/25/2012 | Zach Thrasher | 11008.P1US | 1673 |

TITLE OF INVENTION: Method and Apparatus for Repair of Vehicle Door Handles

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0 | $0 | $480 | 11/02/2015 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| HONG, JOHN C | 3726 | 029-402010 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                              (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual  ☐ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are submitted:

☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)

☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29
☐ Applicant asserting small entity status. See 37 CFR 1.27
☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____   Date _____

Typed or printed name _____   Registration No. _____

Page 2 of 3

Page 5

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/532,661 | 06/25/2012 | Zach Thrasher | 11008.P1US | 1673 |

62755      7590      07/31/2015

LARRY D. JOHNSON
P.O. BOX 470277
CELEBRATION, FL 34747

| EXAMINER |
|---|
| HONG, JOHN C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3726 | |

DATE MAILED: 07/31/2015

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| | Application No. | Applicant(s) | |
|---|---|---|---|
| ***Notice of Allowability*** | 13/532,661 | THRASHER, ZACH | |
| | Examiner | Art Unit | AIA (First Inventor to File) Status |
| | JOHN C. HONG | 3726 | No |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *Amendment filed 6/23/15*.

   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *3-8*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov .

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   **Certified copies:**

   a) ☐ All   b) ☐ Some   *c) ☐ None of the:

   1. ☐ Certified copies of the priority documents have been received.

   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No/Mail Date _____

3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☐ Examiner's Amendment/Comment

6. ☐ Examiner's Statement of Reasons for Allowance

7. ☒ Other *drawing*.

/JOHN C HONG/
Primary Examiner, Art Unit 3726

**Certificate of Transmission under 37 CFR 1.8**
I hereby certify that this correspondence is being
transmitted via electronic submission, attention:

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

on June 23, 2015

/Larry D. Johnson/
Larry D. Johnson
(Reg. No. 31,528)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Zach Thrasher | ) | Examiner: Hong, John C. |
| | | ) | |
| Serial No.: | 13/532,661 | ) | A.U. 3726 |
| | | ) | |
| Filed: | 06/25/2012 | ) | Confirmation No: 1673 |
| | | ) | |
| Title: | Method and Apparatus | ) | Customer No: 62755 |
| | for Repair of Vehicle | ) | |
| | Door Handles | ) | Docket No: 11008.P1US |
| | | ) | |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## AMENDMENT B

Dear Sir:

In response to the Office Action mailed May 27, 2015, please amend the above-identified

application as follows:

## I. INTRODUCTORY COMMENTS

**Amendments to the Specification** begin on page 2 of this paper.

**Amendments to the Drawings** begin on page 3 of this paper and include attached

replacement sheets.

**Remarks/Arguments** begin on page 4 of this paper.

*Appl. Ser. No. 13/532,661*
*Reply to Office Action Dated: 05/27/2015*                                          *Page 3 of 4*

### III. AMENDMENTS TO THE DRAWINGS

Applicant has submitted replacement figures in accordance with the Examiner's indications and in compliance with 37 C.F.R. § 1.84.  In FIG. 2, previously omitted element/reference number 23 (plastic rivet) has been added.


**Attachment:**  Replacement Sheets

*Appl. Ser. No. 13/532,661*
*Reply to Office Action Dated: 05/27/2015*

*Page 4 of 4*

## IV. REMARKS/ARGUMENTS

### A. *Generally*

The Examiner had indicated that the drawings were objected to. Applicant hereby submits replacement drawings which correct the cited deficiency. Applicant has also amended the specification to add a previously omitted element/reference number. No new matter has been entered.

## V. CONCLUSION

In view of these amendments and comments it is believed that each of the presently pending claims in this application is in condition for immediate allowance, and such allowance is therefore respectfully requested. The Examiner is invited to call Applicant's undersigned attorney if, in the opinion of the Examiner, a telephone conference will in any way expedite prosecution of this application.

Respectfully Submitted,

Date: 06-23-2015

/Larry D. Johnson/
Larry D. Johnson
Registration No. 31,528
P.O. Box 470277
Celebration, FL 34747
Telephone (407) 566-0801
Attorney for Applicant

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/532,661 | 06/25/2012 | Zach Thrasher | 11008.P1US | 1673 |

60755          7590          05/27/2015

LARRY D. JOHNSON
P.O. BOX 470277
CELEBRATION, FL 34747

| EXAMINER |
|---|
| HONG, JOHN C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3726 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 05/27/2015 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

| **Office Action Summary** | Application No.<br>13/532,661 | Applicant(s)<br>THRASHER, ZACH | |
| | Examiner<br>JOHN C. HONG | Art Unit<br>3726 | AIA (First Inventor to File)<br>Status<br>No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>2</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on *10/6/14*.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☒ This action is **FINAL**.   2b) ☐ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☒ Claim(s) *3-8* is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☒ Claim(s) *3-8* is/are allowed.

7) ☐ Claim(s) _____ is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☒ The drawing(s) filed on *6/25/12* is/are: a) ☐ accepted or b) ☒ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐ All   b) ☐ Some**   c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4) ☐ Other: _____.

Application/Control Number: 13/532,661                                  Page 2
Art Unit: 3726

1.      The present application is being examined under the pre-AIA first to invent provisions.

This application is in condition for allowance except for the following formal matters:

**Drawings**

The drawings are objected to as failing to comply with 37 CFR 1.84(p)(4) because

reference character "24" has been used to designate both rivets and post. Corrected drawing

sheets in compliance with 37 CFR 1.121(d) are required in reply to the Office action to avoid

abandonment of the application. Any amended replacement drawing sheet should include all of

the figures appearing on the immediate prior version of the sheet, even if only one figure is being

amended. Each drawing sheet submitted after the filing date of an application must be labeled in

the top margin as either "Replacement Sheet" or "New Sheet" pursuant to 37 CFR 1.121(d). If

the changes are not accepted by the examiner, the applicant will be notified and informed of any

required corrective action in the next Office action. The objection to the drawings will not be

held in abeyance.

Prosecution on the merits is closed in accordance with the practice under *Ex parte

Quayle*, 25 USPQ 74, 453 O.G. 213, (Comm'r Pat. 1935).

A shortened statutory period for reply to this action is set to expire **TWO MONTHS**

from the mailing date of this letter.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to JOHN C. HONG whose telephone number is (571)272-4529.

The examiner can normally be reached on M-F 9:00-18:00 First Friday Off.

Application/Control Number: 13/532,661                                    Page 3
Art Unit: 3726

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, DAVID BRYANT can be reached on 571-272-4526. The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/JOHN C HONG/
Primary Examiner, Art Unit 3726

jh

*Appl. Ser. No: 13/532,661*
*Reply to Office Action Dated: 04/01/2014*

*Page 2 of 5*

## II. AMENDMENTS TO THE CLAIMS

### *Listing of Claims with Status Identified*

This listing of claims will replace all prior versions, and listing, of claims in the application:

Claims 1-2 (canceled)

3. (new)A method for repairing a broken interior door handle housing on an interior door panel on a door of a vehicle, the broken interior door handle housing integrated into the interior door panel by a plurality of rivets, the interior door panel bearing at least one post extending from the interior door panel through a corresponding aperture in the broken interior door handle housing, the method comprising:

removing the interior door panel from the door;

removing the broken interior door handle housing from the interior door panel by removing the plurality of rivets and detaching the broken interior door handle housing;

installing a replacement interior door handle housing on the interior door panel such that the at least one post on the interior door panel extends through an aperture in the replacement interior door handle housing;

placing a retainer over the at least one post on the interior door panel to press the replacement interior door handle housing against the interior door panel; and

replacing the interior door panel on the door.

4. (new) The method of claim 3 wherein the step of removing the broken interior door handle housing from the interior door panel by removing the rivets and detaching the broken interior door handle housing comprises removing the rivets with a drill.

5. (new) The method of claim 3 wherein the step of removing the broken interior door handle housing from the interior door panel by removing the rivets and detaching the broken interior door handle housing comprises removing the rivets with a razor knife.

6. (new) The method of claim 3 wherein the interior door panel further includes a tab extending from the interior door panel through a corresponding aperture in the broken interior door handle housing, and the step of installing a replacement interior door handle housing on the interior door panel comprises installing the replacement interior door handle housing on the interior door panel such that the tab on the interior door panel extends through an aperture in the replacement interior door handle housing.

7. (new) The method of claim 6 wherein the step of installing a replacement interior door handle housing on the interior door panel includes drilling a hole in the tab and inserting a cotter pin in the hole to secure the replacement interior door handle housing against the interior door panel.

8. (new) The method of claim 3 wherein the step of installing a replacement interior door handle housing on the interior door panel further includes applying adhesive between the interior door panel and the replacement interior door handle housing.

*Appl. Ser. No: 13/532,661*
*Reply to Office Action Dated: 04/01/2014*

*Page 4 of 5*

## III. REMARKS/ARGUMENTS

### A. *Generally*

The Examiner has indicated that claims 1 - 2 are pending in the application; that claims 1-2 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite; and that claims 1-2 are rejected under 35 U.S.C. 102(b) as anticipated by US2014/0035300. Applicant, by this Amendment, cancels claims 1-2, and submits new claims 3-8, respectfully submitted to be patentable over the cited art. Applicant submits the following argument in support thereof.

### B. *Response to Rejections Based on 35 U.S.C. § 112*

The Examiner has indicated that claims 1-2 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite. Applicant has canceled those claims, and submits new claims which address the noted indefiniteness.

### C. *Response to Rejections Based on 35 U.S.C. § 102(b)*

The Examiner has indicated that claims 1-2 are rejected under 35 U.S.C. 102(b) as anticipated by US2014/0035300 (hereinafter "Kindig"). However, Kindig discloses a particular push-button type of replacement door handle for an <u>exterior</u> door of a vehicle, and does not teach or suggest the features or steps of applicant's claimed method.

More specifically, Kindig fails to disclose applicant's method for repairing a broken <u>interior</u> door handle housing on an interior door panel on a door of a vehicle, by removing the plurality of rivets and detaching the broken interior door handle housing; installing a replacement interior door handle housing on the interior door panel such that a post on the interior door panel extends through an aperture in the replacement interior door handle housing; placing a retainer over the post on the interior door panel to press the replacement interior door handle housing against the interior door panel; and replacing the interior door panel on the door.

Further, Kindig fails to disclose applicant's method of installing a replacement interior

*Appl. Ser. No: 13/532,661*
*Reply to Office Action Dated: 04/01/2014*

*Page 5 of 5*

door handle housing on the interior door panel such that a tab on the interior door panel extends through an aperture in the replacement interior door handle housing, drilling a hole in the tab and inserting a cotter pin in the hole to secure the replacement interior door handle housing against the interior door panel.

Still further, Kindig fails to disclose applicant's method of installing a replacement interior door handle housing on the interior door panel further by applying adhesive between the interior door panel and the replacement interior door handle housing.

## IV. CONCLUSION

In view of these amendments and comments it is believed that each of the presently pending claims in this application is in condition for immediate allowance, and such allowance is therefore respectfully requested. The Examiner is invited to call Applicant's undersigned attorney if, in the opinion of the Examiner, a telephone conference will in any way expedite prosecution of this application.

Respectfully Submitted,

Date: October 1, 2014

/Larry D. Johnson/
Larry D. Johnson
Registration No. 31,528
P.O. Box 470277
Celebration, FL 34747
Telephone (407) 566-0801
Attorney for Applicant

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/532,661 | 06/25/2012 | Zach Thrasher | 11008.PIUS | 1673 |

62755      7590      04/01/2014

LARRY D. JOHNSON
P.O. BOX 470277
CELEBRATION, FL 34747

| EXAMINER |
|---|
| HONG, JOHN C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3726 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 04/01/2014 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

| **Office Action Summary** | **Application No.** 13/532,661 | | **Applicant(s)** THRASHER, ZACH | |
|---|---|---|---|---|
| | **Examiner** JOHN C. HONG | | **Art Unit** 3726 | **AIA (First Inventor to File) Status** No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on _____.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a) ☐ This action is **FINAL**.          2b) ☒ This action is non-final.
3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☒ Claim(s) *1 and 2* is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6) ☐ Claim(s) _____ is/are allowed.
7) ☒ Claim(s) *1,2* is/are rejected.
8) ☐ Claim(s) _____ is/are objected to.
9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10) ☐ The specification is objected to by the Examiner.
11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All   b) ☐ Some**   c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____.
4) ☐ Other: _____.

Application/Control Number: 13/532,661                                    Page 2
Art Unit: 3726

## DETAILED ACTION

### *Drawings*

1.     The drawings are objected to under 37 CFR 1.83(a). The drawings must show every

feature of the invention specified in the claims. Therefore, the "rod","spring" and "plastic clip'

must be shown or the feature(s) canceled from the claim(s). No new matter should be entered.

       Corrected drawing sheets in compliance with 37 CFR 1.121(d) are required in reply to

the Office action to avoid abandonment of the application. Any amended replacement drawing

sheet should include all of the figures appearing on the immediate prior version of the sheet,

even if only one figure is being amended. The figure or figure number of an amended drawing

should not be labeled as "amended." If a drawing figure is to be canceled, the appropriate figure

must be removed from the replacement sheet, and where necessary, the remaining figures must

be renumbered and appropriate changes made to the brief description of the several views of the

drawings for consistency. Additional replacement sheets may be necessary to show the

renumbering of the remaining figures. Each drawing sheet submitted after the filing date of an

application must be labeled in the top margin as either "Replacement Sheet" or "New Sheet"

pursuant to 37 CFR 1.121(d). If the changes are not accepted by the examiner, the applicant will

be notified and informed of any required corrective action in the next Office action. The

objection to the drawings will not be held in abeyance.

### *Claim Rejections - 35 USC § 112*

2.     The following is a quotation of 35 U.S.C. 112(b):
       (b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing
       out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the
       invention.

       The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:

Application/Control Number: 13/532,661                                    Page 3
Art Unit: 3726

> The specification shall conclude with one or more claims particularly pointing out and distinctly
> claiming the subject matter which the applicant regards as his invention.

3.       Claims 1 and 2 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second

paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject

matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the

invention.

Claim 1, line 2, "the door panel" lacks antecedent basis.

Claim 1, line 3, "the rod" lacks antecedent basis.

Claim 1, line 4, "the door handle and housing" lacks antecedent basis.

Claim 1, line 4, "the plastic rivets" lacks antecedent basis.

Claim 1, line 6, "the new handle and housing" lacks antecedent basis.

Claim 1, line 6, "the holes" lacks antecedent basis.

Claim 1, line 7, "the corresponding posts and tabs" lacks antecedent basis.

Claim 1, line 8, "the provided washer" lacks antecedent basis.

Claim 1, line 9, "the bottom" lacks antecedent basis.

Claim 1, line 10, "the provided cotter pin" lacks antecedent basis.

Claim 2, line 3, "the replacement door handle housing" lacks antecedent basis.

Claim 2, line 3, "the holes" lacks antecedent basis.

Claim 2, line 4, "the spring" lacks antecedent basis.

Claim 2, line 4, "the pin" lacks antecedent basis.

Claim 2, line 5, "the new handle and housing" lacks antecedent basis.

Claim 2, line 5, "the door panel" lacks antecedent basis.

Claim 2, line 6, "the corresponding posts and tabs" lacks antecedent basis.

Application/Control Number: 13/532,661                                                    Page 4
Art Unit: 3726

> Claim 2, line 7, "the provided washer' lacks antecedent basis.

> Claim 2, line 9, "the bottom" lacks antecedent basis.

> Claim 2, line 9, the provided cotter pin' lacks antecedent basis.

### *Claim Rejections - 35 USC § 102*

4.      The following is a quotation of the appropriate paragraphs of pre-AIA 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –

> (a) the invention was known or used by others in this country, or patented or described in a printed
> publication in this or a foreign country, before the invention thereof by the applicant for a patent.

5.      Claims 1 and 2, are, insofar as understood, rejected under pre-AIA 35 U.S.C. 102(a) as

being anticipated by US2014/0035300.

'300 discloses : regarding claim 1, a method for the repair of vehicle door handles, the

method comprising: removing the door panel, disconnecting any electrical clips, and

disconnecting the rod that is attached to the door handle; removing the door handle and housing

by removing the plastic rivets and detaching the handle and housing; installing the new handle

and housing on the door panel by lining the holes and slots up with the corresponding posts and

tabs of the door panel, pressing the housing down until it is flush with the panel, pressing the

provided washer down the post until the handle is tight on the panel, drilling a hole through the

tab that protrudes through the bottom of the housing, inserting the provided cotter pin, and

manipulating the cotter pin around the tab; and replacing the door panel on the vehicle (Claim

29); and regarding claim 2, an apparatus for the repair of vehicle door handles, said apparatus

comprising: a replacement door handle housing constructed of strong composite material,

wherein the handle is installed in the replacement housing by lining up the holes on the handle

Application/Control Number: 13/532,661                                          Page 5
Art Unit: 3726

with the holes on the housing, compressing the spring into the handle and inserting the pin

through the housing, handle, and spring; and the new handle and housing are installed on the

door panel by lining the holes and slots up with the corresponding posts and tabs of the door.

panel, pressing the housing down until it is flush with the panel, pressing the provided washer

down the post until the handle is tight on the panel, drilling a hole through the tab that protrudes

through the bottom of the housing, inserting the provided cotter pin, and manipulating the cotter

pin around the tab; and the door panel is replaced on the vehicle (Claim 18.

　　　Any inquiry concerning this communication or earlier communications from the

examiner should be directed to JOHN C. HONG whose telephone number is (571)272-4529.

The examiner can normally be reached on M-F 9:00-18:00 First Friday Off.

　　　If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, DAVID BRYANT can be reached on 571-272-4526.  The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

　　　Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system.  Status information for published applications

may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished

applications is available through Private PAIR only.  For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

　　　　　　　　　　　　　　　　　　/JOHN C HONG/

Application/Control Number: 13/532,661                                    Page 6
Art Unit: 3726

                                                    Primary Examiner, Art Unit 3726

jh

- 13 -

## CLAIMS

What is claimed as invention is:

1.     A method for the repair of vehicle door handles, the method comprising:

5                    removing the door panel, disconnecting any electrical clips, and
disconnecting the rod that is attached to the door handle;

                    removing the door handle and housing by removing the plastic rivets and
detaching the handle and housing;

                    installing the new handle and housing on the door panel by lining the holes
10     and slots up with the corresponding posts and tabs of the door panel, pressing the housing down
until it is flush with the panel, pressing the provided washer down the post until the handle is
tight on the panel, drilling a hole through the tab that protrudes through the bottom of the
housing, inserting the provided cotter pin, and manipulating the cotter pin around the tab; and
                    replacing the door panel on the vehicle.

15

2.     An apparatus for the repair of vehicle door handles, said apparatus comprising:
                    a replacement door handle housing constructed of strong composite
material, wherein the handle is installed in the replacement housing by lining up the holes on the
handle with the holes on the housing, compressing the spring into the handle and inserting the
20     pin through the housing, handle, and spring; and the new handle and housing are installed on the
door panel by lining the holes and slots up with the corresponding posts and tabs of the door

*Applicant: Zach Thrasher*
*For: Method and Apparatus for Repair of*
*Vehicle Door Handles*
*Attorney Docket No: 11008.P1US*

- 14 -

panel, pressing the housing down until it is flush with the panel, pressing the provided washer down the post until the handle is tight on the panel, drilling a hole through the tab that protrudes through the bottom of the housing, inserting the provided cotter pin, and manipulating the cotter pin around the tab; and the door panel is replaced on the vehicle.

5

*Applicant: Zach Thrasher*
*For: Method and Apparatus for Repair of*
*Vehicle Door Handles*
*Attorney Docket No: 11008.P1US*

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | METHOD AND APPARATUS FOR REPAIR OF VEHICLE DOOR HANDLES |
| **First Named Inventor/Applicant Name:** | Zach Thrasher |
| **Filer:** | Anthony S. Volpe/Valerie Greco |
| **Attorney Docket Number:** | RBI-PT079RX |

Filed as Large Entity

**Filing Fees for** ex parte reexam

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| EX PARTE REEXAMINATION (1.510(A)) NON-STREAMLINED | 1812 | 1 | 12000 | 12000 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **12000** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 33859257 |
| **Application Number:** | 90014211 |
| **International Application Number:** | |
| **Confirmation Number:** | 6751 |
| **Title of Invention:** | METHOD AND APPARATUS FOR REPAIR OF VEHICLE DOOR HANDLES |
| **First Named Inventor/Applicant Name:** | Zach Thrasher |
| **Customer Number:** | 3624 |
| **Filer:** | Anthony S. Volpe/Valerie Greco |
| **Filer Authorized By:** | Anthony S. Volpe |
| **Attorney Docket Number:** | RBI-PT079RX |
| **Receipt Date:** | 28-SEP-2018 |
| **Filing Date:** | |
| **Time Stamp:** | 12:29:21 |
| **Application Type:** | Reexam (Third Party) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $ 12000 |
| RAM confirmation Number | 100118INTEFSW12304500 |
| Deposit Account | 220493 |
| Authorized User | Valerie Greco |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

    37 CFR 1.17 (Patent application and reexamination processing fees)

    37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Copy of patent for which reexamination is requested | Exhibit_A_Thrasher_US9126291.PDF | 672618<br><br>84d3829a03285573d9940914d24e82fde53f a129 | no | 7 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_B_DOITYOURSELF_COM.pdf | 182158<br><br>d0c63ca33064078956dad700eefb9b1c7c ef535 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_C_DENLORSAUTOBLOG.pdf | 1218707<br><br>fec4750cb993e7f7f427f0b5d3bbda0dca69 5657 | no | 3 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_D_VISO0103.pdf | 940133<br><br>5c80ce30693321028521b7d9d55731e21954 9aed9 | no | 4 |
| Warnings: | | | | | |
| Information: | | | | | |
| 5 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_F_GERRY_BISSI.pdf | 524962<br><br>310af57e7113b4d52f6429 8b62cb34127bf ad049 | no | 4 |
| Warnings: | | | | | |
| Information: | | | | | |
| 6 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_H_DOITYOURSELF_COM.pdf | 306622<br><br>7b83b6a30c4897d7d360012c5397151f611 86370 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |

| 7 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_I_BIMMERFORUMS_COM.pdf | 1105803<br>25df218d7a5ea43e90992a5a400e19714ff56067 | no | 9 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 8 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_E_CROWNVIC_NET.pdf | 709215<br>9643db9aa4a280ed37cad61d83a58404dbc3a684 | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 9 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_G_BSF_CO.pdf | 10206795<br>433691a0cfb1137bcf783629d9c60824b5cc5a0e | no | 76 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 10 | Information Disclosure Statement (IDS) Form (SB08) | RBI_PT079RX_IDS.PDF | 613205<br>b970b99d869a9115fdde9d5465f566b1ef945618 | no | 5 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

A U.S. Patent Number Citation or a U.S. Publication Number Citation is required in the Information Disclosure Statement (IDS) form for autoloading of data into USPTO systems. You may remove the form to add the required data in order to correct the Informational Message if you are citing U.S. References. If you chose not to include U.S. References, the image of the form will be processed and be made available within the Image File Wrapper (IFW) system. However, no data will be extracted from this form. Any additional data such as Foreign Patent Documents or Non Patent Literature will be manually reviewed and keyed into USPTO systems.

| 11 | Transmittal of New Application | RBI-PT079RX_SB57Form.PDF | 437251<br>bc6151326e3b9412e2cbe5984417450f274e9202 | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 12 | Receipt of Orig. Ex Parte Request by Third Party | RBI_PT079RX_Reexam_Req.PDF | 812746<br>446c5678567 2dc44f584943231db2891d17bd3e3 | no | 32 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 13 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_J_ProsecutionHistory.pdf | 22170512<br>bc538481a373e9aa333dce38ad4932d4b4fd1716 | no | 25 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 14 | Fee Worksheet (SB06) | fee-info.pdf | 29956<br><br>4480a5fbb60149ad9b53b8f01fc4baa812865baa0 | no | 2 |
|----|----------------------|--------------|------|------|------|

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 39930683 |
|--|------------------------------|----------|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

(12) **United States Patent**     (10) **Patent No.:**    **US 9,126,291 B1**

Thrasher                  (45) **Date of Patent:**     **Sep. 8, 2015**

(54) **METHOD AND APPARATUS FOR REPAIR OF VEHICLE DOOR HANDLES**

(76) Inventor: **Zach Thrasher**, Winter Park, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 167 days.

(21) Appl. No.: **13/532,661**

(22) Filed: **Jun. 25, 2012**

**Related U.S. Application Data**

(60) Provisional application No. 61/500,170, filed on Jun. 23, 2011.

(51) **Int. Cl.**
*B23P 6/00*       (2006.01)
*B25B 27/08*     (2006.01)
*E05B 85/12*     (2014.01)

(52) **U.S. Cl.**
CPC . *B23P 6/00* (2013.01); *B25B 27/08* (2013.01); *E05B 85/12* (2013.01); *Y10T 29/4973* (2015.01); *Y10T 29/49718* (2015.01); *Y10T 29/49721* (2015.01); *Y10T 29/49726* (2015.01); *Y10T 29/49741* (2015.01); *Y10T 29/49746* (2015.01); *Y10T 29/49815* (2015.01); *Y10T 29/49826* (2015.01); *Y10T 29/49885* (2015.01); *Y10T 29/49947* (2015.01)

(58) **Field of Classification Search**
CPC ............ B23P 6/00; B25B 27/08; E05B 5/12;
                   E05B 85/12; E05B 85/14; Y10T 29/49718;
                   Y10T 29/49815; Y10T 29/49721; Y10T
               29/49726; Y10T 29/4973; Y10T 29/49741;
            Y10T 29/49746; Y10T 29/49826; Y10T
                         29/49885; Y10T 29/49947
USPC .............. 29/402.01, 402.03, 402.06, 402.08,
            29/402.12, 402.14, 426.1, 426.4, 426.5;
                                  292/336.3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2014/0035300 A1* 2/2014 Kindig ...................... 292/336.3

* cited by examiner

*Primary Examiner* — John C Hong

(74) *Attorney, Agent, or Firm* — Larry D. Johnson

(57) **ABSTRACT**

A repair kit to repair broken interior door handle assemblies on certain vehicles. The method includes removing the original (broken) door handle housing from the back side of the door panel by removing the plastic rivets. The replacement housing is then installed on the back side of the door panel in place of the original over the posts and tab(s) on the door panel, and fasteners are placed over the posts and pushed down to press the flange of the replacement housing tightly against the back side of the door panel. A hole is drilled through the base of the tab, and a fastener is inserted through the hole and bent around the tab to similarly secure the flange.

**6 Claims, 3 Drawing Sheets**





*FIG. 1*



FIG. 2



*FIG. 3*

US 9,126,291 B1

1

# METHOD AND APPARATUS FOR REPAIR OF VEHICLE DOOR HANDLES

## CROSS REFERENCE TO RELATED APPLICATIONS

The present application claims the benefit of the filing date of U.S. Provisional Patent Application Ser. No. 61/500,170, filed Jun. 23, 2011. The foregoing application is incorporated by reference in its entirety as if fully set forth herein.

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not applicable.

## REFERENCE TO A MICROFICHE APPENDIX

Not applicable.

## TECHNICAL FIELD

The present invention relates generally to vehicles and vehicle repair, and more particularly to an improved method and apparatus for the repair of certain types of original equipment interior door handles on vehicles.

## BACKGROUND INFORMATION AND DISCUSSION OF RELATED ART

Some vehicles, including many Jeep Grand Cherokees from the 2004 to 2011 model years, and Jeep Commanders from the 2006 model year to the present, appear to have a weak area in the interior door handles, and many of the handles in these vehicles have broken over time. Unfortunately, the interior door handles on some of these vehicles are integrated into the door panel and are generally not serviceable by themselves, instead, the entire interior door panel has to be replaced in order to replace the door handle. For example, the interior door handle housing on the aforementioned Jeep vehicles is not attached with screws but is plastic welded into the door panel. On many other types of vehicles, the interior door handles are serviceable by themselves, which makes the repair much less expensive.

The foregoing information reflects the current state of the art of which the present inventor is aware. Reference to, and discussion of, this information is intended to aid in discharging Applicant's acknowledged duty of candor in disclosing information that may be relevant to the examination of claims to the present invention. However, it is respectfully submitted that none of the above-indicated information discloses, teaches, suggests, shows, or otherwise renders obvious, either singly or when considered in combination, the invention described and claimed herein.

## SUMMARY OF THE INVENTION

The method and apparatus for the repair of vehicle door handles of the present invention provides an interior door handle repair kit that can be used to repair broken interior door handle assemblies on certain vehicles such as the Jeep Grand Cherokee (e.g., model years 2004 to 2011) and Jeep Commander (e.g., model years 2006 to the present). The inventive kit permanently solves the problem of prematurely broken door handles by replacing the brittle original equipment door handle support housing with a replacement housing constructed of very strong composite material, and

2

includes all the components and fasteners necessary to repair the interior door handles on one or all of the doors, without having to replace the entire door panels.

The inventive method includes removing the original (broken) door handle housing from the back side of the door panel by drilling or otherwise removing the plastic rivets that secure the original handle housing to the door panel. The posts and tab(s) that extend from the back side of the door panel through corresponding apertures in the original housing are not removed, and are maintained for later use. After the rivets have been removed, the original door handle housing can be removed from the door panel and discarded. The replacement door handle housing is then installed on the back side of the door panel over the original posts and tab(s), and push nut retainers or other fasteners are placed over the posts and pushed down to press the flange of the replacement housing tightly against the back side of the door panel. A hole is drilled through the base of the tab, and a cotter pin or other fastener is inserted through the hole and bent around the tab to similarly secure the flange of the replacement housing tightly against the door panel.

The inventive repair kit preferably includes replacement interior door handle support housings for all four doors (driver's front door; driver's side rear passenger door; passenger side front door; and passenger side rear door); push nut retainers; cotter pins; and simple detailed instructions with pictures for installation. The original color for the kit components may be grey, tan, or other original equipment color, or the parts can be painted to match door panels, or may be used without matching colors. The components of the repair kit may be modified to provide a corresponding kit for other vehicles.

It is therefore an object of the present invention to provide a new and improved vehicle interior door handle repair kit.

It is another object of the present invention to provide a new and improved method for replacing the original equipment door handle housing with a replacement housing constructed of very strong composite material.

Other novel features which are characteristic of the invention, as to organization and method of operation, together with further objects and advantages thereof will be better understood from the following description considered in connection with the accompanying drawings, in which preferred embodiments of the invention are illustrated by way of example. It is to be expressly understood, however, that the drawings are for illustration and description only and are not intended as a definition of the limits of the invention. The various features of novelty which characterize the invention are pointed out with particularity in the claims annexed to and forming part of this disclosure. The invention resides not in any one of these features taken alone, but rather in the particular combination of all of its structures for the functions specified.

There has thus been broadly outlined the more important features of the invention in order that the detailed description thereof that follows may be better understood, and in order that the present contribution to the art may be better appreciated. There are, of course, additional features of the invention that will be described hereinafter and which will form additional subject matter of the claims appended hereto. Those skilled in the art will appreciate that the conception upon which this disclosure is based readily may be utilized as a basis for the designing of other structures, methods and systems for carrying out the several purposes of the present invention. It is important, therefore, that the claims be regarded as including such equivalent constructions insofar as they do not depart from the spirit and scope of the present invention.

US 9,126,291 B1

3

Further, the purpose of the Abstract is to enable the U.S. Patent and Trademark Office and the public generally, and especially the scientists, engineers and practitioners in the art who are not familiar with patent or legal terms or phraseology, to determine quickly from a cursory inspection the nature and essence of the technical disclosure of the application. The Abstract is neither intended to define the invention of this application, which is measured by the claims, nor is it intended to be limiting as to the scope of the invention in any way.

Certain terminology and derivations thereof may be used in the following description for convenience in reference only, and will not be limiting. For example, words such as "upward," "downward," "left," and "right" would refer to directions in the drawings to which reference is made unless otherwise stated. Similarly, words such as "inward" and "outward" would refer to directions toward and away from, respectively, the geometric center of a device or area and designated parts thereof. References in the singular tense include the plural, and vice versa, unless otherwise noted.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be better understood and objects other than those set forth above will become apparent when consideration is given to the following detailed description thereof. Such description makes reference to the annexed drawings wherein:

FIG. 1 is a front elevation view of a broken door handle on an interior door panel of a vehicle;

FIG. 2 is a rear view of the original door handle housing being removed from the back side of the door panel; and

FIG. 3 is a rear view of a replacement door handle housing installed on the back side of the door panel.

DETAILED DESCRIPTION OF THE INVENTION

Referring to FIGS. 1 through 3, wherein like reference numerals refer to like components in the various views, there is illustrated therein a new and improved method and apparatus for the repair of vehicle interior door handles.

FIG. 1 is a front elevation view of a broken door handle assembly 10 on an interior door panel 12 of a vehicle. Door handle assembly 10 includes handle support housing 14 and handle lever 16.

FIG. 2 is a rear view of the original (broken) door handle housing 20 in the process of being removed from the back side of the door panel 12. Drill 22 is being used to drill out the plastic rivets 23 that plastic welded and permanently secured the original handle housing 20 to the door panel 12. Alternatively, a razor knife or other tool could be used to remove the rivets. Posts 24 and tab 26 extend from the back side of the door panel through corresponding apertures in the original housing, but are not removed, and are maintained for later use. After the rivets have been removed, the original door handle housing can be removed from the door panel.

FIG. 3 is a rear view of a replacement door handle housing 30 having been installed on the back side of the door panel 12 in place of the original. Push nut retainers 32 have been placed over the posts 24 and pushed down to press the flange 34 of the replacement housing tightly against the back side of the door panel. Alternatively, spring clips, locking tabs, or other fasteners could be used on the posts to retain the replacement housing against the door panel. A hole 36 has been drilled through the base of tab 26, and cotter pin 38 has been inserted through the hole 36 and bent around the tab to similarly secure the flange of the replacement housing tightly against the door

4

panel. Alternatively or optionally, adhesive may be applied between the flange of the replacement housing and back side of the door panel (prior to tightening of the push nuts and placement of the cotter pin in the tab, if they are used) to provide bonding and help prevent gaps between the surfaces.

Typical customer instructions for the repair of broken interior door handles on a Jeep Cherokee type vehicle may include the following:

Tools required: drill, flat screwdriver, Phillips screwdriver, razor blade, and hammer, and a rag and a plastic adhesive are recommended. Note: Some minor modification of the door panel or handle kit may be necessary to ensure a perfect fit. This is an aftermarket part.

Step 1 (removing the door panel): Remove the screws from the door panel. After all of the screws are removed, carefully pry the panel from the door using the flat head screwdriver (use of a rag is recommended to protect the paint). The panel will pry loose with ample pressure (multiple clips attach the panel to the door). Once loose, lift up on the panel until it is above the lock mechanism. Once the panel is loose, carefully remove any electrical clips. Next, disconnect the rod that is attached to the door handle. Slide the clip to the side off of the rod. The plastic clip simply clips onto the rod. Once unclipped, the rod will lift out of the handle.

Step 2 (door handle removal): Start by lying the door panel down on a flat surface, backside facing up. Using a large drill bit, razor knife, or other tool, remove the tops off the plastic rivets (e.g., typically 6 rivets +/−). Carefully drill or cut only the rivets and handle housing as necessary, taking care not to drill through the door panel itself. Once all the rivets have been drilled or cut out, the handle housing will easily detach from the door panel. Use the razor blade to remove any excess plastic shavings on the panel.

Step 3 (installing the new handle on the door panel): Line the holes and slots of the replacement housing up with the posts (typically two) and tabs (typically 3-4) of the door panel. Press the housing down until it is flush with the door panel (some minor modification may be necessary with the razor blade). Ensure that you are installing the correct handle (e.g., Driver/Front, Passenger/Rear, etc). An adhesive such as a two part epoxy or adhesive tape may be applied to one or more locations (such as the plastic weld locations) to help secure the replacement housing and eliminate gaps. Once the handle is lined up and pressed flush, using the flat head screwdriver (or a socket), press the provided push nut retainers down the posts until the handle housing is tight on the door panel. Next, use a $\frac{1}{16}^{th}$ inch drill bit to drill through the base of the lowermost tab that protrudes through the bottom of the housing. Make sure the housing is pressed down flush when drilling the tab to avoid a gap between the housing and the door panel. Once drilled, insert the provided cotter pin. Using a screwdriver, bend and manipulate the cotter pin around the tab. Now that the handle housing is completely installed, you can replace the door panel on the vehicle. Follow the removal instructions in reverse.

Typical customer instructions for the repair of broken door handles on a Jeep Commander type vehicle may include the following. In this example, the original handle lever is to be removed and reused, and the instructions include steps for installation of the lever in the replacement housing.

Tools required: drill, flat head screwdriver, Phillips head screwdriver, razor blade, and hammer. Note: "Before" and "After" pictures are recommended to ensure that you install the handles in the correct direction. The housings appear similar, and incorrect installation may result in loss of hardware.

US 9,126,291 B1

5

Step 1 (removing the door panel): Remove the screws from the door panel. After all of the screws are removed, carefully pry the panel from the door using the flat head screwdriver. The panel will pry loose with ample pressure. Once loose, lift up on the panel until it is above the lock mechanism. Once the panel is loose, carefully remove any electrical clips. Next, disconnect the rod that is attached to the door handle. Slide the clip to the side off of the rod (the plastic piece simply clips onto the rod). Once unclipped, the rod will push down and out of the handle.

Step 2 (removing the door handle): Start by lying the door panel down on a flat surface, backside facing up. Using a large drill bit, razor knife, or other tool, remove the top of the plastic rivets. Carefully drill or cut only the rivets and handle housing; do not drill through the door panel itself. Once all the rivets have been drilled or cut out, the handle housing will easily detach from the door panel. Use the razor blade to remove any excess plastic shavings on the panel.

Step 3 (removing handle from housing): The handle lever will be used in the new housing. To remove the handle lever, use a hammer and screwdriver to knock the pin out (watch spring carefully as it is under pressure). Once the pin is removed, the spring will fall out. You can now remove the handle lever and separate it from the old housing. Note: keeping pressure on the spring while removing the pin is helpful and will keep the spring from falling out. You may also remove the small rubber stopper from the old housing and place it into the corresponding tab on the replacement housing.

Step 4 (installing the handle in new housing): Start by inserting the handle lever into the new housing. This part can be tricky, but carefully insert and twist to allow the handle to fit into the housing properly. The use of force is not necessary. When faced with resistance, change your approach. Once the handle is inserted, line up the holes on the handle with the holes on the housing. The spring has two ends: one is straight and the other is bent. The side that is bent will be inserted into the handle and the straight side will rest against the housing. This will have the spring sticking out (pictures show the spring at rest and out of alignment as it should be). Now use your thumb to compress the spring into alignment and begin to insert the pin. Ensure that the pin goes through the housing, handle, and spring. Now take the small push nut retainer and press it over the pin until it reaches the housing. Once the pin is inserted all the way, and the retainer is attached, you can test the handle in the housing before moving on to the next step.

Step 5 (installing new handle on door panel): Line up the holes in the replacement housing with the posts (typically two) on the door panel. Ensure that the handle will be facing the correct direction before continuing. Press the housing down until it is flush with the panel. Note: some minor modification may be necessary with the razor blade. The driver's side and passenger side are different. Ensure that you are installing the corresponding housing. Once the handle is lined up and pressed flush, using the flat head screwdriver, or a deep socket that fits, press the provided push nut retainers down the posts until the handle housing is tight on the door panel. Do not apply enough pressure to bend or crack the housing. Now that the handle is completely installed, you can replace the door panel on the vehicle. Follow the removal instructions in reverse.

The above disclosure is sufficient to enable one of ordinary skill in the art to practice the invention, and provides the best mode of practicing the invention presently contemplated by

6

the inventor. While there is provided herein a full and complete disclosure of the preferred embodiments of this invention, it is not desired to limit the invention to the exact construction, dimensional relationships, and operation shown and described. Various modifications, alternative constructions, changes and equivalents will readily occur to those skilled in the art and may be employed, as suitable, without departing from the true spirit and scope of the invention. Such changes might involve alternative materials, components, structural arrangements, sizes, shapes, forms, functions, operational features or the like.

Therefore, the above description and illustrations should not be construed as limiting the scope of the invention, which is defined by the appended claims.

What is claimed as invention is:

1. A method for repairing a broken interior door handle housing on an interior door panel on a door of a vehicle, the broken interior door handle housing integrated into the interior door panel by a plurality of rivets, the interior door panel bearing at least one post extending from the interior door panel through a corresponding aperture in the broken interior door handle housing, the method comprising:

removing the interior door panel from the door;

removing the broken interior door handle housing from the interior door panel by removing the plurality of rivets and detaching the broken interior door handle housing;

installing a replacement interior door handle housing on the interior door panel such that the at least one post on the interior door panel extends through an aperture in the replacement interior door handle housing;

placing a retainer over the at least one post on the interior door panel to press the replacement interior door handle housing against the interior door panel; and

replacing the interior door panel on the door.

2. The method of claim 1 wherein the step of removing the broken interior door handle housing from the interior door panel by removing the rivets and detaching the broken interior door handle housing comprises removing the rivets with a drill.

3. The method of claim 1 wherein the step of removing the broken interior door handle housing from the interior door panel by removing the rivets and detaching the broken interior door handle housing comprises removing the rivets with a razor knife.

4. The method of claim 1 wherein the interior door panel further includes a tab extending from the interior door panel through a corresponding aperture in the broken interior door handle housing, and the step of installing a replacement interior door handle housing on the interior door panel comprises installing the replacement interior door handle housing on the interior door panel such that the tab on the interior door panel extends through an aperture in the replacement interior door handle housing.

5. The method of claim 4 wherein the step of installing a replacement interior door handle housing on the interior door panel includes drilling a hole in the tab and inserting a cotter pin in the hole to secure the replacement interior door handle housing against the interior door panel.

6. The method of claim 1 wherein the step of installing a replacement interior door handle housing on the interior door panel further includes applying adhesive between the interior door panel and the replacement interior door handle housing.

* * * * *

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| Application Number | |
|---|---|
| Filing Date | |
| First Named Inventor | Zach Thrasher |
| Art Unit | |
| Examiner Name | |
| Attorney Docket  Number | RBI-PT079RX |

## U.S.PATENTS

Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

## U.S.PATENT APPLICATION PUBLICATIONS

Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    Add

## FOREIGN PATENT DOCUMENTS

Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |
| | 2 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add

## NON-PATENT LITERATURE DOCUMENTS

Remove

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>( Not for submission under 37 CFR 1.99) | Application Number | |
|---|---|---|
| | Filing Date | |
| | First Named Inventor | Zach Thrasher |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | RBI-PT079RX |

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T⁵ |
|---|---|---|---|
| | 1 | DO IT YOURSELF.COM, Truck Door Repair: Handle Replacement, https://www.doityourself.com/stry/truck-door-repair–handle-replacement (December 7, 2009) ("DoItYourself.com") | |
| | 2 | DENLORS AUTO BLOG, Jeep Grand Cherokee Interior Door Handle Broken – Recall? http://www.denlorstools.com/autoblog/2010/11/jeep-grand-cherokee-interior-door-handle-broken-recall/ (November 19, 2010) ("Denlors") | |
| | 3 | VISO 0103, YouTube, 2005 jeep Grand Cherokee door panel manufacturing defect (published March 24, 2009) available at https://www.youtube.com/watch?v=j4FiofrfXgg ("Grand Cherokee YouTube") | |
| | 4 | CROWN VIC.NET, Forums, Tips for drilling out rivets on window regulator, https://www.crownvic.net/ubbthreads/ubbthreads.php?ubb=showflat&Number=403641 (March 22, 2004) ("Crown Vic") | |
| | 5 | GERRY BISSI, Fixya.com, Window regulator replacement (Question about 1994 Ford Explorer Limited), http://www.fixya.com/cars/t1970940-window_regulator_replacement (April 16, 2009) ("Ford Explorer") | |
| | 6 | BS&F Co. 2007/2008 ("BS&F"), (published at least by December 31, 2008) | |
| | 7 | DO IT YOURSELF.COM, How to Remove Pop Rivets Without a Drill, https://www.doityourself.com/stry/how-to-remove-pop-rivets-without-a-drill (November 25, 2010) ("Pop Rivets") | |
| | 8 | BIMMERFORUMS.COM, Anyone had their interior door panel fall off? https://www.bimmerforums.com/forum/showthread.php?346023-Anyone-had-their-interior-door-panel-fall-off (April 19, 2005), ("Bimmerforums.com") | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | |
| | Filing Date | |
| | First Named Inventor | Zach Thrasher |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | RBI-PT079RX |

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | |
| | Filing Date | |
| | First Named Inventor | Zach Thrasher |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | RBI-PT079RX |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

> That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐   That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

> See attached certification statement.

> The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

> A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Anthony S. Volpe/ | Date (YYYY-MM-DD) | 2018-09-28 |
| Name/Print | Anthony S. Volpe | Registration Number | 28377 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Ex Parte Reexamination of:

    U.S. Patent No. 9,126,291

Issue Date: September 8, 2015

Filed Date: June 25, 2012

Inventor: Zach Thrasher

Application No.:    13/532,661

For:          METHOD AND APPARATUS FOR REPAIR OF VEHICLE DOOR HANDLES

Re-exam Control No.: To Be
    Assigned

Group Art Unit: To Be Assigned

Examiner: To Be Assigned

Atty. Ref. No. RBI-PT079RX

## REQUEST FOR *EX PARTE* REEXAMINATION
## OF U.S. PATENT NO. 9,126,291

Mail Stop *Ex Parte* Reexam
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Madam:

    *Ex parte* reexamination under 35 U.S.C. §§ 302-307 and 37 C.F.R. § 1.501 *et seq.* is requested for claims 1-6 of United States Patent Number 9,126,291, which issued on September 8, 2015 to Zach Thrasher.

                    Volpe and Koenig, P.C.
                    18th Floor
                    30 South 17th Street
                    Philadelphia, PA  19103
                    (215) 568-6400

# TABLE OF CONTENTS

I.   IDENTIFICATION OF CLAIMS FOR WHICH REEXAMINATION IS
     REQUESTED .................................................................................. 1

II.  BACKGROUND OF THE '291 PATENT ............................................. 1

     A.   Subject Matter of The '291 Patent ...................................... 1

     B.   Summary Of The '291 Patent Prosecution History ............... 2

III. SUMMARY OF PRIOR ART REFERENCES ....................................... 3

     A.   DoItYourself.com ............................................................... 4

     B.   Denlors ............................................................................. 5

     C.   Grand Cherokee YouTube .................................................. 5

     D.   CrownVic.net ................................................................... 5

     E.   Ford Explorer .................................................................. 5

     F.   BS&F ............................................................................... 6

     G.   Pop Rivets ........................................................................ 6

     H.   Bimmerforums.com ........................................................... 6

IV.  STATEMENT IDENTIFYING EACH SUBSTANTIAL NEW QUESTION OF
     PATENTABILITY PURSUANT TO 37 C.F.R. § 1.510(b)(1) ............... 7

     A.   Legal Criteria ................................................................. 7

     B.   General Relevance of Newly Cited References ...................... 9

     C.   Substantial New Question Of Patentability ("SNQ") Identification ...... 9

          SNQ 1.  Claims 1, 2, and 4: a SNQ is raised by Grand Cherokee
                  YouTube in view of any one of Ford Explorer,
                  DoItYourself.com, Denlors, or CrownVic.net under 35 U.S.C. §
                  103(a). ................................................................. 9

          SNQ 2.  Claims 1, 2, and 4: a SNQ is raised by Ford Explorer in view of
                  any one of Grand Cherokee YouTube, DoItYourself.com, or
                  Denlors under 35 U.S.C. § 103(a). ............................... 10

          SNQ 3.  Claim 3: a SNQ is raised by any of the combinations of
                  references set forth in SNQ1 or SNQ2 above, further in view of
                  Pop Rivets  under 35 U.S.C. § 103(a). ......................... 10

          SNQ 4.  Claims 3 and 5: a SNQ is raised by any of the combinations of
                  references set forth in SNQ1 or SNQ2 above, further in view of
                  BS&F under 35 U.S.C. § 103(a). ................................. 10

SNQ 5.  Claim 6: a SNQ is raised by any of the combinations of references set forth in SNQ1 or SNQ2 above, further in view of Bimmerforums.com under 35 U.S.C. § 103(a). ........................ 11

V.   DETAILED EXPLANATIONS PURSUANT TO 37 C.F.R. § 1.510(b)(2) ....... 11

A.   SNQ1 - Obviousness of Claims 1, 2, and 4: a SNQ over Grand Cherokee YouTube in view of Ford Explorer, DoItYourself.com, Denlors, or CrownVic.net ................................................................................. 11

B.   SNQ2 - Obviousness of Claims 1, 2, and 4: a SNQ over Ford Explorer in view of Grand Cherokee YouTube, DoItYourself.com, or Denlors ... 18

C.   SNQ3 - Obviousness of Claim 3 over any of the combinations of references set forth in SNQ1 and SNQ2 above, further in view of Pop Rivets under 35 U.S.C. § 103 ................................................................. 22

D.   SNQ3 - Obviousness of Claims 3 and 5 over any of the combinations of references set forth in SNQ1 and SNQ2 above, further in view of BS&F under 35 U.S.C. § 103 ........................................................................ 23

E.   SNQ3 - Obviousness of Claim 6 over any of the combinations of references set forth in SNQ1 and SNQ2 above, further in view of Bimmerforums.com under 35 U.S.C. § 103 ........................................... 25

VI.   COPIES OF PRIOR ART REFERENCES (37 C.F.R. § 1.510 (b)(3)) .............. 26

VII.  COPY OF PATENT FOR WHICH REEXAMINATION IS REQUESTED (37 C.F.R. § 1.510(b)(4)) ......................................................................... 26

VIII. CERTIFICATION UNDER 37 C.F.R. § 1.510(b)(5)) ....................................... 26

IX.   CERTIFICATION UNDER 37 C.F.R. § 1.510(b)(6) ......................................... 26

X.    COPIES OF RELATED COMPLAINTS IN A PENDING CIVIL ACTION (MPEP § 2219) .............................................................................................. 27

XI.   REQUIRED FEE ............................................................................................... 27

XII.  CONCLUSION .................................................................................................. 27

# APPENDIX

| DESCRIPTION | EXHIBIT |
|---|---|
| U.S. Patent No. 9,126,291 | A |
| DoItYourself.com | B |
| Denlors | C |
| Grand Cherokee YouTube | D |
| CrownVic.net | E |
| Ford Explorer | F |
| BS&F Catalog | G |
| Pop Rivets | H |
| Bimmerforums.com | I |
| Prosecution History of U.S. Patent No. 9,126,291 | J |
| PTO/SB08 Form Citing Prior Art | K |

iii

## I.    IDENTIFICATION OF CLAIMS FOR WHICH REEXAMINATION IS REQUESTED

This Request for Reexamination raises substantial new questions of patentability with respect to claims 1-6 of U.S. Patent No. 9,126,291 ("the '291 Patent"). A copy of the '291 Patent is attached as Exhibit "A."

## II.   BACKGROUND OF THE '291 PATENT

### A.    Subject Matter of The '291 Patent

The '291 Patent claims are directed to methods of replacing a broken automobile door handle housing by using one or more retainers to secure a replacement housing on to pre-existing posts of a door panel after breaking rivets used to mount the original housing that was broken. Essentially, the patent claims seek to monopolize the use of retainers in lieu of rivets in a specific context.



FIG. 3

As shown in Fig. 3 of the Ex. A, the 921 Patent discloses: "a replacement door handle housing 30 ... installed on the back side of the door panel in place of the original. Push nut retainers 32 have been placed over the posts 24." Ex. A at Col. 3, ll. 57-60.

The '291 Patent issued on September 8, 2015 from U.S. Patent Application No. 13/532,661 ("the '661

1

Application"), filed June 25, 2012. Ex. A at Cover Page.  The '291 Patent was not assigned.

### B.    Summary Of The '291 Patent Prosecution History

The originally filed '661 Application included 2 claims, comprised of independent claims 1 and 2. Ex. J at 24-25.  Original independent claim 1 is recited below as an exemplary original claim.

### *Original Independent claim 1:*

1. A method for the repair of vehicle door handles, the method comprising:

removing the door panel, disconnecting any electrical clips, and disconnecting the rod that is attached to the door handle;

removing the door handle and housing by removing the plastic rivets and detaching the handle and housing;

installing the new handle and housing on the door panel by lining the holes and slots up with the corresponding posts and tabs of the door panel, pressing the housing down until it is flush with the panel, pressing the provided washer down the post until the handle is tight on the panel, drilling a hole through the tab that protrudes through the bottom of the housing, inserting the provided cotter pin, and manipulating the cotter pin around the tab; and

replacing the door panel on the vehicle.

A Non-Final Rejection was issued on April 1, 2014, rejecting the claims under 35 U.S.C. 112, second paragraph, for lacking clarity, and under 35 U.S.C. 102 as anticipated by U.S. Patent Application Publication No. 2014/0035300 to Kindig (hereinafter "Kindig").  An Amendment was filed October 6, 2014, canceling the original claims and providing 6 new claims.  In the Amendment, it was argued that Kindig discloses an *exterior* replacement door handle, and that Kindig fails to disclose any of the claimed method steps. Ex. J at 15-16.  A Notice of Allowance was issued on July 31, 2015 without any Examiner's Statement of Reasons for Allowance.  No references were cited beyond Kindig.

2

## III.    SUMMARY OF PRIOR ART REFERENCES

The following prior art patents and printed publications qualify as prior art under pre-AIA 35 U.S.C. § 102(b) or (e) and raise substantial new questions of patentability affecting claims 1-6 of the '291 Patent based on anticipation and/or non-obviousness:

- DoItYourself.com, *Truck Door Repair: Handle Replacement*, https://www.doityourself.com/stry/truck-door-repair--handle-replacement (December 7, 2009) ("DoItYourself.com"), Exhibit "B" herein
    - Date authentication from the Internet Archive Wayback Machine, https://web.archive.org/web/20091207163125/www.doityourself.com/stry/truck-door-repair--handle-replacement

- Denlors Auto Blog, *Jeep Grand Cherokee Interior Door Handle Broken – Recall?* http://www.denlorstools.com/autoblog/2010/11/jeep-grand-cherokee-interior-door-handle-broken-recall/ (November 19, 2010) ("Denlors"), Exhibit "C" herein

- Viso0103, YouTube, *2005 jeep Grand Cherokee door panel manufacturing defect* (published March 24, 2009) available at https://www.youtube.com/watch?v=j4FiofrfXgg ("Grand Cherokee YouTube"), Exhibit "D" herein

- CrownVic.net, *Forums*, *Tips for drilling out rivets on window regulator*, https://www.crownvic.net/ubbthreads/ubbthreads.php?ubb=showflat&Number=403641 (March 22, 2004) ("Crown Vic"), Exhibit "E" herein

- Fixya.com, *Window regulator replacement (Question about 1994 Ford Explorer Limited)*, http://www.fixya.com/cars/t1970940-window_regulator_replacement (April 16, 2009) ("Ford Explorer"), Exhibit "F" herein

- BS&F Co. *2007/2008* ("BS&F"), (published at least by December 31, 2008), Exhibit "G" herein

- DoItYourself.com, *How to Remove Pop Rivets Without a Drill*, https://www.doityourself.com/stry/how-to-remove-pop-rivets-without-a-drill (November 25, 2010) ("Pop Rivets"), Exhibit "H" herein

3

- o Date authentication from the Internet Archive Wayback Machine, https://web.archive.org/web/20101125083403/https://www.doityourself.com/stry/how-to-remove-pop-rivets-without-a-drill

- Bimmerforums.com, *Anyone had their interior door panel fall off?* https://www.bimmerforums.com/forum/showthread.php?346023-Anyone-had-their-interior-door-panel-fall-off (April 19, 2005), ("Bimmerforums.com") Exhibit "I" herein

A copy of each prior art patent or printed publication relied upon or referred to herein is attached in compliance with 37 C.F.R. § 1.510(b)(3). M.P.E.P. 2128 II.A teaches:

> An electronic publication, including an online database or Internet publication (e.g. discussion group, forum, digital video, and social media post), is considered to be a "printed publication" within the meaning of 35 U.S.C. 102(a)(1) and pre-AIA 35 U.S.C. 102(a) and (b) provided the publication was accessible to persons concerned with the art to which the document relates. *See ... Suffolk Tech v. AOL and Google,* 752 F.3d 1358, 110 USPQ2d 2034 (Fed. Cir. 2014) (A newsgroup posting constituted prior art as it was directed to those having ordinary skill in the art and was publicly accessible because the post was sufficiently disseminated.)

Accordingly, the electronic publications of forums and the YouTube video constitute "printed publications" according to USPTO Rules.

### A.    DoItYourself.com

DoItYourself.com, a December 7, 2009 article, entitled "Truck Door Repair: Handle Replacement" teaches a method for replacing an interior or exterior door handle of a truck by removing a door panel, drilling out rivets holding the broken handle, disconnecting opening/locking mechanisms, using screws to remount a replacement door handle on the panel, and reinstalling the door panel. Ex. B at 1.

4

**B.    Denlors**

Denlors is an Auto Blog article published at least as early as November 19, 2010 is entitled "Jeep Grand Cherokee Interior Door Handle Broken – Recall?" teaches the claimed method of resolving the problem identified in the '627 Patent in the context of Jeep Grand Cherokees. Ex. C at 1. Denlors also addresses the fact that Jeep only recommends replacing the entire door panel but that aftermarket replacement handles are available for replacing only the damaged original handle. Ex. C at 2-3.

**C.    Grand Cherokee YouTube**

Grand Cherokee YouTube, a March 24, 2009 video, entitled "2005 jeep Grand Cherokee door panel manufacturing defect" teaches a repair method for a Grand Cherokee interior door handle, which specifically discloses removal of the rivets with a drill. Ex. D at 2-4. Grand Cherokee YouTube also discloses that a tab of the door panel remains when the handle is removed. Ex. D at 3.

**D.    CrownVic.net**

CrownVic.net, a March 22, 2004 forum publication, entitled "Tips for drilling out rivets on window regulators" teaches a method for removing and replacing a broken window regulator where the window regulator is mounted to a door panel via rivets. Ex. E at 2-3, Post #403649.

**E.    Ford Explorer**

Ford Explorer, an April 16, 2009 article, entitled "Window regulator replacement (Question about 1994 Ford Explorer Limited)" teaches a method for

5

drilling out rivets in order to replace a broken window regulator and using fasteners, such as rivets, nuts and bolts or alternatives to attach the replacement regulator. Ex. F at 1-2.

### F.   BS&F

BS&F *2007/2008*, a parts catalog for automotive aftermarket supplies, includes fasteners for a variety of makes and models.   BS&F discloses a wide variety of push fasteners and push-nut retainers. *See, e.g.*, Ex. G at 37.

### G.   Pop Rivets

Pop Rivets, a November 25, 2010 DoItYourself.com article, entitled "How to Remove Pop Rivets Without a Drill," teaches multiple ways of removing a pop rivet when you cannot or don't want to use a drill, such as a hammer and chisel or flathead screwdriver. Ex. H at 1.

### H.   Bimmerforums.com

Bimmerforums.com, an April 19, 2005 forum discussion, entitled "Anyone had their interior door panel fall off?" discloses various adhesives useful for interior automotive repairs, and in particular, Reply #7 teaches the use of urethane adhesive in addition to replacement fasteners. Ex. I at 3.

As is evident from the prosecution history the '291 Patent, none of the above prior art references were not considered during examination of the '291 Patent. More specifically, the patentability of claims 1-6 of the '291 Patent was not considered over:

(1) Grand Cherokee YouTube in view of Ford Explorer, DoItYourself.com, Denlors, and/or CrownVic.net;

6

(2) Ford Explorer in view of Grand Cherokee YouTube, DoItYourself.com, and/or Denlors;

(3) Any of (1) or (2) further in view of Pop Rivets;

(4) Any of (1) or (2) further in view of BS&F; and

(5) Any of (1) or (2) further in view of Bimmerforums.com.

## IV.  STATEMENT IDENTIFYING EACH SUBSTANTIAL NEW QUESTION OF PATENTABILITY PURSUANT TO 37 C.F.R. § 1.510(b)(1)

### A.  Legal Criteria

Pursuant to MPEP Section 2242, "a substantial new question of patentability" is present when:

> (A) the prior art patents and/or printed publications raise a substantial question of patentability regarding at least one claim, i.e., the teaching of the (prior art) patents and printed publications is such that a reasonable examiner would consider the teaching to be important in deciding whether or not the claim is patentable; and

> (B) the same question of patentability as to the claim has not been decided by the Office in a concluded previous examination of the patent, raised to or by the Office in a pending reexamination of the patent, or decided in a final holding of invalidity by the Federal Courts in a decision on the merits involving the claim.

The Supreme Court in *KSR International Co. v. Teleflex Inc.*, 550 U.S. 398 (2007), identified multiple rationales to support a conclusion of obviousness which are consistent with the "functional approach" to the determination of obviousness as laid down in *Graham v. John Deere*. As required by MPEP §2143, exemplary rationales that may support a conclusion of obviousness include:

> (A) combining prior art elements according to known methods to yield predictable results;

7

(B) simple substitution of one known element for another to obtain predictable results;

(C) use of known technique to improve similar devices (methods, or products) in the same way;

(D) applying a known technique to a known device (method, or product) ready for improvement to yield predictable results;

(E) "obvious to try" - choosing from a finite number of identified, predictable solutions, with a reasonable expectation of success;

(F) known work in one field of endeavor may prompt variations of it for use in either the same field or a different one based on design incentives or other market forces if the variations are predictable to one of ordinary skill in the art;

(G) some teaching, suggestion, or motivation in the prior art that would have led one of ordinary skill to modify the prior art reference or to combine prior art reference teachings to arrive at the claimed invention.

The Supreme Court held,

"[w]hen a work is available in one field of endeavor, design incentives and other market forces can prompt variations of it, either in the same field or a different one. If a person of ordinary skill can implement a predictable variation, § 103 likely bars its patentability. For the same reason, if a technique has been used to improve one device, and a person of ordinary skill in the art would recognize that it would improve similar devices in the same way, using the technique is obvious unless its actual application is beyond his or her skill."

*KSR International Co.*, at 417. The MPEP states: "[w]hen considering obviousness of a combination of known elements, the operative question is thus 'whether the improvement is more than the predictable use of prior art elements according to their established functions.'"

5353282-1

## B.   General Relevance of Newly Cited References

Each document A through H (Grand Cherokee YouTube, Ford Explorer, BS&F, DoItYourself.com, Denlors, CrownVic.net, Pop Rivets, and Bimmerforums.com) is in the same field of endeavor, namely, removal and replacement of rivets in connection with the repair or replacement of automotive door parts.  Pop Rivets is pertinent to the problem of replacing rivets.  BS&F is pertinent to the problem of providing replacement fasteners on automobile bodies, including door panels.  The subject matter of the claims is an obvious application of mechanical skill to various combinations of the newly cited references.   As demonstrated below, the teachings of each of these new references would be considered relevant to one of ordinary skill in the art with respect to the claimed subject matter.

## C.   Substantial New Question Of Patentability ("SNQ") Identification

Requester identifies the following pre-AIA substantial new questions of patentability ("SNQ") for claims 1-6 of the '291 Patent.

SNQ 1.     Claims 1, 2, and 4: a SNQ is raised by Grand Cherokee YouTube in view of any one of Ford Explorer, DoItYourself.com, Denlors, or CrownVic.net under 35 U.S.C. § 103(a).

The combination of the Grand Cherokee YouTube with any one of Ford Explorer, DoItYourself.com, Denlors, and CrownVic.net was not considered during the prosecution of the '921 Patent.  For the reasons detailed in Section V below, claims 1, 2, and 4 are obvious over any combination of the disclosures of the Grand

9

Cherokee YouTube in view of of Ford Explorer, DoItYourself.com, Denlors, and/or CrownVic.net. A reasonable Examiner would consider these teachings important in determining whether claims 1, 2, and 4 are patentable.

SNQ 2.   Claims 1, 2, and 4: a SNQ is raised by Ford Explorer in view of any one of Grand Cherokee YouTube, DoItYourself.com, or Denlors under 35 U.S.C. § 103(a).

The combination of the Ford Explorer with any one of Grand Cherokee YouTube, DoItYourself.com, and Denlors was not considered during the prosecution of the '921 Patent. For the reasons detailed in Section V below, claims 1, 2, and 4 are obvious over any combination of the disclosures of Grand Cherokee YouTube in view of DoItYourself.com, and/or Denlors. A reasonable Examiner would consider these teachings important in determining whether claims 1, 2, and 4 are patentable.

SNQ 3.   Claim 3: a SNQ is raised by any of the combinations of references set forth in SNQ1 or SNQ2 above, further in view of Pop Rivets under 35 U.S.C. § 103(a).

A reasonable Examiner would consider these references important in determining whether claim 3 is patentable. For the reasons detailed in Section V below, claim 3 is obvious over any such combination of these references.

SNQ 4.   Claims 3 and 5: a SNQ is raised by any of the combinations of references set forth in SNQ1 or SNQ2 above, further in view of BS&F under 35 U.S.C. § 103(a).

5353282-1

A reasonable Examiner would consider these teachings important in determining whether claims 3 and 5 are patentable. For the reasons detailed in Section V below, claims 3 and 5 are obvious over any such combination of these references.

SNQ 5.      Claim 6: a SNQ is raised by any of the combinations of references set forth in SNQ1 or SNQ2 above, further in view of Bimmerforums.com under 35 U.S.C. § 103(a).

A reasonable Examiner would consider these teachings important in determining whether claim 6 is patentable. For the reasons detailed in Section V below, claim 6 is obvious over any such combination of these references.

## V.      DETAILED EXPLANATIONS PURSUANT TO 37 C.F.R. § 1.510(b)(2)

The following discussion and claim charts provide a detailed explanation of the SNQs of patentability and why claims 1-5 are obvious pursuant to pre-AIA 35 U.S.C. § 103.

### A.      SNQ1 - Obviousness of Claims 1, 2, and 4: a SNQ over Grand Cherokee YouTube in view of Ford Explorer, DoItYourself.com, Denlors, or CrownVic.net

The following claim charts demonstrate the scope and content of the prior art and why the subject matter of claims 1, 2, and 4 of the '921 Patent is obvious to one of ordinary skill in the art over Grand Cherokee YouTube in view of any one of Ford Explorer, DoItYourself.com, Denlors, or CrownVic.net. Each of these references would be understood by one of ordinary skill in the art to be in the precise field of endeavor of the '627 Patent, automotive repair, and relates particularly to automotive repair/replacement of interior door handles.

11

| '921 Patent | Reference Disclosure |
|---|---|
| 1. A method for repairing a broken interior door handle housing on an interior door panel on a door of a vehicle, the broken interior door handle housing integrated into the interior door panel by a plurality of rivets, the interior door panel bearing at least one post extending from the interior door panel through a corresponding aperture in the broken interior door handle housing, the method comprising: | **YouTube:**<br>2005 jeep Grand Cherokee door panel manufacturing defect<br>12,471 views<br><br>The tab shown below constitutes a post.<br><br>**Tab** |
| removing the interior door panel from the door; | **YouTube:** Door panel is shown lying on a table detached from the door. |

12

| | |
|---|---|
| | **DoItYourself.com:**<br><br>**Remove Door Panel and Switches**<br>At first glance, this might seem like a scary project right from the start, but removing the door panel isn't at bad as it looks. To remove the panel and switches, do the following:<br><br>• Remove plastic around windows and trim around door handle;<br>• Pop up switches on arm rest. This is a pressure clip so a screwdriver placed under it should pop it right out;<br>• Remove screws on arm rest;<br>• Roll window down a few inches to help with inner bolts;<br>• Begin working around panel, carefully popping off panel, and;<br>• Take off metal plate to get to inner door parts. |
| removing the broken interior door handle housing from the interior door panel by removing the plurality of rivets and detaching the broken interior door handle housing; | **YouTube:**<br><br> Rivets <br>**DoItYourself.com:** "Get your drill and **drill out the rivet** located at the bottom of the door handle."<br><br>Although this method discloses removing a single rivet, the number of rivets is merely a function of the particular door handle's structure.  DoItYourself.com teaches the claimed method step.  In other words, it is inherent in the method of DoItYourself.com that all rivets must be drilled out, so as to allow the broken door handle to be removed. |
| installing a replacement interior door handle housing on the interior door panel such that the at least one post on the | **YouTube**: The tabs shown below constitute posts. |

| | |
|---|---|
| interior door panel extends through an aperture in the replacement interior door handle housing; | <br><br>**Tab**<br><br>**Tab**<br><br><br><br>**Ford Explorer**:<br>"Position regulator using upper regulator studs and tabs on motor mounting bracket (electric) or cup mounting plate (manual)." |
| placing a retainer over the at least one post on the interior door panel to press the replacement interior door handle housing against the | **Ford Explorer**:<br>"Position regulator using upper regulator studs and tabs on motor mounting bracket (electric) or cup mounting plate (manual)."<br><br>"Install two upper regulator attachment nuts." |

14

| | |
|---|---|
| interior door panel; and | The upper regulator attachment nuts go on the upper regulator "studs" and there is necessarily an aperture to both "position" the regulator and for the nuts to reach the stud.<br><br>**DoItYourself.com:** "Get your drill and drill out the rivet located at the bottom of the door handle. This will **be replaced with a sheet metal screw** once you have replaced the broken door handles."<br><br>Generally, this teaches using a known fastener to attach the replacement handle to the panel.<br><br>**Denlors:** "Some aftermarket handles available uses #10 sheet metal screws and #10 flat washers. Using too long of screws to attach the new handle will damage the door panel causing dimples to appear where it can be seen (or worse the screws may protrude)."<br><br>Generally, this teaches using a known fastener to attach the replacement handle to the panel.<br><br>**CrownVic.net:** Teaches, generally, the replacement of a part (window regulator) within the door by a similar method.  It would have been obvious to use the teachings of YouTube and CrownVic.net to install a replacement door handle.<br><br>"My front passenger-side window regulator took a dive a little while back and needs to be **replaced**. ... I've never drilled out **rivets** before and am a little concerned about possibly breaking the window glass. What is the best way to **drill them out**? Also, does anyone know what size **nuts and bolts I should get to attach the new regulator** to the window?" |
| replacing the interior door panel on the door. | **Ford Explorer**: "Install door water shield and trim panel. Refer to Section 01-05B." (This installation step is the reverse of the first removal step).<br><br>**DoItYourself.com:** "...put door back together in reverse order and your truck door repair is complete." |

15

**Denlors:** "The interior door handle is plastic welded **into the door panel**..."

This is inherent in the Denlors article; it is impossible to remove/replace the interior door handle without removing the door panel.

**CrownVic.net:** "Now just do the opposite to get the assembly back in, though put the bolts that attach the motor assembly first, then do the railing to the window in first, it makes [maneuvering] a lot easier."

| 921 Patent Claim 2 | Reference Discussion |
|---|---|
| 2. The method of claim 1 wherein the step of removing the broken interior door handle housing from the interior door panel by removing the rivets and detaching the broken interior door handle housing comprises removing the rivets with a drill. | YouTube:  |

| '921 Patent Claim 4 | Reference Disclosure |
|---|---|
| 4. The method of claim 1 wherein the interior door panel further includes a tab extending from the interior door panel through a corresponding aperture in the broken interior door handle housing, and the step of installing a replacement interior door handle housing on the interior door panel | **Grand Cherokee YouTube:** |

16

comprises installing the replacement interior door handle housing on the interior door panel such that the tab on the interior door panel extends through an aperture in the replacement interior door handle housing.



Tab

Tab



Because the tab stays in place on the panel, any replacement handle must let it extend through.

**Ford Explorer**:
  *Removal*
  1.  Remove two upper regulator attaching nuts.
  1.  Remove regulator from the front door (20125).
  *Installation*
  1.  Position regulator using upper regulator studs and tabs on motor mounting bracket (electric)

17

5353282-1

| | |
|---|---|
| | or cup mounting plate (manual)."<br><br>[...]<br><br>   1.  Install two upper regulator attachment nuts<br><br>There is necessarily an aperture to both "position" the regulator and for the nuts to reach the stud. |

### B.  SNQ2 - Obviousness of Claims 1, 2, and 4: a SNQ over Ford Explorer in view of Grand Cherokee YouTube, DoItYourself.com, or Denlors

The following claim charts demonstrate the scope and content of the prior art and why the subject matter of claims 1, 2, and 4 is obvious to one of ordinary skill in the art over Ford Explorer in view of any one of Grand Cherokee YouTube, DoItYourself.com, or Denlors. Each of these references would be understood by one of ordinary skill in the art to be in the precise field of endeavor of the '627 Patent, automotive repair, and relates particularly to automotive repair/replacement of interior door handles.

| '921 Patent | Reference Disclosure |
|---|---|
| 1. A method for repairing a broken interior door handle housing on an interior door panel on a door of a vehicle, the broken interior door handle housing integrated into the interior door panel by a plurality of rivets, the interior door panel bearing at least one post extending from the interior door panel through a corresponding aperture in the broken interior door handle housing, the method comprising: | **Ford Explorer**:<br>   *Removal*<br>  2.  Remove two upper regulator attaching nuts.<br>  2.  Remove regulator from the front door (20125).<br>   *Installation*<br>  2.  Position regulator using upper regulator studs and tabs on motor mounting bracket (electric) or cup mounting plate (manual)."<br>[...]<br>  2.  Install two upper regulator attachment nuts<br><br>The studs and tabs constitute a post extending from the interior door panel.<br><br>**YouTube:** The tab shown below constitutes a post. |

18

| | |
|---|---|
| |  **Tab** |
| removing the interior door panel from the door; | **Ford Explorer**: "Remove the door trim panel…" |
| removing the broken interior door handle housing from the interior door panel by removing the plurality of rivets and detaching the broken interior door handle housing; | **Ford Explorer:**<br>1. Remove three 1/4-inch rivets attaching motor bracket (electric) to inner panel and two 1/4-inch rivets attaching regulator lower bracket to inner panel. Use drift punch to knock out center pins for each rivet. **NOTE: Use care not to enlarge sheet metal holes in the door inner panel when drilling.**<br><br>1. Using a 1/4-inch diameter drill, drill out the remainder of the rivet.<br><br>1. Remove two upper regulator attaching nuts.<br><br>1. Remove regulator from the front door (20125) . |
| installing a replacement interior door handle housing on the interior door panel such that the at least one post on the interior door panel extends through an aperture in the replacement interior door handle housing; | **Ford Explorer:**<br>   "Position regulator using upper regulator studs and tabs on motor mounting bracket (electric) or cup mounting plate (manual)."<br><br>**YouTube:** Shows a door handle being removed in a similar method to that taught by Ford Explorer, such that one skilled in the art would find it obvious to apply the replacement method of Ford Explorer to the door handle of YouTube. |

19



2005 jeep Grand Cherokee door panel manufacturing defect

12,471 views



**DoItYourself.com:** "However, replacing either an exterior or interior door handle is an easy fix that requires a little time, a few simple tools (screwdrivers), and a bit of effort."

"Get your drill and **drill out the rivet** located at the bottom of the door handle. This **will be replaced with a sheet metal screw** once you have replaced the broken door handles."

**Denlors:** "A disturbing number of Jeep Grand Cherokee interior door handles are breaking at an alarming rate. Jeep Grand Cherokees from 2005 and up seem to have a particularly weak point in the interior door panel where the interior (inside inner) door handle is located."

"No recall in sight – however an aftermarket fix has solved the issue. Replace just the inside door handle and not the entire door panel."

| | |
|---|---|
| placing a retainer over the at least one post on the interior door panel to press the replacement interior door handle housing against | **Ford Explorer**: "Install two upper regulator attachment nuts."  The upper regulator attachment nuts go on the upper regulator "studs." |

20

| the interior door panel; and | |
|---|---|
| replacing the interior door panel on the door. | **Ford Explorer**: "Install door water shield and trim panel. Refer to Section 01-05B." (This installation step is the reverse of the first removal step). |

| **'921 Patent Claim 2** | **Reference Discussion** |
|---|---|
| 2. The method of claim 1 wherein the step of removing the broken interior door handle housing from the interior door panel by removing the rivets and detaching the broken interior door handle housing comprises removing the rivets with a drill. | **Ford Explorer**: <br> 1. Remove three 1/4-inch rivets attaching motor bracket (electric) to inner panel and two 1/4-inch rivets attaching regulator lower bracket to inner panel. Use drift punch to knock out center pins for each rivet. **NOTE: Use care not to enlarge sheet metal holes in the door inner panel when drilling.** <br> 1. Using a 1/4-inch diameter drill, drill out the remainder of the rivet. <br> 1. Remove two upper regulator attaching nuts. <br> 1. Remove regulator from the front door (20125). |

| **'921 Patent** | **Reference Disclosure** |
|---|---|
| 4. The method of claim 1 wherein the interior door panel further includes a tab extending from the interior door panel through a corresponding aperture in the broken interior door handle housing, and the step of installing a replacement interior door handle housing on the interior door panel comprises installing the replacement interior door handle housing on the interior door panel such that the tab on the interior door panel extends through an aperture in the replacement interior door handle housing. | **Ford Explorer**: *Removal* <br> 3. Remove two upper regulator attaching nuts. <br> 3. Remove regulator from the front door (20125). <br> *Installation* <br> 3. Position regulator using upper regulator studs and tabs on motor mounting bracket (electric) or cup mounting plate (manual)." <br> [...] <br> 3. Install two upper regulator attachment nuts <br><br> There is necessarily an aperture to both "position" the regulator and for the nuts to reach the stud. <br><br> **YouTube**: |

21



Tab

Tab

Because the tab stays in place on the panel, any
replacement handle must let it extend through.

### C.   SNQ3 - Obviousness of Claim 3 over any of the combinations of references set forth in SNQ1 and SNQ2 above, further in view of Pop Rivets under 35 U.S.C. § 103

The following claim chart demonstrates the scope and content of the prior art
and why the subject matter of claim 3 is obvious to one of ordinary skill in the art

22

over any one of the combinations references set forth in SNQ1 or SNQ2 above, further in view of Pop Rivets. Each of these references would be understood by one of ordinary skill in the art to be in the precise field of endeavor of the '627 Patent, automotive repair, and relates particularly to automotive repair/replacement of interior door handles.

| '921 Patent | Reference Discussion |
|---|---|
| 3. The method of claim 1 wherein the step of removing the broken interior door handle housing from the interior door panel by removing the rivets and detaching the broken interior door handle housing comprises removing the rivets with a razor knife. | **Pop Rivets:** Teaches cutting with a hand tool to remove a rivet.<br><br>Step 2 - Removing the Pop Rivet Head<br><br>A blind rivet is removed by means of a power drill by drilling on the hollow part of the rivet head until it comes off the shank. The same can be done by using a Flathead screwdriver or chisel and a hammer. Place the tip of the tool between the material and the rivet head and hammer it until the head breaks off. Be careful on the amount of force that you will use as it can destroy the material as well. Sturdy metal can take a good whacking but thin sheets may require you to do gentle but repetitive taps.<br><br>Step 3 - Pushing out the Pop Rivet Shank<br><br>Once you have cut the blind rivet head, use a thin screw driver or a small rod to push the rivet shank out of the hole. It may come out with a single tap if the material is thin. You may have to use the hammer with more force and repetition for thicker materials.<br><br>Step 4 - Using a Dremel<br><br>Alternatively, you can use a Dremel rotary tool. A small circular cutter comes as one of its attachments and this could be used to cut off the head of the blind rivet. |

**D.     SNQ3 – Obviousness of Claims 3 and 5 over any of the combinations of references set forth in SNQ1 and SNQ2 above, further in view of BS&F under 35 U.S.C. § 103**

The following claim charts demonstrate the scope and content of the prior art and why the subject matter of claims 3 and 5 is obvious over any one of the combinations references set forth in SNQ1 or SNQ2 above, further in view of BS&F. Each of these references would be understood by one of ordinary skill in the art to be in the precise field of endeavor of the '627 Patent, automotive repair, and relates particularly to automotive repair/replacement of interior door handles.

| '921 Patent | Reference Discussion |
|---|---|

5353282-1

| | |
|---|---|
| 3. The method of claim 1 wherein the step of removing the broken interior door handle housing from the interior door panel by removing the rivets and detaching the broken interior door handle housing comprises removing the rivets with a razor knife. | **BS&F:** Teaches generally that razor blades are known in the art of automobile repair/replacement.  Ex. G at 57. <br><br> **Razor Blades** <br><br>   <br> **#2550** <br> #9 Industrial Razor Blades <br> 100 Pcs. **#2548** <br> Plastic Razor Blades <br> 10 Pcs. <br><br> The previously-applied references teach breaking rivets generally. |

| '921 Patent | Reference Disclosure |
|---|---|
| 5. The method of claim 4 wherein the step of installing a replacement interior door handle housing on the interior door panel includes drilling a hole in the tab and inserting a cotter pin in the hole to secure the replacement interior door handle housing against the interior door panel. | **BS&F:**  Teaches generally that cotter pins are known in the art of automobile repair/replacement, and also discloses a kit of various-sized cotter pins.  Ex. G at 57, 60. <br><br> **Cotter Pins** <br> Zinc Plated <br>  <br>  <br><br> **YouTube:** The tab illustrated in Grand Cherokee YouTube does not have a hole, but is wide and flat. |

24



**Tab**

Any of **Grand Cherokee YouTube, Ford Explorer, DoItYourself.com, Denlors, and CrownVic.net** generally teaches drilling out and later installing a new fastener where the drilling occurred.

### E.  SNQ3 - Obviousness of Claim 6 over any of the combinations of references set forth in SNQ1 and SNQ2 above, further in view of Bimmerforums.com under 35 U.S.C. § 103

The following claim chart demonstrates the scope and content of the prior art and why the subject matter of claim 6 is obvious over any one of the combinations references set forth in SNQ1 or SNQ2 above, further in view of Bimmerforums.com. Each of these references would be understood by one of ordinary skill in the art to be in the precise field of endeavor of the '627 Patent, automotive repair, and relates particularly to automotive repair/replacement of interior door handles.

| '921 Patent | Reference Disclosure |
|---|---|

| 6. the step of installing a replacement interior door handle housing on the interior door panel further includes applying adhesive between the interior door panel and the replacement interior door handle housing. | **Bimmerforums.com:** "I took the panel off bought new plastic clips. Pulled the attachment pieces off that were half off anyway. Bought some **urethane adhesive** from Home [Depot] and [glued] the ... attachment pieces. Let them dry over night. [Then] put the entire door panel back on. (Reply #7) (Emphasis added). |

## VI.   COPIES OF PRIOR ART REFERENCES (37 C.F.R. § 1.510 (b)(3))

Copies of the prior art references identified in this Request are attached as Exhibits B-H.  A PTO/SB08 Form, listing these references, is attached as Exhibit K.

## VII.   COPY OF PATENT FOR WHICH REEXAMINATION IS REQUESTED (37 C.F.R. § 1.510(b)(4))

A copy of U.S. Patent No. 7,975,431 is attached as Exhibit "A."

## VIII.   CERTIFICATION UNDER 37 C.F.R. § 1.510(b)(5))

The requester certifies that a copy of this Request for *Ex Parte* Reexamination of U.S. Patent No. 9,126,291 is being served in its entirety via first class mail on September 28, 2018 to the Patent Owner's attorney of record at the following address:

LARRY D. JOHNSON
P.O. Box 470277
Celebration, FL 34747

## IX.   CERTIFICATION UNDER 37 C.F.R. § 1.510(b)(6)

The requester certifies that the statutory estoppel provisions of 35 U.S.C. § 315(e)(1) or 35 U.S.C. § 325(e)(1) do not prohibit requester from filing this request for *ex parte* reexamination of the '291 Patent.

5353282-1

## X.   COPIES OF RELATED COMPLAINTS IN A PENDING CIVIL ACTION (MPEP § 2219)

To the requestor's knowledge, there is no pending civil action asserting the '291 Patent.

## XI.   REQUIRED FEE

Pursuant to 37 C.F.R. §1.20(c)(1), a credit card payment of $12,000.00 (large entity) accompanied this Request for *Ex Parte* Reexamination of U.S. Patent No. 9,126,291. Please charge any additional fees due or refund any overpayment associated with this Request to Deposit Account No. 220493.

## XII.   CONCLUSION

For the reasons stated above, *Ex Parte* Reexamination of claims 1-6 of the '291 patent is respectfully requested.  See Above.


Dated: September 28, 2018            /Anthony S. Volpe/
                                     Anthony S. Volpe, Reg. No. 28,377
                                     John M. Cogill, Reg. No. 74,211

Volpe and Koenig, P.C.
30 S. 17th Street,
18th Floor
Philadelphia, PA 19103
Tel: 215-568-6400
Fax: 215-568-6499
Email: patents@vklaw.com

27

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Request for *Ex Parte* Reexamination of U.S. Patent No. 9,126,291** was filed and served on the following counsel of record via first class mail on September 28, 2018:

LARRY D. JOHNSON
P.O. Box 470277
Celebration, FL 34747

Date: September 28, 2018                    */Anthony S. Volpe/*

Anthony S. Volpe, Reg. No. 28,377

Volpe and Koenig, P.C.
18th Floor
30 S. 17th Street
Philadelphia, PA 19103
Tel:  (215) 568-6400
Fax:  (215) 568-6499
Email: patents@vklaw.com

28

5353282-1

## -/REEXAMINATION TITLE REPORT (AKA PATENT ASSIGNMENT ABSTRACT OF TITLE)

TYPE OF REEXAMINATION:   XX   EX PARTE          *INTER PARTES*

REEXAM CONTROL NO.:90014211

SERIAL NUMBER: 13532661      FILING DATE: 09/28/2018

PATENT NUMBER: 90126291   ISSUE DATE  : 09/08/2015

FIRST *THREE* INVENTORS' NAMES: Zach Thrasher,

ET. AL?       YES       XX NO

*CONTINUITY DATA (IF ANY):*

X_ THIS IS (OR) A __CON __DIV,  CIP, A _PROVISIONAL APPLICATION _X_ OTHER OF SERIAL NUMBER, INTERNATIONAL FILED ON STATUS:   PATENTED WITH PATENT NUMBER OR__PENDING, OR __X ABANDONED (*EXPIRED* FOR PROVISIONALS).

__  WHICH IS A _ CON  _DIV, _CIP, A_PROVISIONAL APPLICATION, ___  OTHER, OF SERIAL NUMBER  FILED ON STATUS:  PATENTED, WITH PATENT NUMBER. AND SERIAL NUMBER FILED PENDING, OR ABANDONED.

_ WHICH IS A_CON, _DIV, _CIP, A _PROVISIONAL APPLICATION, ___ OTHER OF SERIAL NUMBER  FILED ON. STATUS:   PATENTED WITH PATENT NUMBER  OR__PENDING, OR ABANDONED.

__ WHICH IS A _ CON, DIV, _CIP A PROVISIONAL APPLICATION, ___OTHER OF SERIAL NUMBER FILED ON. STATUS:  PATENTED WITH PATENT NUMBER:  OR__PENDING, OR ABANDONED.

__ WHICH IS A CON, DIV, _CIP A PROVISIONAL APPLICATION, ___OTHER OF SERIAL NUMBER FILED ON. STATUS: PATENTED WITH PATENT NUMBER:  OR__PENDING, OR ABANDONED.

__WHICH IS A CIP OF SERIAL NUMBER FILED ON.  STATUS:  PATENTED, WITH PATENT NUMBER.

ET AL

*ASSIGNMENT RECORD DATA*

THE ASSIGNMENT RECORDS REVEAL THAT THE TITLE REPORT APPEARS TO BE VESTED IN:

XX INVENTOR: ZACH THRASHER, WINTER PARK, FL (US)
___AS ENDORSED:

___AS THE RECORD STANDS, THE PATENT WHEN GRANTED WILL ISSUE IN THE NAME OF THE INVENTOR(S)

___LEGAL REPRESENTATIVE:

___SECURITY ASSIGNMENT/LICENSEE (PLEASE NOTE THAT THE OWNERSHIP OF THE PATENT IS STILL REFLECTED IN THE *ASSIGNOR*.  THE *ASSIGNEE* IN THIS CASE CANNOT OWN THE PATENT.  (SEE ACCOMPANYING PAGES, IF ANY.)

___WHEN THE ASSIGNMENT IS RECORDED, THE PATENT SHOULD BELONG TO:

___OTHER:  REEL NO:  FRAME NO.:  DATE RECORDED: // COMPANY NAME: CITY AND STATE OR COUNTRY:

___NOTES/COMMENTS:  Please see section 306 of the Manual of Patent Examining Procedure Regarding the *Assignment of a Division, Continuation, Substitute, and Continuation-in-Part in Relation to Parent Application.*

EXAMINED UP TO AND INCLUDING THIS CERTIFICATE DATED AND SIGNED 10/01/2018


LEGAL INSTRUMENTS EXMR, OFFICE OF PATENT LEGAL ADMIN., CENTRAL REEXAMINATION UNIT

*TO ANY PRINTERS:  THE REEXAMINATION TITLE REPORT DOES NOT HAVE TO HAVE THE STREET ADDRESS OF THE OWNER(S).  IF THERE IS ANY INQUIRY, PLEASE NOTIFY THE PERSON ABOVE.*

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| REEXAM CONTROL NUMBER | FILING OR 371 (c) DATE | PATENT NUMBER |
|---|---|---|
| 90/014,211 | 09/28/2018 | 9126291 |

**CONFIRMATION NO. 6751**

62755
LARRY D. JOHNSON
P.O. BOX 470277
CELEBRATION, FL 34747

**REEXAM ASSIGNMENT NOTICE**

*OC000000102748143*

Date Mailed: 10/03/2018

### NOTICE OF ASSIGNMENT OF REEXAMINATION REQUEST

The above-identified request for reexamination has been assigned to Art Unit 3993. All future correspondence to the proceeding should be identified by the control number listed above and directed to the assigned Art Unit.

A copy of this Notice is being sent to the latest attorney or agent of record in the patent file or to all owners of record. (See 37 CFR 1.33(c)). If the addressee is not, or does not represent, the current owner, he or she is required to forward all communications regarding this proceeding to the current owner(s). An attorney or agent receiving this communication who does not represent the current owner(s) may wish to seek to withdraw pursuant to 37 CFR 1.36 in order to avoid receiving future communications. If the address of the current owner(s) is unknown, this communication should be returned within the request to withdraw pursuant to Section 1.36.

### NOTICE OF USPTO EX PARTE REEXAMINATION PATENT OWNER STATEMENT WAIVER PROGRAM

The USPTO has implemented a pilot program where, after a reexamination proceeding has been granted a filing date and before the examiner begins his or her review, the patent owner may orally waive the right to file a patent owner's statement. See *"Pilot Program for Waiver of Patent Owner's Statement in Ex Parte Reexamination Proceedings,"* 75 FR 47269 (August 5, 2010). One goal of the pilot program is to reduce the pendency of reexamination proceedings and improve the efficiency of the reexamination process.

Ordinarily when ex parte reexamination is ordered, the USPTO must wait until after the receipt of the patent owner's statement and the third party requester's reply, or after the expiration of the time period for filing the statement and reply (a period that can be as long as 5 to 6 months), before mailing a first determination of patentability. The USPTO's first determination of patentability is usually a first Office action on the merits or a Notice of Intent to Issue Reexamination Certificate (NIRC).

**Under the pilot program, the patent owner's oral waiver allows the USPTO to act on the first determination of patentability immediately after determining that reexamination will be ordered, and in a suitable case issue the reexamination order and the first determination of patentability (which could be a NIRC if the claims under reexamination are confirmed) at the same time.**

**Benefits to the Patent Owner for participating in this pilot program include reduction in pendency.**

To participate in this pilot program, Patent Owners may contact the USPTO's Central Reexamination Unit (CRU) at 571-272-7705. The USPTO will make the oral waiver of record in the reexamination file in an interview summary and a copy will be mailed to the patent owner and any third party requester.

cc: Third Party Requester(if any)
VOLPE AND KOENIG P.C. UNITED PLAZA
30 SOUTH 17TH STREET,
18TH FLOOR
PHILADELPHIA,, PA 19103

/pflewis/

Legal Instruments Examiner
Central Reexamination Unit 571-272-7705; FAX No. 571-273-9900

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| REEXAM CONTROL NUMBER | FILING OR 371 (c) DATE | PATENT NUMBER |
|---|---|---|
| 90/014,211 | 09/28/2018 | 9126291 |

**CONFIRMATION NO. 6751**

VOLPE AND KOENING P.C. UNITED PLAZA
30 SOUTH 17TH STREET,
18TH FLOOR
PHILADELPHIA,, PA 19103

**REEXAMINATION REQUEST
NOTICE**


*OC000000102748141*

Date Mailed: 10/03/2018

## NOTICE OF REEXAMINATION REQUEST FILING DATE

### *(Third Party Requester)*

Requester is hereby notified that the filing date of the request for reexamination is 09/28/2018, the date that the filing requirements of 37 CFR § 1.510 were received.

A decision on the request for reexamination will be mailed within three months from the filing date of the request for reexamination. (See 37 CFR 1.515(a)).

A copy of the Notice is being sent to the person identified by the requester as the patent owner. Further patent owner correspondence will be the latest attorney or agent of record in the patent file. (See 37 CFR 1.33). Any paper filed should include a reference to the present request for reexamination (by Reexamination Control Number).

cc: Patent Owner
62755
LARRY D. JOHNSON
P.O. BOX 470277
CELEBRATION, FL 34747

/pflewis/

Legal Instruments Examiner
Central Reexamination Unit 571-272-7705; FAX No. 571-273-9900

# Litigation Search Report CRU 3999

Reexam Serial No. 90/014,211

| TO: WILLIAM DOERRLER<br>Location: CRU<br>Art Unit: 3993<br>Date: 10/03/2018 | From: Shanette Brown<br>Location: CRU 3999<br>MDE 4B15<br>Phone: (571) 272-6632<br>Shanett.Brown@uspto.gov |

## Search Notes

RE: 90/014,191–Litigation found for US Patent Number: **9,126,291**

| Patent | Class | Subclass | Description | Court | Docket Number | Filed | Date Retrieved |
|--------|-------|----------|-------------|-------|---------------|-------|----------------|
| 9,126,291 | 1 | 1 | Cf Advance Corp. V. Thrasher | US-DIS-FLSD | 1:18cv23517 OPEN | 08/29/2018 | 09/30/2018 |

Sources:

1) I performed a KeyCite Search in Westlaw, which retrieves all history on the patent including any litigation.

2) I performed a search on the patent in Lexis CourtLink for any open dockets or closed cases.

3) I performed a search in Lexis in the Federal Courts and Administrative Materials databases for any cases found.

4) I performed a search in Lexis in the IP Journal and Periodicals database for any articles on the patent.

5) I performed a search in Lexis in the news databases for any articles about the patent or any articles about litigation on this patent.

## Citing References (6)

| Treatment | Title | Date | Type | Depth | Headnote(s) |
|---|---|---|---|---|---|
| Cited by | **1. Method and apparatus for repair of vehicle door handles**<br>LitAlert P2018-35-66<br><br>... LitAlert Document Type: Patent Title: Method and apparatus for repair of vehicle door handles Patent Number: US 9126291  (20150908)Patent Type: Utility Class Number: B23/P Class Type: OTHER WORKING OF METAL; COMBINED OPERATIONS; UNIVERSAL MACHINE TOOLS Inventor: Thrasher, Zach ... | Aug. 29, 2018 | Lit Alert | ▨ | — |
| — | **2. METHOD FOR REPAIRING BROKEN INTERIOR DOOR HANDLE HOUSING ON DOOR PANEL ON DOOR OF E.G. JEEP COMMANDER, INVOLVES PLACING RETAINER OVER POST ON DOOR PANEL TO PRESS REPLACEMENT INTERIOR DOOR HANDLE HOUSING AND REPLACING DOOR PANEL ON DOOR** Out Of Plan<br>DWPI 2015-51830G<br><br>... Class:Engineering:P56 P62 Q47 Derwent Manual Codes:Engineering:P56-G P56-U03 P62-A05 P62-U03 P62-U17 Q47-A Q47-U03 Abstract Source: US 9126291 B1 Novelty:The method involves removing a broken interior door handle housing from an interior door panel (12) by removing a set of rivets ... | June 23, 2011 | DWPI | — | — |
| — | **3. METHOD FOR REPAIRING BROKEN INTERIOR DOOR HANDLE HOUSING OF VEHICLE, INVOLVES INSTALLING SCREW WHICH SECURES REPLACEMENT INTERIOR DOOR HANDLE HOUSING AGAINST INTERIOR DOOR PANEL AND THEN REPLACES INTERIOR DOOR PANEL ON DOOR** Out Of Plan<br>DWPI 2017-58797G<br><br>... 2012-06-25 Application priority US 500170P 2011-06-23 Application priority Earliest Priority Date:2011-06-23 Related:Continuation In Part of US patent US 9126291 B  No. of Countries:1 No. of Patents:1 First Derwent Appearance:2017.59 Latest Derwent Appearance:2017.59 Classification Information International Classes (IPC ... | June 23, 2011 | DWPI | — | — |
| — | **4. PatStat 9126291**<br><br>... Patent Status File Patent Number: US 9126291 Change Code: PS Description: Patent Suit(See LitAlert Entries)Reissue Number:OG Date: LITALERT ... | 2018 | Patent Status Files | — | — |
| — | **5. CF Advance, Corp. v. Zachariah Thomas Thrasher** | Aug. 29, 2018 | Docket Summaries | — | — |

Case 6:18-cv-01770-GEM-DCI   Document 32-2   Filed 05/13/19   Page 85 of 216 PageID 199

List of Citing References to METHOD AND APPARATUS FOR REPAIR...

| Treatment | Title | Date | Type | Depth | Headnote(s) |
|---|---|---|---|---|---|
| — | **6. METHOD AND APPARATUS FOR REPAIR OF VEHICLE DOOR HANDLES** Out Of Plan US PAT 9744627+ , U.S. PTO Utility<br><br>A repair kit can be used to repair broken interior door handle assemblies on certain vehicles, and replaces the original equipment door handle support housing with a replacement...<br><br>... Larry D.Examiner(s):Hong, John C Priority Information Related Information:Continuation-in-part of application No. 13/532,661, filed on 2012/06/25, now Pat. No. 9,126,291  Provisional application No. 61/500,170, filed on 2011/06/23.Earliest Priority Date:2011-06-23 Classification Information International Classes (IPC 8):B23P ... | Aug. 29, 2017 | Patents | — | — |

# US District Court Civil Docket

### U.S. District - Florida Southern
### (Miami)

## 1:18cv23517

## Cf Advance Corp. v. Thrasher

This case was retrieved from the court on Sunday, September 30, 2018

Date Filed: **08/29/2018**
Assigned To: **Judge Federico A. Moreno**          Class Code: **OPEN**
Referred To:                                        Closed:
Nature of suit: **Patent (830)**                    Statute: **28:1338**
Cause: **Patent Infringement**                      Jury Demand: **None**
Lead Docket: **None**                               Demand Amount: **$0**
Other Docket: **None**                              NOS Description: **Patent**
Jurisdiction: **Federal Question**

| Litigants | Attorneys |
|---|---|
| Cf Advance Corp.<br>221 N SUNSET AVE<br>City of Industry, CA 91744<br>Plaintiff | Mark Alexander Goldstein<br>ATTORNEY TO BE NOTICED<br>141 Ne 3rd Ave., Suite 804<br>Miami , FL 33132<br>USA<br>305-390-2341<br>Email: Markgoldstein98@yahoo.Com |
| Zachariah Thomas Thrasher<br>1010 E. Orlando St.<br>Orlando, FL 32801<br>Defendant | Andrew Scott Rapacke<br>LEAD ATTORNEY; ATTORNEY TO BE NOTICED<br>The Rapacke Law Group, P.A.<br>9330 Nw 10th Court<br>Plantation , FL 33322<br>USA<br>(407) 801-9368<br>Fax: (407) 992-6101<br>Email: Andy@arapackelaw.Com |

| Date | # | Proceeding Text | Source |
|---|---|---|---|
| 08/29/2018 | 1 | COMPLAINT against Zachariah Thomas Thrasher. Filing fees $ 400.00 receipt number 113C-10950434, filed by CF Advance Corp..(Goldstein, Mark) (Entered: 08/29/2018) | |
| 08/29/2018 | 2 | NOTICE of Filing Proposed Summons(es) by CF Advance Corp. re 1 Complaint filed by CF Advance Corp. (Goldstein, Mark) (Entered: 08/29/2018) | |
| 08/29/2018 | 3 | | |

|  |  |  |
|---|---|---|
|  |  | Clerks Notice of Judge Assignment to Judge Federico A. Moreno. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Lauren F. Louis is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (cbr) (Entered: 08/29/2018) |
| 08/29/2018 | 4 | Clerks Notice to Filer re: Electronic Case. No Civil Cover Sheet. Filer is instructed to file a Notice (Other) with the Civil Cover Sheet attached within 24 hours of the notice. (cbr) (Entered: 08/29/2018) |
| 08/29/2018 | 5 | FORM AO 120 SENT TO DIRECTOR OF U.S. PATENT AND TRADEMARK (Attachments: # 1 Complaint) (cbr) (Entered: 08/29/2018) |
| 08/29/2018 | 6 | Summons Issued as to Zachariah Thomas Thrasher. (cbr) (Entered: 08/29/2018) |
| 08/29/2018 | 7 | NOTICE by CF Advance Corp. re 4 Clerks Notice to Filer re: Electronic Case (Goldstein, Mark) (Entered: 08/29/2018) |
| 09/10/2018 | 8 | NOTICE of Attorney Appearance by Andrew Scott Rapacke on behalf of Zachariah Thomas Thrasher. Attorney Andrew Scott Rapacke added to party Zachariah Thomas Thrasher(pty:dft). (Rapacke, Andrew) (Entered: 09/10/2018) |
| 10/02/2018 | 9 | MOTION to Dismiss 1 Complaint or Transfer for Lack of Venue, MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM ( Responses due by 10/16/2018) by Zachariah Thomas Thrasher. (Rapacke, Andrew) (Entered: 10/02/2018) | Events since last full update |

Copyright © 2018 LexisNexis CourtLink, Inc. All rights reserved.
* * * THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY * * *

https://www.totalpatentone.com/search/results/1/publication/US9126291B1/121214414            10/3/2018

## US9126291B1 - Method and apparatus for repair of vehicle door handles

A repair kit to repair broken interior door handle assemblies on certain vehicles. The method includes removing the original (broken) door handle housing from the back side of the door panel by removing the plastic rivets. The replacement housing is then installed on the back side of the door panel in place of the original over the posts and tab(s) on the door panel, and fasteners are placed over the posts and pushed down to press the flange of the replacement housing tightly against the back side of the door panel. A hole is drilled through the base of the tab, and a fastener is inserted through the hole and bent around the tab to similarly secure the flange.





## Bibliographic information

| | | |
|---|---|---|
| Publication | US9126291B1 | 09/08/2015 |
| Application | US13532661 | 06/25/2012 |
| Priority | US13532661 | 06/25/2012 |

| | |
|---|---|
| Current assignee | Thrasher, Zach |
| Inventor | Zach Thrasher |
| Legal representative | Larry D. Johnson |

| | |
|---|---|
| Status | Granted |

## Claims

1 . 1. A method for repairing a broken interior door handle housing on an interior door panel on a door of a vehicle, the broken interior door handle housing integrated into the interior door panel by a plurality of rivets, the interior door panel bearing at least one post extending from the interior door panel through a

corresponding aperture in the broken interior door handle housing, the method comprising: removing the interior door panel from the door; removing the broken interior door handle housing from the interior door panel by removing the plurality of rivets and detaching the broken interior door handle housing; installing a replacement interior door handle housing on the interior door panel such that the at least one post on the interior door panel extends through an aperture in the replacement interior door handle housing; placing a retainer over the at least one post on the interior door panel to press the replacement interior door handle housing against the interior door panel; and replacing the interior door panel on the door.

2 . 2. The method of claim 1 wherein the step of removing the broken interior door handle housing from the interior door panel by removing the rivets and detaching the broken interior door handle housing comprises removing the rivets with a drill.

3 . 3. The method of claim 1 wherein the step of removing the broken interior door handle housing from the interior door panel by removing the rivets and detaching the broken interior door handle housing comprises removing the rivets with a razor knife.

4 . 4. The method of claim 1 wherein the interior door panel further includes a tab extending from the interior door panel through a corresponding aperture in the broken interior door handle housing, and the step of installing a replacement interior door handle housing on the interior door panel comprises installing the replacement interior door handle housing on the interior door panel such that the tab on the interior door panel extends through an aperture in the replacement interior door handle housing.

5 . 5. The method of claim 4 wherein the step of installing a replacement interior door handle housing on the interior door panel includes drilling a hole in the tab and inserting a cotter pin in the hole to secure the replacement interior door handle housing against the interior door panel.

6 . 6. The method of claim 1 wherein the step of installing a replacement interior door handle housing on the interior door panel further includes applying adhesive between the interior door panel and the replacement interior door handle housing.

Total of 100% of claims loaded.

## Families

This section contains all family relations of this particular document. For more information about the different families please refer to the Manual (Glossary/Families)

| Domestic Family | Main Family | Complete Family | Extended Family |
|---|---|---|---|
| US9126291B1 | US9126291B1 | US9126291B1 | US9126291B1 |
| | | | US9744627B1 |

## Similar documents

*The similarity check is done by matching this document to all documents in the database. Only the title and abstract text are matched, resulting in a score. The 10 highest scoring documents are shown here.*

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|---|---|---|---|---|---|---|

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|-------|-------------------|------------------|------------------|-------|----------|-----|
| 352.55 | US9744627B1 | 08/29/2017 | 09/08/2015 | Method and apparatus for repair of vehicle door handles | A repair kit can be used to repair broken interior door handle assemblies on certain vehicles, and replaces the original equipment door handle support housing with a replacement housing, without having to replace the entire door panel. The method includes removing the original (broken) door handle housing from the back side of the door panel by drilling or otherwise removing the plastic rivets that secure the original handle housing to the door panel. The replacement housing is then installed on the back side of the door panel in place of the | |

https://www.totalpatentone.com/search/results/1/publication/US9126291B1/121214414    10/3/2018

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|---|---|---|---|---|---|---|
| | | | | | original and screws are installed into drilled-out plastic rivet locations in the door panel through apertures in the replacement door handle housing to secure the replacement door handle housing to the door panel. | |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|-------|--------------------|-----------------|-----------------|-------|----------|-----|
| 150.16 | KR100863103B1 | 10/06/2008 | 08/09/2007 | THE COMBINED APPARATUS OF DOOR TRIM FOR VEHICLE | A combining apparatus for a door trim of a vehicle is provided to facilitate disassembly of a fastener by pressing down the fastener which is supported by an elastic member in a grommet and turning the fastener. A combining apparatus for a door trim of a vehicle comprises a fastener(10), a grommet (20), and an elastic member(30). The fastener is configured to fasten a door trim to a door panel. The grommet penetrates the door panel and the door trim and has a hollow inside for receiving the fastener. The elastic member is installed between the fastener and the grommet to facilitate | |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|---|---|---|---|---|---|---|
| | | | | | installation of the fastener. The fastener includes a flange(11), a base(16), a post(13), and an arm(14). The flange is formed at the top of the fastener to receive external force vertically. The base is inserted in the grommet and presses the elastic member. The post is integrally formed between the flange and the base. The arm extends from the base toward the flange in parallel to the post. The arm of the fastener has a hook(15), which is inserted in a hole(24) of the grommet . | |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|---|---|---|---|---|---|---|
| 142.29 | DE69505908T2 | 05/12/1999 | 07/28/1995 | Break-away fastening system for air bag-Deployment door | A fastener extends from the door toward a facing edge flange of the panel around the panel opening. The fastener includes a head at an end portion directed toward the edge flange and adapted to be inserted through an aperture provided therein as the door is moved into place covering the panel opening. After full insertion, fingers of the head snap outwardly away from each other on an opposite side of the edge flange to lock the head and thus secure the door firmly in place. The fastener has at least one frangible section of reduced cross-section between the door and the | |

https://www.totalpatentone.com/search/results/1/publication/US9126291B1/121214414    10/3/2018

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|---|---|---|---|---|---|---|
| | | | | | edge flange which section is fractured or broken upon deployment of the air bag against the door as it moves through the panel opening. | |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|-------|-------------------|------------------|------------------|-------|----------|-----|
| 138.01 | US4619123A | 10/28/1986 | 01/14/1985 | Guard plate and method for automobile door handle | A stainless steel guard plate for preventing forced entry into certain automobilies by forcing a screwdriver between the door handle mechanism and the outer door panel to unlock the door is retrofitted to the automobile. The handle mechanism is removed from an opening in the door. The guard plate includes a stainless steel plate having an aperture through which an operative portion of the handle mechanism extends, with side flanges of the guard plate extending inwardly along the upper and lower edges of the guard plate aperture and through the original opening in the door panel. A | |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|---|---|---|---|---|---|---|
| | | | | | first screw which is accessible through a rear end plate of the door when it is opened, passes through a hole in an inwardly extending tab of the guard plate and into a threaded hole in a tongue member of the handle mechanism. The first screw is tightened, drawing the rear portion of the handle mechanism tightly against the guard plate, pressing it tightly against the outer surface of the door panel. A second screw extending through the forward part of the handle is used to tighten the front end of the handle against the door panel. | |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|---|---|---|---|---|---|---|
| 137.62 | EP695670B1 | 11/11/1998 | 07/28/1995 | Break-away fastening system for air bag deployment doors | A fastener extends from the door toward a facing edge flange of the panel around the panel opening. The fastener includes a head at an end portion directed toward the edge flange and adapted to be inserted through an aperture provided therein as the door is moved into place covering the panel opening. After full insertion, fingers of the head snap outwardly away from each other on an opposite side of the edge flange to lock the head and thus secure the door firmly in place. The fastener has at least one frangible section of reduced cross-section between the door and the | |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|-------|--------------------|------------------|-----------------|-------|----------|-----|
|       |                    |                  |                 |       | edge flange which section is fractured or broken upon deployment of the air bag against the door as it moves through the panel opening. |     |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|-------|--------------------|-----------------|-----------------|-------|----------|-----|
| 137.48 | US7093964B2 | 08/22/2006 | 11/01/2004 | Compact, low-level vehicle interior lamp assembly | A compact lamp assembly provides illumination for a vehicle interior, and generally includes a housing, a circuit board, and an LED that emits light through an opening in the housing. The front wall of the housing includes first and second installation features for installing the lamp assembly in a slot in a vehicle interior panel. The first installation feature has a flange connected to the housing by a neck portion that encircles the opening in the housing and that is designed to slide into the slot so that the housing is held in place on the panel by the flange. The second installation | |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|-------|--------------------|------------------|------------------|-------|----------|-----|
| | | | | | feature includes a pair of apertured extensions of the front wall that receive fasteners to hold the lamp assembly in place against the rear side of the panel. | |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|---|---|---|---|---|---|---|
| 130.41 | CA1272040A1 | 07/31/1990 | 04/11/1986 | GUARD PLATE AND METHOD FOR AUTOMOBILE DOOR HANDLE | A stainless steel guard plate for preventing forced entry into certain automobiles by forcing a screwdriver between the door handle mechanism and the outer door panel to unlock the door is retrofitted to the automobile. The handle mechanism is removed from an opening in the door. The guard plate includes a stainless steel plate having an aperture through which an operative portion of the handle mechanism extends, with side flanges of the guard plate extending inwardly along the upper and lower edges of the guard plate aperture and through the original opening in the door panel. A | |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|-------|-------------------|------------------|------------------|-------|----------|-----|
| | | | | | first screw which is accessible through a rear end plate of the door when it is opened, passes through a hole in an inwardly extending tab of the guard plate and into a threaded hole in a tongue member of the handle mechanism. The first screw is tightened, drawing the rear portion of the handle mechanism tightly against the guard plate, pressing it tightly against the outer surface of the door panel. A second screw extending through the forward part of the handle is used to tighten the front end of the handle against the door panel. | |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|-------|--------------------|------------------|------------------|-------|----------|-----|
| 129.87 | US20020056173A1 | 05/16/2002 | 01/15/2002 | Vehicle door handle | A door handle for a door of a vehicle includes a handle portion and a housing or base portion. Preferably, the handle portion is assembled to the base portion by a snap fit of a pair of snap clasps onto a corresponding pair of axles or cross members attached to the housing. The snap clasps engage the cross members via a tapered opening to guide the cross members into the snap clasps, thereby easing the assembly process of the handle assembly. The snap clasps are snapped onto the cross members marked by an audible click to pivotally | |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|-------|--------------------|------------------|------------------|-------|----------|-----|
|       |                    |                  |                  |       | secure the handle portion to the housing, such that pivotal movement of the handle relative to the housing may be operable to open the door of the vehicle. Preferably, a biasing member is included to bias the handle portion toward its closed position relative to the housing, while the handle and the housing comprise polymeric materials. Also, the handle preferably comprises a soft touch material molded along an inner or back side of the handle to improve comfort of the handle to a user thereof when the user grasps the handle to open the door, and a heating |     |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|-------|--------------------|------------------|------------------|-------|----------|-----|
|       |                    |                  |                  |       | element may also be included. One or more illumination sources may be provided at the housing or otherwise adjacent to the handle to provide illumination of the handle in response to electrical signal. |     |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|---|---|---|---|---|---|---|
| 128.51 | US20060092659A1 | 05/04/2006 | 11/01/2004 | Compact, low-level vehicle interior lamp assembly | A compact lamp assembly provides illumination for a vehicle interior, and generally includes a housing, a circuit board, and an LED that emits light through an opening in the housing. The front wall of the housing includes first and second installation features for installing the lamp assembly in a slot in a vehicle interior panel. The first installation feature has a flange connected to the housing by a neck portion that encircles the opening in the housing and that is designed to slide into the slot so that the housing is held in place on the panel by the flange. The second installation | |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|-------|--------------------|--------------------|------------------|-------|----------|-----|
|       |                    |                    |                  |       | feature includes a pair of apertured extensions of the front wall that receive fasteners to hold the lamp assembly in place against the rear side of the panel. |     |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|-------|--------------------|--------------------|--------------------|-------|----------|-----|
| 127.79 | US20130047402A1 | 02/28/2013 | 10/15/2012 | METHOD FOR MAINTAINING A DOOR IN A CLOSED POSITION ON AN OVER-THE-ROAD VEHICLE | A method of preventing a first door on an over-the-road vehicle from moving from a closed position into an open position. The first door has a first latch assembly that cooperates with a second latch assembly to releasably maintain the first door in its closed position. One of the first and second latch assemblies is maintained in place by at least one fastener extended into a first opening. With the at least one fastener loosened, the first locking assembly is placed on one of: a) one of the doors; or b) the vehicle frame after which a fastener is tightened into the first opening to thereby: i) maintain one | |

| Score | Publication number | Publication date | Application date | Title | Abstract | PDF |
|-------|--------------------|--------------------|------------------|-------|----------|-----|
|       |                    |                    |                  |       | of the first and second latch assemblies in place and secure the operatively placed first locking assembly. With the first door in the closed position, a locking device can be connected to the first locking assembly and another part on the vehicle to thereby maintain the first door in the closed position. |     |

## Citations

| Citation | Authority | Normalized number | Application date | Publication number | Publication date |
|----------|-----------|--------------------|------------------|--------------------|-------------------|
| backward | US | 20140035300 | 10/01/2013 | US20140035300A1 | 02/06/2014 |
| forward | US | 9744627 | 09/08/2015 | US9744627B1 | 08/29/2017 |

## Description

## CROSS REFERENCE TO RELATED APPLICATIONS

[0001] The present application claims the benefit of the filing date of U.S. Provisional Patent Application Ser. No. 61/500,170, filed Jun. 23, 2011. The foregoing application is incorporated by reference in its entirety as if fully set forth herein.

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

[0002] Not applicable.

## REFERENCE TO A MICROFICHE APPENDIX

[0003] Not applicable.

## TECHNICAL FIELD

[0004] The present invention relates generally to vehicles and vehicle repair, and more particularly to an improved method and apparatus for the repair of certain types of original equipment interior door handles on vehicles.

## BACKGROUND INFORMATION AND DISCUSSION OF RELATED ART

[0005] Some vehicles, including many Jeep Grand Cherokees from the 2004 to 2011 model years, and Jeep Commanders from the 2006 model year to the present, appear to have a weak area in the interior door handles, and many of the handles in these vehicles have broken over time. Unfortunately, the interior door handles on some of these vehicles are integrated into the door panel and are generally not serviceable by themselves, instead, the entire interior door panel has to be replaced in order to replace the door handle. For example, the interior door handle housing on the aforementioned Jeep vehicles is not attached with screws but is plastic welded into the door panel. On many other types of vehicles, the interior door handles are serviceable by themselves, which makes the repair much less expensive.

[0006] The foregoing information reflects the current state of the art of which the present inventor is aware. Reference to, and discussion of, this information is intended to aid in discharging Applicant's acknowledged duty of candor in disclosing information that may be relevant to the examination of claims to the present invention. However, it is respectfully submitted that none of the above-indicated information discloses, teaches, suggests, shows, or otherwise renders obvious, either singly or when considered in combination, the invention described and claimed herein.

## SUMMARY OF THE INVENTION

[0007] The method and apparatus for the repair of vehicle door handles of the present invention provides an interior door handle repair kit that can be used to repair broken interior door handle assemblies on certain vehicles such as the Jeep Grand Cherokee (e.g., model years 2004 to 2011) and Jeep Commander (e.g., model years 2006 to the present). The inventive kit permanently solves the problem of prematurely broken door handles by replacing the brittle original equipment door handle support housing with a replacement housing constructed of very strong composite material, and includes all the components and fasteners necessary to repair the interior door handles on one or all of the doors, without having to replace the entire door panels.

[0008] The inventive method includes removing the original (broken) door handle housing from the back side of the door panel by drilling or otherwise removing the plastic rivets that secure the original handle housing to the door panel. The posts and tab(s) that extend from the back side of the door panel through

corresponding apertures in the original housing are not removed, and are maintained for later use. After the rivets have been removed, the original door handle housing can be removed from the door panel and discarded. The replacement door handle housing is then installed on the back side of the door panel over the original posts and tab(s), and push nut retainers or other fasteners are placed over the posts and pushed down to press the flange of the replacement housing tightly against the back side of the door panel. A hole is drilled through the base of the tab, and a cotter pin or other fastener is inserted through the hole and bent around the tab to similarly secure the flange of the replacement housing tightly against the door panel.

[0009] The inventive repair kit preferably includes replacement interior door handle support housings for all four doors (driver's front door; driver's side rear passenger door; passenger side front door; and passenger side rear door); push nut retainers; cotter pins; and simple detailed instructions with pictures for installation. The original color for the kit components may be grey, tan, or other original equipment color, or the parts can be painted to match door panels, or may be used without matching colors. The components of the repair kit may be modified to provide a corresponding kit for other vehicles.

[0010] It is therefore an object of the present invention to provide a new and improved vehicle interior door handle repair kit.

[0011] It is another object of the present invention to provide a new and improved method for replacing the original equipment door handle housing with a replacement housing constructed of very strong composite material.

[0012] Other novel features which are characteristic of the invention, as to organization and method of operation, together with further objects and advantages thereof will be better understood from the following description considered in connection with the accompanying drawings, in which preferred embodiments of the invention are illustrated by way of example. It is to be expressly understood, however, that the drawings are for illustration and description only and are not intended as a definition of the limits of the invention. The various features of novelty which characterize the invention are pointed out with particularity in the claims annexed to and forming part of this disclosure. The invention resides not in any one of these features taken alone, but rather in the particular combination of all of its structures for the functions specified.

[0013] There has thus been broadly outlined the more important features of the invention in order that the detailed description thereof that follows may be better understood, and in order that the present contribution to the art may be better appreciated. There are, of course, additional features of the invention that will be described hereinafter and which will form additional subject matter of the claims appended hereto. Those skilled in the art will appreciate that the conception upon which this disclosure is based readily may be utilized as a basis for the designing of other structures, methods and systems for carrying out the several purposes of the present invention. It is important, therefore, that the claims be regarded as including such equivalent constructions insofar as they do not depart from the spirit and scope of the present invention.

[0014] Further, the purpose of the Abstract is to enable the U.S. Patent and Trademark Office and the public generally, and especially the scientists, engineers and practitioners in the art who are not familiar with patent or legal terms or phraseology, to determine quickly from a cursory inspection the nature and essence of the technical disclosure of the application. The Abstract is neither intended to define the invention of this application, which is measured by the claims, nor is it intended to be limiting as to the scope of the invention in any way.

[0015] Certain terminology and derivations thereof may be used in the following description for convenience in reference only, and will not be limiting. For example, words such as "upward," "downward," "left," and "right" would refer to directions in the drawings to which reference is made unless otherwise

stated. Similarly, words such as "inward" and "outward" would refer to directions toward and away from, respectively, the geometric center of a device or area and designated parts thereof. References in the singular tense include the plural, and vice versa, unless otherwise noted.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0016] The invention will be better understood and objects other than those set forth above will become apparent when consideration is given to the following detailed description thereof. Such description makes reference to the annexed drawings wherein:

[0017] FIG. 1 is a front elevation view of a broken door handle on an interior door panel of a vehicle;

[0018] FIG. 2 is a rear view of the original door handle housing being removed from the back side of the door panel; and

[0019] FIG. 3 is a rear view of a replacement door handle housing installed on the back side of the door panel.

## DETAILED DESCRIPTION OF THE INVENTION

[0020] Referring to FIGS. 1 through 3, wherein like reference numerals refer to like components in the various views, there is illustrated therein a new and improved method and apparatus for the repair of vehicle interior door handles.

[0021] FIG. 1 is a front elevation view of a broken door handle assembly **10** on an interior door panel **12** of a vehicle. Door handle assembly **10** includes handle support housing **14** and handle lever **16**.

[0022] FIG. 2 is a rear view of the original (broken) door handle housing **20** in the process of being removed from the back side of the door panel **12**. Drill **22** is being used to drill out the plastic rivets **23** that plastic welded and permanently secured the original handle housing **20** to the door panel **12**. Alternatively, a razor knife or other tool could be used to remove the rivets. Posts **24** and tab **26** extend from the back side of the door panel through corresponding apertures in the original housing, but are not removed, and are maintained for later use. After the rivets have been removed, the original door handle housing can be removed from the door panel.

[0023] FIG. 3 is a rear view of a replacement door handle housing **30** having been installed on the back side of the door panel **12** in place of the original. Push nut retainers **32** have been placed over the posts **24** and pushed down to press the flange **34** of the replacement housing tightly against the back side of the door panel. Alternatively, spring clips, locking tabs, or other fasteners could be used on the posts to retain the replacement housing against the door panel. A hole **36** has been drilled through the base of tab **26**, and cotter pin **38** has been inserted through the hole **36** and bent around the tab to similarly secure the flange of the replacement housing tightly against the door panel. Alternatively or optionally, adhesive may be applied between the flange of the replacement housing and back side of the door panel (prior to tightening of the push nuts and placement of the cotter pin in the tab, if they are used) to provide bonding and help prevent gaps between the surfaces.

[0024] Typical customer instructions for the repair of broken interior door handles on a Jeep Cherokee type vehicle may include the following:

[0025] Tools required: drill, flat screwdriver, Phillips screwdriver, razor blade, and hammer, and a rag and a plastic adhesive are recommended. Note: Some minor modification of the door panel or handle kit may be necessary to ensure a perfect fit. This is an aftermarket part.

[0026] Step 1 (removing the door panel): Remove the screws from the door panel. After all of the screws are removed, carefully pry the panel from the door using the flat head screwdriver (use of a rag is recommended to protect the paint). The panel will pry loose with ample pressure (multiple clips attach the panel to the door). Once loose, lift up on the panel until it is above the lock mechanism. Once the panel is loose, carefully remove any electrical clips. Next, disconnect the rod that is attached to the door handle. Slide the clip to the side off of the rod. The plastic clip simply clips onto the rod. Once unclipped, the rod will lift out of the handle.

[0027] Step 2 (door handle removal): Start by lying the door panel down on a flat surface, backside facing up. Using a large drill bit, razor knife, or other tool, remove the tops off the plastic rivets (e.g., typically 6 rivets +/−). Carefully drill or cut only the rivets and handle housing as necessary, taking care not to drill through the door panel itself. Once all the rivets have been drilled or cut out, the handle housing will easily detach from the door panel. Use the razor blade to remove any excess plastic shavings on the panel.

[0028] Step 3 (installing the new handle on the door panel): Line the holes and slots of the replacement housing up with the posts (typically two) and tabs (typically 3-4) of the door panel. Press the housing down until it is flush with the panel (some minor modification may be necessary with the razor blade). Ensure that you are installing the correct handle (e.g., Driver/Front, Passenger/Rear, etc). An adhesive such as a two part epoxy or adhesive tape may be applied to one or more locations (such as the plastic weld locations) to help secure the replacement housing and eliminate gaps. Once the handle is lined up and pressed flush, using the flat head screwdriver (or a socket), press the provided push nut retainers down the posts until the handle housing is tight on the door panel. Next, use a 1/16th inch drill bit to drill through the base of the lowermost tab that protrudes through the bottom of the housing. Make sure the housing is pressed down flush when drilling the tab to avoid a gap between the housing and the door panel. Once drilled, insert the provided cotter pin. Using a screwdriver, bend and manipulate the cotter pin around the tab. Now that the handle housing is completely installed, you can replace the door panel on the vehicle. Follow the removal instructions in reverse.

[0029] Typical customer instructions for the repair of broken door handles on a Jeep Commander type vehicle may include the following. In this example, the original handle lever is to be removed and reused, and the instructions include steps for installation of the lever in the replacement housing.

[0030] Tools required: drill, flat head screwdriver, Phillips head screwdriver, razor blade, and hammer. Note: "Before" and "After" pictures are recommended to ensure that you install the handles in the correct direction. The housings appear similar; and incorrect installation may result in loss of hardware.

[0031] Step 1 (removing the door panel): Remove the screws from the door panel. After all of the screws are removed, carefully pry the panel from the door using the flat head screwdriver. The panel will pry loose with ample pressure. Once loose, lift up on the panel until it is above the lock mechanism. Once the panel is loose, carefully remove any electrical clips. Next, disconnect the rod that is attached to the door handle. Slide the clip to the side off of the rod (

Total of 78% of description loaded.

# Classifications

**IPC**

B23P6/00
B25B27/08
E05B85/12

**CPC**

B23P6/00
B25B27/08
E05B85/12
Y10T29/49718
Y10T29/49721
Y10T29/49726
Y10T29/4973
Y10T29/49741
Y10T29/49746
Y10T29/49815
Y10T29/49826
Y10T29/49885
Y10T29/49947

## Persons

### Original Assignees

| Original | Standardized | Normalized |
| --- | --- | --- |

### Current Assignees

| Original | Standardized | Normalized |
| --- | --- | --- |

| | | |
| --- | --- | --- |
| **Inventor(s)** | Zach Thrasher | |
| **Legal representative(s)** | Larry D. Johnson | |

## Legal information

### Status

| Event | Date |
|-------|------|
|  | 09/08/2015 |
|  | 06/25/2012 |

## Ownership

| Date from | Date to | Name | Standardized | Normalized |
|-----------|---------|------|--------------|------------|
| 06/25/2012 |  |  |  |  |

## Payment status

| Date | Payment status | Description |
|------|----------------|-------------|

## Litigation

| Date | Docket number | Comments | Judgement |
|------|---------------|----------|-----------|

https://www.totalpatentone.com/search/results/1/publication/US9126291B1/121214414          10/3/2018

Lexis Advance
Research

More

Home / Intellectual Property / Results

**Select Category**
## Intellectual…          0

Results for: 9126291 *or* 9,126,291

| Actions

Filters

Intellectual Property

Clear |

Filter Results

Intellectual Property (0)

No documents found in **Intellectual Property**.

Try the following:

Remove one or more filters:   **Intellectual Property**

Run your search again in **Everything**.

Modify your search (edit or remove some search terms or add synonyms).

Check for spelling errors.

Use the options available from the **Actions** menu above to modify your search.

Note: Some content may not be visible based on the restrictions of your subscription.

About          Privacy       Terms &      Sign      Copyright
LexisNexis     Policy       Conditions     On        © 2018
                                                   LexisNexis.
                                                   All rights
                                                   reserved


https://advance.lexis.com/search/?pdmfid=1000516&crid=72c361b5-23e5-4ed7-80d4-2afd...   10/3/2018

Lexis Advance®
Research

Results for: 9126291 or 9,126,291

News (22) Sort by: Relevance

1. Monthly: Appollo Ispat Complex tumbles 21% in September, leads Engineering sector

   News Bites – Asia: Bangladesh Sep 30, 2018 STOCK 2035 words
   ... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
   Email rani@appollo - ispat.com 5.3 Activities Appollo Ispat Complex Limited ...

2. Weekly: Appollo Ispat Complex tumbles 17.9% September 27, 2018 15:00 BDT

   News Bites – Asia: Bangladesh Sep 27, 2018 STOCK 2131 words
   ... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
   Email rani@appollo - ispat.com 5.3 Issued Capital Based on 389,620,000 ...

3. Weekly: Appollo Ispat Complex accelerates decline: down 5.1% in 2 weeks September 20, 2018 15:00 BDT

   News Bites – Asia: Bangladesh Sep 20, 2018 STOCK 2028 words
   ... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
   Email rani@appollo - ispat.com 5.3 Issued Capital Based on 389,620,000 ...

4. US Patent Issued on Sept. 8 for "Method and apparatus for repair of vehicle door handles" (Florida Inventor)

   US Fed News Sep 09, 2015 231 words
   ... further information, including images, charts and tables, please visit:
   http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-bool.html&r=1&f=G&l=50&co1=AND&d=PTXT&s1=**9126291**&OS=**9126291**&RS=**9126291**
   For any query with respect to this article or ...
   ... Sept. 9 -- United States Patent no. **9,126,291** , issued on Sept. 8. "Method and apparatus for repair of ...

5. Weekly: Appollo Ispat Complex down 3.4% in 2 weeks September 13, 2018 15:00 BDT

   News Bites – Asia: Bangladesh Sep 13, 2018 STOCK 2008 words

... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
Email rani@appollo - ispat.com 5.3 Issued Capital Based on 389,620,000 ...

---

6. Weekly: Appollo Ispat Complex decreases 0.8% on weak volume September 06, 2018 15:00 BDT

News Bites - Asia: Bangladesh Sep 06, 2018 STOCK 1987 words
... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
Email rani@appollo - ispat.com 5.3 Issued Capital Based on 389,620,000 ...

---

7. Monthly: Appollo Ispat Complex trails 81% of stocks

News Bites - Asia: Bangladesh Aug 30, 2018 STOCK 3726 words
... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
Email rani@appollo - ispat.com 5.3 Activities Appollo Ispat Complex Limited ...

---

8. Weekly: Appollo Ispat Complex unchanged on thin volume August 20, 2018 15:00 BDT

News Bites - Asia: Bangladesh Aug 20, 2018 STOCK 4223 words
... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
Email rani@appollo - ispat.com 5.3 Top Management The chairman is ...

---

9. Weekly: Appollo Ispat Complex in its biggest weekly loss in 1 month August 16, 2018 15:00 BDT

News Bites - Asia: Bangladesh Aug 16, 2018 STOCK 3917 words
... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
Email rani@appollo - ispat.com 5.3 Top Management The chairman is ...

---

10. Weekly: Appollo Ispat Complex drops 3.2% on weak volume August 09, 2018 15:00 BDT

News Bites - Asia: Bangladesh Aug 09, 2018 STOCK 4261 words
... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
Email rani@appollo - ispat.com 5.3 Top Management The chairman is ...

---

Content type:
News
Terms:
9126291 or 9,126,291
Search Type:
Boolean - Fewer Results
Narrow By:
Sources: News

Date and Time:
Oct 03, 2018   07:38:17 a.m. EDT

LexisNexis®    About LexisNexis    Privacy Policy    Terms & Conditions    Sign Out    Copyright © 2018 LexisNexis. All rights reserved.    RELX Group™

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov



Bib Data Sheet

**CONFIRMATION NO. 6751**

| SERIAL NUMBER 90/014,211 | FILING OR 371(c) DATE 09/28/2018 RULE | CLASS 029 | GROUP ART UNIT 3993 | ATTORNEY DOCKET NO. RBI-PT079RX |
|---|---|---|---|---|

**AIA (First Inventor to File): YES**

**INVENTORS**

   9126291, Residence Not Provided;
   LARRY D. JOHNSON, CELEBRATION, FL;
   RB DISTRIBUTION, INC, COLMAR,, PA;

**APPLICANTS**

   VOLPE AND KOENING P.C. UNITED PLAZA, PHILADELPHIA,, PA

** CONTINUING DATA **********************
   This application is a REX of 13/532,661 06/25/2012 PAT 9126291 *
   which claims benefit of 61/500,170 06/23/2011
   (*)Data provided by applicant is not consistent with PTO records.

** FOREIGN APPLICATIONS *******************

| Foreign Priority claimed ☐ yes ☐ no | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS 6 | INDEPENDENT CLAIMS 1 |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged    Examiner's Signature          Initials | | | | |

**ADDRESS**
62755

**TITLE**
METHOD AND APPARATUS FOR REPAIR OF VEHICLE DOOR HANDLES

| FILING FEE RECEIVED 12000 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |

☐ 1.18 Fees ( Issue )

☐ Other _____

☐ Credit

# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/014,211 | 09/28/2018 | 9126291 | RBI-PT079RX | 6751 |

62755      7590      10/16/2018

LARRY D. JOHNSON
P.O. BOX 470277
CELEBRATION, FL 34747

| EXAMINER |
|---|
| DOERRLER, WILLIAM CHARLES |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3993 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 10/16/2018 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

VOLPE AND KOENIG, P.C.
UNITED PLAZA
30 SOUTH 17TH STREET, 18TH FLOOR
PHILADELPHIA, PA 19103

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/014,211* .

PATENT UNDER REEXAMINATION *9126291* .

ART UNIT *3993* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| *Ex Parte Reexamination Interview Summary – Pilot Program for Waiver of Patent Owner's Statement* | Control No. 90/014,211 | | Patent Under Reexamination is Requested 9126291 | |
|---|---|---|---|---|
| | Examiner WILLIAM DOERRLER | | Art Unit 3993 | AIA Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address. --*

*All participants (USPTO official and patent owner):*

(1)  <u>SHANETTE BROWN</u>        (3)  _____

(2)  _____        (4)  _____

Date of Telephonic Interview: <u>15 October 2018</u>.

**A. The USPTO official requested waiver of the patent owner's statement pursuant to the pilot program for waiver of patent owner's statement in *ex parte* reexamination proceedings.\***

☐ The patent owner **agreed** to waive its right to file a patent owner's statement under 35 U.S.C. 304 in the event reexamination is ordered for the above-identified patent.

☐ The patent owner **did not agree** to waive its right to file a patent owner's statement under 35 U.S.C. 304 at this time.

☑ USPTO personnel were unable to reach the patent owner.\*\*

**B. The Patent Owner of record telephoned the Office and indicated they would like to participate in the pilot program for waiver of patent owner's statement in *ex parte* reexamination proceedings.\***

☐ The Patent owner of record telephoned the Office and **agreed** to waive its right to file a patent owner's statement under 35 U.S.C. 304 in the event reexamination is ordered for the above-identified patent.

The patent owner is <u>not</u> required to file a written statement of this telephone communication under 37 CFR 1.560(b) or otherwise. However, any disagreement as to this interview summary must be brought to the immediate attention of the USPTO, and no later than one month from the mailing date of this interview summary. Extensions of time are governed by 37 CFR 1.550(c).

\*For more information regarding this pilot program, see *Pilot Program for Waiver of Patent Owner's Statement in Ex Parte Reexamination Proceedings, 75 Fed. Reg.* 47269 (August 5, 2010), available on the USPTO Web site at http://www.uspto.gov/patents/law/notices/2010.jsp.

\*\*The patent owner may contact the USPTO personnel at (571) 272-7705 or at the telephone number provided below if the patent owner decides to waive the right to file a patent owner's statement under 35 U.S.C. 304.

/SHANETTE BROWN/        <u>(571)272-6632</u>
Signature and telephone number of the USPTO official, who contacted, was contacted by, or attempted to contact the patent owner.

cc: Requester (if third party requester)

U.S. Patent and Trademark Office        Paper No. 20181016
PTOL-2292 (11-12)        *Ex Parte Reexamination Interview Summary – Pilot Program for Waiver of Patent Owner's Statement*

Page 127

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/014,211 | 09/28/2018 | 9126291 | RBI-PT079RX | 6751 |

62755        7590        11/09/2018
LARRY D. JOHNSON
P.O. BOX 470277
CELEBRATION, FL 34747

| EXAMINER |
|---|
| DOERRLER, WILLIAM CHARLES |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3993 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 11/09/2018 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Volpe and Koenig P.C.
United Plaza
30 South 17th Street, 18th Floor
Philadelphia, PA 19103

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/014,211* .

PATENT UNDER REEXAMINATION *9126291* .

ART UNIT *3993* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| *Order Granting Request For Ex Parte Reexamination* | Control No. | | Patent Under Reexamination | |
|---|---|---|---|---|
| | 90/014,211 | | 9126291 | |
| | Examiner | | Art Unit | AIA Status |
| | WILLIAM C DOERRLER | | 3993 | No |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>28 September 2018</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments:  a)☐    PTO-892,    b)☑    PTO/SB/08,    c)☐   Other: _____

1. ☑    The request for *ex parte* reexamination is GRANTED.

RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional):  TWO MONTHS  from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

| /WILLIAM C DOERRLER/ Primary Examiner, Art Unit 3993 | | |
|---|---|---|

cc:Requester ( if third party requester )

U.S. Patent and Trademark Office
PTOL-471G(Rev. 01-13)        Office Action in *Ex Parte* Reexamination        Part of Paper No. 20181015

Page 130

### Notice of Pre-AIA or AIA Status

The present application is being examined under the pre-AIA first to invent provisions.

### DECISION ON REQUEST FOR REEXAMINATION

A substantial new question of patentability affecting claims 1-6 of United States Patent

Number 9,126,291 is raised by the request for *ex parte* reexamination.

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings

because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a

reexamination proceeding.  Additionally, 35 U.S.C. 305 requires that *ex parte* reexamination

proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)).  Extensions of time in

*ex parte* reexamination proceedings are provided for in 37 CFR 1.550(c).


### Service of Papers

After the filing of a request for reexamination by a third party requester, any document

filed by either the patent owner or the third party requester must be served on the other party (or

parties where two or more third party requester proceedings are merged) in the reexamination

proceeding in the manner provided in 37 C.F.R. 1.248. See 37 C.F.R. 1.550(f).


### Amendment in Reexamination Proceedings

Patent owner is notified that any proposed amendment to the specification and/or claims

in this reexamination proceeding must comply with 37 C.F.R. 1.530(d)-(j), must be formally

presented pursuant to 37 C.F.R. 1.52(a) and (b), and must contain any fees required by 37

C.F.R. 1.20(c). See MPEP §2250(IV) for examples to assist in the preparation of proper

proposed amendments in reexamination proceedings.

### Submissions

In order to ensure full consideration of any amendments, affidavits or declarations or other documents as evidence of patentability, such documents must be submitted in response to the first Office action on the merits (which does not result in a close of prosecution). Submissions after the second Office action on the merits, which is intended to be a final action, will be governed by the requirements of 37 C.F.R. 1.116, after final rejection and by 37 C.F.R. 41.33 after appeal, which will be strictly enforced.

### Notification of Concurrent Proceedings

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a) to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving Patent No. 9,126,291 throughout the course of this reexamination proceeding.  The third party requester is also reminded of the ability to similarly apprise the Office of any such activity or proceeding throughout the course of this reexamination proceeding.  See MPEP §§ 2207, 2282 and 2286.

In order to ensure full consideration of any amendments, affidavits or declarations, or other documents as evidence of patentability, such documents must be submitted in response to this Office action.  Submissions after the next Office action, which is intended to be a final action, will be governed by the requirements of 37 CFR 1.116, after final rejection and 37 CFR 41.33 after appeal, which will be strictly enforced.

### Notification of Current Assignment of the Patent

The patent owner is requested to provide the current assignment information for the patent for which reexamination is requested. An assignment can be made of record in the file of a patent application, patent, or other patent proceeding (e.g., reexamination proceeding). This step is necessary to permit the assignee to "take action" in the application, patent, or other

patent proceeding under the conditions set forth in 37 CFR 3.73 and MPEP § 324. Recordation

of an assignment in the assignment records of the Office, however, does not, by itself, permit

the assignee to take action in the application, patent, or other patent proceeding.

### Brief Summary of the Previous Examination

The '291 patent issued with 6 claims on September 8, 2015. The patent issued from

application 13/532,661, which was filed June 25, 2012 and claimed priority based on provisional

application 61/500,170, which was filed June 23, 2011.

The '661 application was filed with 2 claims. The first Office action rejected claims 1 and

2 under the second paragraph of 35 USC 112 as being unclear and under 35 USC 102(a) as

anticipated by Kindig (US 2014/0025300). Applicant responded October 6, 2014 by cancelling

claims 1 and 2 and submitting new claims 3-8. These claims were found allowable in a May 27,

2015 Quayle action, which objected to the drawings. The submission of new drawings resulted

in the July 31, 2015 allowance of the application. No reasons for allowance were given.

### Substantial New Question

The Third Party Requester (TPR) requested reexamination of claims 1-6 of U.S. Patent No.

9,126,291 (hereinafter "the '291 patent") based upon the following proposed rejections:

1. Claims 1,2 and 4 of the '291 patent are unpatentable under 35 USC 103(a) as obvious
over VISO 0103, YouTube, 2005 Jeep Grand Cherokee door panel manufacturing defect –
available at https://www.youtube.com/watch?v=j4FiofrfXgg (hereinafter "Grand Cherokee
YouTube") in view of any one of Gerry Bissi, Fixya.com, Window regulator replacement
(Question about 1994 Ford Explorer Limited), http://www.fixya.com/cars/t1970940-
window_regulator_replacement (April 16, 2009)(hereinafter "Ford Explorer"); Do It
Yourself.com, Truck Door Repair: Handle Replacement,
https://www.doityourself.com/stry/truck-door-repair-handle-replacement (December 7,
2009) (hereinafter "DoItYourself.com"); Denlors Auto Blog, Jeep Grand Cherokee Interior
Door Handle Broken – Recall?, http:www.denlorstools.com/autoblog/2010/11/jeep-grand-

cherokee-interior-door-brtoken-recall/, November 19, 2010 (hereinafter "Denlors"); or Crown

Vic.Net, Forums, Tips for drilling out rivets on window regulator,

https//www.crownvic.net/ubbthreads/ubbthreads.php?ubb-showflat&Number-403641,

March 22, 2004 (hereinafter "CrownVic.net").


2. Claims 1,2 and 4 of the '291 patent are unpatentable under 35 USC 103(a) as

obvious over Ford Explorer in view of Grand Cherokee YouTube, DoItYourself.com or

Denlors.


3. Claim 3 of the '291 patent is unpatentable under 35 USC 103(a) as obvious over

either of the combinations of 1 or 2 above further in view of Do It Yourself.com, "How to

Remove Pop Rivets Without a Drill", https://www.doityourself.com/stry/how-to-remove-pop-

rivets-without-a-drill, November 25, 2010 (hereinafter "Pop Rivets").


4. Claims 3 and 5 of the '291 patent are unpatentable under 35 USC 103(a) as

obvious over either of the combinations of 1 or 2 above further in view of BS&F Co.

2007/2008 (hereinafter "BS&F").


5. Claim 6 of the '291 patent is unpatentable under 35 USC 103(a) as obvious over

either of the combinations of 1 or 2 above further in view of Bimmerforums.com, Anyone

had their interior door panel fall off?,

https://www.bimmerforums.com/forum/showthread.php?346023-Anyone-had-their-interior-

door-panel-fall-off, April 19, 2005 (hereinafter "Bimmerforums.com").


A discussion of the availability of the prior art references now follows:

Grand Cherokee YouTube is an online video. MPEP 2128 II (A), as cited by TPR, states

that online digital video is considered to be a "printed publication". The submitted screenshots

include a publication date of March 24, 2000, which is more than one year before June 23,

2011, the filing date of the provisional priority document, making this video available as prior art.

Ford Explorer is a post from online forum. MPEP 2128 states that online discussion group is considered to be a "printed publication" as long as it was easily discovered by an interested party. The Ford Explorer reference was an open, publically available discussion forum that someone interested in car repair could easily locate. The submitted screenshots state that the relied upon portion was posted April 16, 2009, which is more than one year before June 23, 2011, the filing date of the provisional priority document.

Do It Yourself.com is an article from a website. MPEP 2128 establishes that online content is considered to be a "printed publication". The submitted screenshots include a publication date of November 25, 2010, which is before June 23, 2011, the filing date of the provisional priority document.

Denlors is an online blog. MPEP 2128 II (A), as cited by TPR, states that openly available online digital content is considered to be a "printed publication". The submitted screenshots include a posting date of November 19, 2010, which is before June 23, 2011, the filing date of the provisional priority document.

Crown Vic.net is an online discussion group. MPEP 2128 II (A), as cited by TPR, states that online content that was publically available and readily located is considered to be a "printed publication". The submitted screenshots include postings that were posted in 2004, which is more than one year before June 23, 2011, the filing date of the provisional priority document.

Pop Rivets is an online article that is part of the doityourself.com website. MPEP 2128 II (A), as cited by TPR, states that online content is considered to be a "printed publication". The website could have been located with a common search engine. The submitted screenshots

include a publication date of November 25, 2010, which is before June 23, 2011, the filing date

of the provisional priority document.


BS&F is a catalog from Body Supply and Fastener Company.  The catalog does not

have a copyright date, but is the 2007/2008 catalog which would have been available in 2008,

more than one year before June 23, 2011, the filing date of the provisional priority document.


Bimmerforums.com is an online discussion forum. MPEP 2128 II (A), as cited by TPR,

states that online content is considered to be a "printed publication" as long as it is retrievable

by an interested party. The forum would have been locatable with a common search engine at

the time of invention.  The submitted screenshots include a posting dates in 2005, more than

one year before June 23, 2011, the filing date of the provisional priority document.


None of the references relied upon in the Request have been previously cited during the

original prosecution of the '291 patent. Therefore, all of the references are seen as "new" art

that predates the earliest filing date of the '291 patent.


### Discussion of the SNQs

SNQ 1: Claims 1, 2 and 4 obvious over Grand Cherokee YouTube in view of Ford

Explorer, DoItYourself.com, Denlors or CrownVic.net.

Grand Cherokee YouTube appears to show the interior of a Jeep Cherokee door panel

which is having the door handle housing replaced. The door panel has the interior door panel

removed at the beginning of the video. The video shows rivets of the broken interior door handle

housing being removed using a hand drill. The video does not show the installation of a

replacement door handle housing. Ford Explorer teaches mounting a housing (in this case a

window mechanism) on the interior on a vehicle door using posts (studs) and tabs and then

retainers (nuts) to fasten the housing the housing in place. Ford Explorer further teaches replacing the interior door panel on the door. As such Grand Cherokee YouTube in combination with Ford Explorer is seen to demonstrate all of the claimed method steps. As such Grand Cherokee YouTube in combination with Ford Explorer is seen to provide a SNQ for claim 1. The other references are seen to show aspects of the method steps that are already taught by Grand Cherokee YouTube and Ford explorer such as drilling out rivets as part of automotive door repair (DoItYourself.com and CrownVic.net, which is shown by Grand Cherokee YouTube) and using retainers on posts (screws and washers as stated in Denlors). These references are not seen as required to provide a SNQ for claim 1, but may be used in a possible future rejection. DoItYourself.com does provide method steps for removing an interior panel of a vehicle door, but no specifics of removing the interior panel are claimed.

In regard to claim 2, Grand Cherokee YouTube shows the removal of rivets fastening a housing in the interior of an automotive door using a hand drill. In regard to claim 4, Grand Cherokee YouTube shows tabs remaining in place on the interior of the door after removal of the broken housing. Ford Explorer teaches positioning replacement housings in the interior of automotive doors using studs and tabs. As such a combination of these references is seen to demonstrate the claimed positioning of a door handle housing using tabs on the interior of the door.

As Grand Cherokee YouTube and Ford Explorer are seen to provide teachings of the claimed method steps, an examiner would consider these references to be important in a patentability determination of claims 1,2 and 4 of the '291 patent. As such these references are seen to provide a SNQ for claims 1,2 and 4. The other references are not seen as required to provide a SNQ, but may be relied upon later in prosecution.

SNQ 2: Claims 1,2 and 4 obvious over Ford Explorer in view of Grand Cherokee

YouTube, DoItYourself.com or Denlors.

As stated above, Ford Explorer teaches mounting a housing (in this case a window

mechanism) on the interior on a vehicle door using posts (studs) and tabs and then retainers

(nuts) to fasten the housing the housing in place. Ford Explorer further teaches replacing the

interior door panel on the door. Ford Explorer deals with changing a window movement

mechanism that is in a housing in the interior portion of the automobile door. Grand Cherokee

YouTube shows the interior of a Jeep Cherokee door panel which is having the door handle

housing replaced. The door panel has the interior door panel removed at the beginning of the

video. The video shows rivets of the broken interior door handle housing being removed using a

hand drill. . As such Grand Cherokee YouTube in combination with Ford Explorer is seen to

demonstrate all of the claimed method steps. As such Ford Explorer in combination with Grand

Cherokee YouTube is seen to provide a SNQ for claim 1. The other references are seen to

show aspects of the method steps that are already taught by Grand Cherokee YouTube and

Ford explorer such as drilling out rivets as part of automotive door repair (DoItYourself.com,

which is shown by Grand Cherokee YouTube) and using retainers on posts (screws and

washers as stated in Denlors). These references are not seen as required to provide a SNQ for

claim 1, but may be used in a possible future rejection. DoItYourself.com does provide method

steps for removing an interior panel of a vehicle door, but no specifics of removing the interior

panel are claimed.

In regard to claim 2, Grand Cherokee YouTube shows the removal of rivets fastening a

housing in the interior of an automotive door using a hand drill. In regard to claim 4, Grand

Cherokee YouTube shows tabs remaining in place on the interior of the door after removal of

the broken housing. Ford Explorer teaches positioning replacement housings in the interior of

automotive doors using studs and tabs. As such a combination of these references is seen to

demonstrate the claimed positioning of a door handle housing using tabs on the interior of the door.

As Grand Cherokee YouTube and Ford Explorer are seen to provide teachings of the claimed method steps, an examiner would consider these references to be important in a patentability determination of claims 1,2 and 4 of the '291 patent. As such these references are seen to provide a SNQ for claims 1,2 and 4. The other references are not seen as required to provide a SNQ, but may be relied upon later in prosecution.

SNQ 3: Claim 3 obvious over the combinations of SNQs 1 or 2 further in view of Pop Rivets.

Claim 3 depends from claim 1 and adds the limitation that the rivets of the door handle housing are removed using a razor knife. As stated above, combinations 1 and 2 are seen to provide SNQs for claim 1. Pop rivets teaches the removal of pop rivet heads using hands tools, such as a chisel. This teaching makes Pop Rivets an important teaching in the eyes of an examiner determining the patentability of claim 3. As such, the addition of Pop Rivets to either of the above combinations is seen to provide a SNQ for claim 3.

SNQ 4: Claims 3 and 5 obvious over the combinations of SNQs 1 or 2 further in view of BS&F.

Claim 3 depends from claim 1 and adds the limitation that the rivets of the door handle housing are removed using a razor knife. As stated above, combinations 1 and 2 are seen to provide SNQs for claim 1. BS&F teaches the use of razor blades in automobile repair. This teaching in combination with the above references teachings that rivets are removed using sharp hand tools makes BS&F an important teaching in the eyes of an examiner determining the patentability of claim 3. As such, the addition of BS&F to either of the above combinations is seen to provide a SNQ for claim 3.

Claim 5 depends from claim 4. The base combinations have been found to provide a SNQ for claim 4 as detailed above. Claim 5 adds the use of a cotter pin in a hole in the door handle housing tab to secure the housing in place. BS&F teaches the use of cotter pins in automobile repair. This teaching in combination with the above references teachings that rivets holding the original door handle housing are removed to be replaced with a replacement housing makes BS&F an important teaching in the eyes of an examiner determining the patentability of claim 5. As such, the addition of BS&F to either of the above combinations is seen to provide a SNQ for claim 5.

SNQ 5: Claim 6 obvious over the combinations of SNQs 1 or 2 further in view of Bimmerforums.com.

Claim 6 depends from claim 1 and adds the limitation that adhesive is used between the interior door panel and the replacement door handle housing. As stated above, combinations 1 and 2 are seen to provide SNQs for claim 1. Bimmerforums.com teaches the use of urethane adhesive to fasten pieces to the door panel of an automobile. This teaching in combination with the above references teachings that door handle housings can be removed and replaced makes Bimmerforums.com an important teaching in the eyes of an examiner determining the patentability of claim 6. As such, the addition of Bimmerforums.com to either of the above combinations is seen to provide a SNQ for claim 6.

### Conclusion

As the request provided a SNQ for claims 1-6, these claims will be reexamined.

All correspondence relating to this ex parte reexamination proceeding should be directed:

By EFS: Registered users may submit via the electronic filing system EFS-Web, at https://efs.uspto.gov/efile/myportal/efs-registered.

By Mail to:     Mail Stop Ex Parte Reexam
Central Reexamination Unit
Commissioner for Patents
United States Patent & Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

By FAX to:     (571) 273-9900
Central Reexamination Unit

By hand:     Customer Service Window
Randolph Building
401 Dulany Street
Alexandria, VA 22314

For EFS-Web transmissions, 37 CFR 1.8(a)(1)(i) (C) and (ii) states that correspondence (except for a request for reexamination and a corrected or replacement request for reexamination) will be considered timely filed if (a) it is transmitted via the Office's electronic filing system in accordance with 37 CFR 1.6(a)(4), and (b) includes a certificate of transmission for each piece of correspondence stating the date of transmission, which is prior to the expiration of the set period of time in the Office action.

Any inquiry concerning the status of this proceeding should be directed to the Central Reexamination Unit at telephone number (571) 272-7705. Any inquiry concerning this communication should be directed to William C. Doerrler at telephone number (571) 272-4807.

Signed:

/WILLIAM C DOERRLER/
Primary Examiner, Art Unit 3993

Conferees: /ple/ /E.D.L/
SPRS, Art Unit 3993

| **Search Notes** | **Application/Control No.** | **Applicant(s)/Patent Under Reexamination** |
|---|---|---|
| | 90/014,211 | 9126291 |
| | **Examiner** | **Art Unit** |
| | WILLIAM C DOERRLER | 3993 |

| **CPC - Searched*** | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| None | | |

| **CPC Combination Sets - Searched*** | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| **US Classification - Searched*** | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| None | | | |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| **Search Notes** | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| 13/532,661 case file reviewed | 10-12-2018 | /WCD/ |

| **Interference Search** | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | | | |

| *Reexamination* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 90/014,211 | 9126291 |
| | Certificate Date | Certificate Number |
| | | C1 |

| Requester Correspondence Address: ☐   Patent Owner   ☑   Third Party |
|---|
| Volpe and Koenig P.C. United Plaza<br>30 South 17th Street<br>18th Floor<br>Philadelphia, PA 19103 |

| LITIGATION REVIEW ☑ | /WCD/<br>(examiner initials) | 18 October 2018<br>(date) |
|---|---|---|
| Case Name | | Director Initials |
| Cf Advance Corp. v. Thrasher | | |
| 1:18cv23517 U.S. District Court- Florida Southern (open) | | |

| COPENDING OFFICE PROCEEDINGS | |
|---|---|
| **TYPE OF PROCEEDING** | **NUMBER** |
| None | |

| | |
|---|---|
| | |

Receipt date: 09/28/2018

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 90/014,211 | |
| Filing Date | | |
| First Named Inventor | Zach Thrasher | |
| Art Unit | | |
| Examiner Name | Doerrler | |
| Attorney Docket Number | RBI-PT079RX | |

### U.S.PATENTS  [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.   [Add]

### U.S.PATENT APPLICATION PUBLICATIONS  [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.   [Add]

### FOREIGN PATENT DOCUMENTS  [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |
| | 2 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button   [Add]

### NON-PATENT LITERATURE DOCUMENTS  [Remove]

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /W.C.D/

**INFORMATION DISCLOSURE
STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Zach Thrasher |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | RBI-PT079RX |

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | DO IT YOURSELF.COM, Truck Door Repair: Handle Replacement, https://www.doityourself.com/stry/truck-door-repair—handle-replacement (December 7, 2009) ("DoItYourself.com") | |
| | 2 | DENLORS AUTO BLOG, Jeep Grand Cherokee Interior Door Handle Broken – Recall? http://www.denlorstools.com/autoblog/2010/11/jeep-grand-cherokee-interior-door-handle-broken-recall/ (November 19, 2010) ("Denlors") | |
| | 3 | VISO 0103, YouTube, 2005 jeep Grand Cherokee door panel manufacturing defect (published March 24, 2009) available at https://www.youtube.com/watch?v=j4FiofrfXgg ("Grand Cherokee YouTube") | |
| | 4 | CROWN VIC.NET, Forums, Tips for drilling out rivets on window regulator, https://www.crownvic.net/ubbthreads/ubbthreads.php?ubb=showflat&Number=403641 (March 22, 2004) ("Crown Vic") | |
| | 5 | GERRY BISSI, Fixya.com, Window regulator replacement (Question about 1994 Ford Explorer Limited), http://www.fixya.com/cars/t1970940-window_regulator_replacement (April 16, 2009) ("Ford Explorer") | |
| | 6 | BS&F Co. 2007/2008 ("BS&F"), (published at least by December 31, 2008) | |
| | 7 | DO IT YOURSELF.COM, How to Remove Pop Rivets Without a Drill, https://www.doityourself.com/stry/how-to-remove-pop-rivets-without-a-drill (November 25, 2010) ("Pop Rivets") | |
| | 8 | BIMMERFORUMS.COM, Anyone had their interior door panel fall off? https://www.bimmerforums.com/forum/showthread.php?346023-Anyone-had-their-interior-door-panel-fall-off (April 19, 2005), ("Bimmerforums.com") | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | /WILLIAM C DOERRLER/ | Date Considered | 10/15/2018 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /W.C.D/

Receipt date: 09/28/2018

# INFORMATION DISCLOSURE
## STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Zach Thrasher |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | RBI-PT079RX |

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /W.C.D/

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | |
| | Filing Date | |
| | First Named Inventor | Zach Thrasher |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket  Number | RBI-PT079RX |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

### SIGNATURE

 A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Anthony S. Volpe/ | Date (YYYY-MM-DD) | 2018-09-28 |
|---|---|---|---|
| Name/Print | Anthony S. Volpe | Registration Number | 28377 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /W.C.D/

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.   The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.   A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.   A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.   A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.   A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.   A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.   A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.   A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.   A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /W.C.D/

# Litigation Search Report CRU 3999

## Reexam Serial No. 90/014,211

| | |
|---|---|
| **TO: WILLIAM DOERRLER**<br>**Location: CRU**<br>**Art Unit: 3993**<br>**Date: 01/29/2019** | **From: Shanette Brown**<br>**Location: CRU 3999**<br>**REMSEN: 4D75**<br>**Phone: (571) 272-6632**<br>**Shanett.Brown@uspto.gov** |

## Search Notes

RE:  90/014,211–Litigation found for US Patent Number:  **9,014,211**

| Patent | Class | Subclass | Description | Court | Docket Number | Filed | Date Retrieved |
|---|---|---|---|---|---|---|---|
| 9,126,291 | 1 | 1 | Cf Advance Corp. V. Thrasher | US-DIS-FLSD | 1:18cv23517 CLOSED | 08/29/2018 | 01/29/2019 |
| 9,126,291 | 1 | 1 | Cf Advance Corp. V. Thrasher | US-DIS-FLMD | 6:18cv1770 OPEN | 10/19/2018 | 01/29/2019 |

Sources:

1) I performed a KeyCite Search in Westlaw, which retrieves all history on the patent including any litigation.

2) I performed a search on the patent in Lexis CourtLink for any open dockets or closed cases.

3) I performed a search in Lexis in the Federal Courts and Administrative Materials databases for any cases found.

4) I performed a search in Lexis in the IP Journal and Periodicals database for any articles on the patent.

5) I performed a search in Lexis in the news databases for any articles about the patent or any articles about litigation on this patent.

## Citing References (12)

| Treatment | Title | Date | Type | Depth | Headnote(s) |
|---|---|---|---|---|---|
| Cited by | **1. Method and apparatus for repair of vehicle door handles**<br>LitAlert P2018-43-10<br><br>... LitAlert Document Type: Patent Title: Method and apparatus for repair of vehicle door handles Patent Number: US 9126291 (20150908)Patent Type: Utility Class Number: B23/P Class Type: OTHER WORKING OF METAL; COMBINED OPERATIONS; UNIVERSAL MACHINE TOOLS Inventor: Thrasher, Zach ... | Oct. 19, 2018 | Lit Alert | ▨ | — |
| Cited by | **2. Method and apparatus for repair of vehicle door handles**<br>LitAlert P2018-35-66<br><br>... LitAlert Document Type: Patent Title: Method and apparatus for repair of vehicle door handles Patent Number: US 9126291 (20150908)Patent Type: Utility Class Number: B23/P Class Type: OTHER WORKING OF METAL; COMBINED OPERATIONS; UNIVERSAL MACHINE TOOLS Inventor: Thrasher, Zach ... | Aug. 29, 2018 | Lit Alert | ▨ | — |
| Cited by | **3. Defendant's Motion to Dismiss/Transfer for Lack of Venue under Rule 12(B)(3) and Motion to Dismiss under Rule 12(B)(6)** Out Of Plan<br>CF ADVANCE CORP., a California Corporation, Plaintiff, v. Zachariah Thomas THRASHER, Defendant.<br>2018 WL 6200259, *1 , M.D.Fla. (Trial Motion, Memorandum and Affidavit) , (NO. 1:18-CV-23517-FAM , 6:18CV01770 )<br><br>... internet. [DE 1, ¶ 5].2. Defendant Thrasher is an individual domiciled in Orlando, Florida, who owns the two patents at issue in this case, U.S. Patent No. 9126291 and 9744627 (the "Patents") [DE 1, ¶¶ 1, 6; DE 6].3. Plaintiff sued Thrasher in this case for a declaratory judgment ... | Oct. 02, 2018 | Motion | ▨ | — |
| Cited by | **4. Defendant's Motion to Dismiss/Transfer for Lack of Venue under Rule 12(b)(3) and Motion to Dismiss under Rule 12(b)(6)** Out Of Plan<br>CF ADVANCE CORP., a California Corporation, Plaintiff, v. Zachariah Thomas THRASHER, Defendant.<br>2018 WL 7049099, *1 , S.D.Fla. (Trial Motion, Memorandum and Affidavit) , (NO. 1:18-CV-23517-FAM )<br><br>... internet. [DE 1, ¶ 5].2. Defendant Thrasher is an individual domiciled in Orlando, Florida, who owns the two patents at issue in this case, U.S. Patent No. 9126291 and 9744627 (the "Patents") [DE 1, ¶¶ 1, 6; DE 6].3. Plaintiff sued Thrasher in this case for a declaratory judgment ... | Oct. 02, 2018 | Motion | ▨ | — |

Case 6:18-cv-01770-CEM-DCI   Document 32-2   Filed 05/13/19   Page 151 of 216 PageID 265

List of Citing References to PATENTS AND DOCUMENTS FOR ITEM...

| Treatment | Title | Date | Type | Depth | Headnote(s) |
|-----------|-------|------|------|-------|-------------|
| — | **5.  METHOD FOR REPAIRING BROKEN INTERIOR DOOR HANDLE HOUSING ON DOOR PANEL ON DOOR OF E.G. JEEP COMMANDER, INVOLVES PLACING RETAINER OVER POST ON DOOR PANEL TO PRESS REPLACEMENT INTERIOR DOOR HANDLE HOUSING AND REPLACING DOOR PANEL ON DOOR** Out Of Plan. DWPI 2015-51830G<br><br>... Class:Engineering:P56 P62 Q47 Derwent Manual Codes:Engineering:P56-G P56-U03 P62-A05 P62-U03 P62-U17 Q47-A Q47-U03 Abstract Source: US 9126291 B1  Novelty:The method involves removing a broken interior door handle housing from an interior door panel (12) by removing a set of rivets ... | June 23, 2011 | DWPI | — | — |
| — | **6.  METHOD FOR REPAIRING BROKEN INTERIOR DOOR HANDLE HOUSING OF VEHICLE, INVOLVES INSTALLING SCREW WHICH SECURES REPLACEMENT INTERIOR DOOR HANDLE HOUSING AGAINST INTERIOR DOOR PANEL AND THEN REPLACES INTERIOR DOOR PANEL ON DOOR** Out Of Plan. DWPI 2017-58797G<br><br>... 2012-06-25 Application priority US 500170P 2011-06-23 Application priority Earliest Priority Date:2011-06-23 Related:Continuation In Part of US patent US 9126291 B  No. of Countries:1 No. of Patents:1 First Derwent Appearance:2017.59 Latest Derwent Appearance:2017.59 Classification Information International Classes (IPC ... | June 23, 2011 | DWPI | — | — |
| — | **7.  PatStat 9126291**<br><br>... Patent Status File Patent Number: US 9126291 Change Code: RXA Description: Request for Re-Examination Reissue Number:OG Date: 11/27/2018 ... | Nov. 27, 2018 | Patent Status Files | — | — |
| — | **8.  PatStat 9126291**<br><br>... Patent Status File Patent Number: US 9126291 Change Code: PS Description: Patent Suit(See LitAlert Entries)Reissue Number:OG Date: LITALERT ... | 2018 | Patent Status Files | — | — |
| — | **9.  PatStat 9126291**<br><br>... Patent Status File Patent Number: US 9126291 Change Code: PS Description: Patent Suit(See LitAlert Entries)Reissue Number:OG Date: LITALERT ... | 2018 | Patent Status Files | — | — |
| — | **10.  CF Advance, Corp. v. Zachariah Thomas Thrasher** | Oct. 19, 2018 | Docket Summaries | — | — |
| — | **11.  CF Advance, Corp. v. Zachariah Thomas Thrasher** | Aug. 29, 2018 | Docket Summaries | — | — |

Case 6:18-cv-01770-CEM-DCI   Document 32-2   Filed 05/13/19   Page 152 of 216 PageID 266

List of X Cited References 1 of 4 RETRIEVAL AND DOCUMENT US OR PRIOR...

| Treatment | Title | Date | Type | Depth | Headnote(s) |
|-----------|-------|------|------|-------|-------------|
| — | **12. METHOD AND APPARATUS FOR REPAIR OF VEHICLE DOOR HANDLES** Out Of Plan US PAT 9744627+ , U.S. PTO Utility<br><br>A repair kit can be used to repair broken interior door handle assemblies on certain vehicles, and replaces the original equipment door handle support housing with a replacement...<br><br>... Larry D.Examiner(s):Hong, John C Priority Information Related Information:Continuation-in-part of application No. 13/532,661 , filed on 2012/06/25, now Pat. No. 9,126,291  Provisional application No. 61/500,170, filed on 2011/06/23.Earliest Priority Date:2011-06-23 Classification Information International Classes (IPC 8):B23P ... | Aug. 29, 2017 | Patents | — | — |

WESTLAW    © 2019 Thomson Reuters. No claim to original U.S. Government Works.

# US District Court Civil Docket

U.S. District - Florida Southern

(Miami)

## 1:18cv23517

## Cf Advance Corp. v. Thrasher

**This case was retrieved from the court on Tuesday, January 29, 2019**

Date Filed: **08/29/2018**
Assigned To: **Judge Federico A. Moreno**
Referred To:
Nature of suit: **Patent (830)**
Cause: **Patent Infringement**
Lead Docket: **None**
Other Docket: **None**
Jurisdiction: **Federal Question**

Class Code: **CLOSED**
Closed: **10/17/2018**
Statute: **28:1338**
Jury Demand: **None**
Demand Amount: **$0**
NOS Description: **Patent**

| Litigants | Attorneys |
|---|---|
| Cf Advance Corp.<br>221 N SUNSET AVE<br>City of Industry, CA 91744<br>Plaintiff | Mark Alexander Goldstein<br>ATTORNEY TO BE NOTICED<br>141 Ne 3rd Ave., Suite 804<br>Miami , FL 33132<br>USA<br>305-390-2341<br>Email:Markgoldstein98@yahoo.Com |
| Zachariah Thomas Thrasher<br>1010 E. Orlando St.<br>Orlando, FL 32801<br>Defendant | Andrew Scott Rapacke<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>The Rapacke Law Group, P.A.<br>1836 N. Pine Island Rd.<br>United Sta<br>Plantation , FL 33322<br>USA<br>(954)951-0154<br>Fax: (954)206-0484<br>Email:Andy@arapackelaw.Com |

| Date | # | Proceeding Text | Source |
|---|---|---|---|
| 08/29/2018 | 1 | COMPLAINT against Zachariah Thomas Thrasher. Filing fees $ 400.00 receipt number 113C-10950434, filed by CF Advance Corp..(Goldstein, Mark) (Entered: 08/29/2018) | |
| 08/29/2018 | 2 | NOTICE of Filing Proposed Summons(es) by CF Advance Corp. re 1 Complaint filed by CF Advance Corp. (Goldstein, Mark) (Entered: 08/29/2018) | |

| 08/29/2018 | 3 | Clerks Notice of Judge Assignment to Judge Federico A. Moreno. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Lauren F. Louis is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (cbr) (Entered: 08/29/2018) |
|---|---|---|
| 08/29/2018 | 4 | Clerks Notice to Filer re: Electronic Case. No Civil Cover Sheet. Filer is instructed to file a Notice (Other) with the Civil Cover Sheet attached within 24 hours of the notice. (cbr) (Entered: 08/29/2018) |
| 08/29/2018 | 5 | FORM AO 120 SENT TO DIRECTOR OF U.S. PATENT AND TRADEMARK (Attachments: # 1 Complaint) (cbr) (Entered: 08/29/2018) |
| 08/29/2018 | 6 | Summons Issued as to Zachariah Thomas Thrasher. (cbr) (Entered: 08/29/2018) |
| 08/29/2018 | 7 | NOTICE by CF Advance Corp. re 4 Clerks Notice to Filer re: Electronic Case (Goldstein, Mark) (Entered: 08/29/2018) |
| 09/10/2018 | 8 | NOTICE of Attorney Appearance by Andrew Scott Rapacke on behalf of Zachariah Thomas Thrasher. Attorney Andrew Scott Rapacke added to party Zachariah Thomas Thrasher(pty:dft). (Rapacke, Andrew) (Entered: 09/10/2018) |
| 10/02/2018 | 9 | MOTION to Dismiss 1 Complaint or Transfer for Lack of Venue, MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM ( Responses due by 10/16/2018) by Zachariah Thomas Thrasher. (Rapacke, Andrew) (Entered: 10/02/2018) |
| 10/03/2018 | 10 | RESPONSE in Opposition re 9 MOTION to Dismiss 1 Complaint or Transfer for Lack of Venue MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM filed by CF Advance Corp.. Replies due by 10/10/2018. (Goldstein, Mark) (Entered: 10/03/2018) |
| 10/17/2018 | 11 | ORDER granting 9 Motion to Transfer For lack of Venue. The Clerk of Court is directed to transfer case to the Middle District of Florida for all further proceedings. Closing Case. Motions Terminated: 9 MOTION to Dismiss 1 Complaint or Transfer for Lack of Venue MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM filed by Zachariah Thomas Thrasher. Signed by Judge Federico A. Moreno on 10/16/2018. See attached document for full details. (ap00) (Entered: 10/17/2018) |
| 10/18/2018 | | SYSTEM ENTRY - Case 1:18-cv-23517 electronically transferred out to Florida Middle. (pes) (Entered: 10/18/2018) |
| 10/19/2018 | 12 | ACKNOWLEDGMENT OF RECEIPT. Case transferred from Florida Southern has been opened in Middle District of Florida as case 6:18-cv-01770, filed 10/19/2018. (bb) (Entered: 10/19/2018) |

Copyright © 2019 LexisNexis CourtLink, Inc. All rights reserved.
* * * THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY * * *

# US District Court Civil Docket

U.S. District - Florida Middle
(Orlando)

## 6:18cv1770

## Cf Advance Corp. v. Thrasher

**This case was retrieved from the court on Tuesday, January 29, 2019**

Date Filed: **10/19/2018**
Assigned To: **Judge Carlos E. Mendoza**
Referred To: **Magistrate Judge Daniel C. Irick**
Nature of suit: **Patent (830)**
Cause: **Patent Infringement**
Lead Docket: **None**
Other Docket: **Florida Southern, 1:18-cv-23517**
Jurisdiction: **Federal Question**

Class Code: **OPEN**
Closed:
Statute: **28:1338**
Jury Demand: **None**
Demand Amount: **$0**
NOS Description: **Patent**

| Litigants | Attorneys |
|---|---|
| Cf Advance Corp.<br>Petitioner | Mark Alexander Goldstein<br>ATTORNEY TO BE NOTICED<br>Mark Goldstein<br>Suite 211<br>1835 Ne Miami Gardens Drive<br>Miami , FL 33179<br>USA<br>305/342-4839<br>Email: Markgoldstein98@yahoo.Com |
| Zachariah Thomas Thrasher<br>Respondent | Andrew Scott Rapacke<br>LEAD ATTORNEY; ATTORNEY TO BE NOTICED<br>The Rapacke Law Group, P.A.<br>1836 N. Pine Island Road<br>Plantation , FL 33322<br>USA<br>954.533.4396<br>Fax: 954.206.0484<br>Email: Andy@arapackelaw.Com |

| Date | # | Proceeding Text | Source |
|---|---|---|---|
| 08/29/2018 | 1 | COMPLAINT against Zachariah Thomas Thrasher. Filing fees $ 400.00 receipt number 113C-10950434, filed by CF Advance Corp..(Goldstein, Mark) [Transferred from flsd on 10/19/2018.] (Entered: 08/29/2018) | |



| | | |
|---|---|---|
| 08/29/2018 | 2 | NOTICE of Filing Proposed Summons(es) by CF Advance Corp. re 1 Complaint filed by CF Advance Corp. (Goldstein, Mark) [Transferred from flsd on 10/19/2018.] (Entered: 08/29/2018) |
| 08/29/2018 | 3 | Clerks Notice of Judge Assignment to Judge Federico A. Moreno. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Lauren F. Louis is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (cbr) [Transferred from flsd on 10/19/2018.] (Entered: 08/29/2018) |
| 08/29/2018 | 4 | Clerks Notice to Filer re: Electronic Case. No Civil Cover Sheet. Filer is instructed to file a Notice (Other) with the Civil Cover Sheet attached within 24 hours of the notice. (cbr) [Transferred from flsd on 10/19/2018.] (Entered: 08/29/2018) |
| 08/29/2018 | 5 | FORM AO 120 SENT TO DIRECTOR OF U.S. PATENT AND TRADEMARK (Attachments: # 1 Complaint) (cbr) [Transferred from flsd on 10/19/2018.] (Entered: 08/29/2018) |
| 08/29/2018 | 6 | Summons Issued as to Zachariah Thomas Thrasher. (cbr) [Transferred from flsd on 10/19/2018.] (Entered: 08/29/2018) |
| 08/29/2018 | 7 | NOTICE by CF Advance Corp. re 4 Clerks Notice to Filer re: Electronic Case (Goldstein, Mark) [Transferred from flsd on 10/19/2018.] (Entered: 08/29/2018) |
| 09/10/2018 | 8 | NOTICE of Attorney Appearance by Andrew Scott Rapacke on behalf of Zachariah Thomas Thrasher. Attorney Andrew Scott Rapacke added to party Zachariah Thomas Thrasher(pty:dft). (Rapacke, Andrew) [Transferred from flsd on 10/19/2018.] (Entered: 09/10/2018) |
| 10/02/2018 | 9 | Motion to Dismiss 1 Complaint or Transfer for lack of venue and Motion to Dismiss 1 Complaint for failure to state a claim ( Responses due by 10/16/2018) by Zachariah Thomas Thrasher. (Rapacke, Andrew) [Transferred from flsd on 10/19/2018.] Modified on 10/23/2018 (JET). (Entered: 10/02/2018) |
| 10/03/2018 | 10 | RESPONSE in Opposition re 9 MOTION to Dismiss 1 Complaint or Transfer for Lack of Venue MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM filed by CF Advance Corp.. Replies due by 10/10/2018. (Goldstein, Mark) [Transferred from flsd on 10/19/2018.] (Entered: 10/03/2018) |
| 10/17/2018 | 11 | ORDER granting 9 Motion to Transfer For lack of Venue. The Clerk of Court is directed to transfer case to the Middle District of Florida for all further proceedings. Closing Case. Motions Terminated: 9 MOTION to Dismiss 1 Complaint or Transfer for Lack of Venue MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM filed by Zachariah Thomas Thrasher. Signed by Judge Federico A. Moreno on 10/16/2018. See attached document for full details. (ap00) [Transferred from flsd on 10/19/2018.] (Entered: 10/17/2018) |
| 10/19/2018 | 12 | Case transferred in from District of Florida Southern; Case Number 1:18-cv-23517. File received electronically (Entered: 10/19/2018) |
| 10/22/2018 | 13 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 11/5/2018. Signed by D. Darley/Deputy Clerk on 10/22/2018. (DJD) ctp (Entered: 10/22/2018) |
| 10/22/2018 | 14 | INTERESTED PERSONS ORDER Certificate of interested persons and corporate disclosure statement due by 11/5/2018. Signed by Judge Carlos E. Mendoza on 10/22/2018. (DJD) ctp (Entered: 10/22/2018) |

| 10/22/2018 | 15 | CERTIFICATE of interested persons and corporate disclosure statement re 14 Interested persons order by CF Advance Corp.. (Goldstein, Mark) (Entered: 10/22/2018) |
| 10/22/2018 | 16 | CERTIFICATE of interested persons and corporate disclosure statement re 14 Interested persons order by Zachariah Thomas Thrasher identifying Other Affiliate Zach Thrasher Products, LLC for Zachariah Thomas Thrasher.. (Rapacke, Andrew) (Entered: 10/22/2018) |
| 10/23/2018 | 17 | RESPONSE in Opposition re 9 Motion to Dismiss or Transfer for lack of venue and Motion to Dismiss 1 Complaint for failure to state a claim filed by CF Advance Corp. (Goldstein, Mark) Modified on 10/23/2018 (JET). (Entered: 10/23/2018) |
| 10/26/2018 | 18 | Unopposed MOTION for leave to file Reply to 17 Plaintiff's Response to 9 Motion to Dismiss by Zachariah Thomas Thrasher. (Rapacke, Andrew) Modified on 10/29/2018 (SPM). (Entered: 10/26/2018) |
| 10/29/2018 | 19 | ENDORSED ORDER denying 18 Unopposed Motion for Leave to File Reply. Signed by Judge Carlos E. Mendoza on 10/29/2018. (TNP) (Entered: 10/29/2018) |
| 10/30/2018 | 20 | NOTICE of pendency of related cases re 13 Related case order and track 2 notice per Local Rule 1.04(d) by Zachariah Thomas Thrasher. Related case (s): yes (Rapacke, Andrew) (Entered: 10/30/2018) |

Copyright © 2019 LexisNexis CourtLink, Inc. All rights reserved.
* * * THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY * * *

# TotalPatent One™

https://www.totalpatentone.com/search/results/1/publication/US9126291B1/121214414          1/29/2019

Lexis Advance®
Research                                                                              More

Select Category

**Secondary...**          0

Results for: 9126291 *OR* 9,126,291

☐ | Actions

Filters

Secondary Materials (0)

No documents found in **Secondary Materials .**

Try the following:

**Review your results in the other categories.**

Modify your search (edit or remove some search terms or add synonyms).

Check for spelling errors.

Use the options available from the **Actions** menu above to modify your search.

Note: Some content may not be visible based on the restrictions of your subscription.

About LexisNexis®    Privacy Policy    Terms & Conditions    Sign Out    Copyright © 2019 LexisNexis. All rights reserved.



https://advance.lexis.com/search/?pdmfid=1000516&crid=daac4ed9-eaee-4b64-8b3d-74a0...    1/29/2019

Lexis Advance®
Research

Results for: 9126291 OR 9,126,291

News (26) Sort by: Relevance

1.  Weekly: Appollo Ispat Complex down 7.9% in 2 weeks January 24, 2019
    15:00 BDT

    News Bites - Asia: Bangladesh Jan 24, 2019 STOCK 2827 words
    ... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
    Email rani@appollo - ispat.com 5.3 Issued Capital Based on 389,620,000 ...

2.  Weekly: Appollo Ispat Complex sinks 5.9% on firm volume January 17, 2019
    15:00 BDT

    News Bites - Asia: Bangladesh Jan 17, 2019 STOCK 2759 words
    ... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
    Email rani@appollo - ispat.com 5.3 Issued Capital Based on 389,620,000 ...

3.  Weekly: Appollo Ispat Complex jumps 9.8% January 10, 2019 15:00 BDT

    News Bites - Asia: Bangladesh Jan 10, 2019 STOCK 2732 words
    ... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
    Email rani@appollo - ispat.com 5.3 Issued Capital Based on 389,620,000 ...

4.  US Patent Issued on Sept. 8 for "Method and apparatus for repair of vehicle
    door handles" (Florida Inventor)

    US Fed News Sep 09, 2015 231 words
    ... further information, including images, charts and tables, please visit:
    http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%
    2Fnetahtml%2FPTO%2Fsearch-
    bool.html&r=1&f=G&l=50&co1=AND&d=PTXT&s1=**9126291**&OS=**9126291**&RS=**9126291**
    For any query with respect to this article or ...
    ... Sept. 9 -- United States Patent no. **9,126,291** , issued on Sept. 8. "Method and apparatus
    for repair of ...

5.  Weekly: Appollo Ispat Complex jumps on average volume January 03, 2019
    15:00 BDT

    News Bites - Asia: Bangladesh Jan 03, 2019 STOCK 2708 words
    ... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
    Email rani@appollo - ispat.com 5.3 Issued Capital Based on 389,620,000 ...

6. Monthly: Appollo Ispat Complex soars 11% on firm volume

   News Bites - Asia: Bangladesh Dec 27, 2018 STOCK 1887 words
   ... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
   Email rani@appollo - ispat.com 5.3 Activities Appollo Ispat Complex Limited ...

7. Weekly: Appollo Ispat Complex climbs 5.1% on average volume December 27, 2018 15:00 BDT

   News Bites - Asia: Bangladesh Dec 27, 2018 STOCK 2758 words
   ... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
   Email rani@appollo - ispat.com 5.3 Issued Capital Based on 389,620,000 ...

8. Weekly: Appollo Ispat Complex unchanged on weak volume December 20, 2018 15:00 BDT

   News Bites - Asia: Bangladesh Dec 20, 2018 STOCK 2745 words
   ... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
   Email rani@appollo - ispat.com 5.3 Issued Capital Based on 389,620,000 ...

9. Weekly: Appollo Ispat Complex drops 3.7% on below average volume December 13, 2018 15:00 BDT

   News Bites - Asia: Bangladesh Dec 13, 2018 STOCK 2796 words
   ... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
   Email rani@appollo - ispat.com 5.3 Issued Capital Based on 389,620,000 ...

10. Weekly: Appollo Ispat Complex jumps 14.1% on high volume December 06, 2018 15:00 BDT

   News Bites - Asia: Bangladesh Dec 06, 2018 STOCK 2838 words
   ... Tejgaon Industrial Area, Dhaka - 1208 Phone +88(02)9114946 Fax +88(02) **9126291**
   Email rani@appollo - ispat.com 5.3 Issued Capital Based on 389,620,000 ...

**Content type:** News
**Terms:** 9126291 OR 9,126,291
**Search Type:** Boolean - Fewer Results
**Narrow By:** Sources: News
**Date and Time:** Jan 29, 2019   08:59:29 a.m. EST

LexisNexis·    About          Privacy      Terms &      Sign     Copyright      RELX Group™
               LexisNexis®     Policy       Conditions   Out      © 2019
                                                                  LexisNexis.
                                                                  All rights
                                                                  reserved.

# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/014,211 | 09/28/2018 | 9126291 | RBI-PT079RX | 6751 |

62755          7590          02/04/2019
LARRY D. JOHNSON
P.O. BOX 470277
CELEBRATION, FL 34747

| EXAMINER |
|---|
| DOERRLER, WILLIAM CHARLES |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3993 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 02/04/2019 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Volpe and Koenig P.C. United Plaza
30 South 17th Street
18th Floor
Philadelphia, PA 19103

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/014,211* .

PATENT UNDER REEXAMINATION  *9126291* .

ART UNIT *3993* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| *Office Action in Ex Parte Reexamination* | **Control No.**<br>90/014,211 | **Patent Under Reexamination**<br>9126291 | |
| --- | --- | --- | --- |
| | **Examiner**<br>WILLIAM C DOERRLER | **Art Unit**<br>3993 | **AIA Status**<br>No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a. ☐ Responsive to the communication(s) filed on _____.

    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

b. ☐ This action is made **FINAL**.

c. ☑ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire <u>2</u> month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination
certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days
will be considered timely.

**Part I**    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☐ Notice of References Cited by Examiner, PTO-892.    3. ☐ Interview Summary, PTO-474.

                            4. ☐ _____.

2. ☐ Information Disclosure Statement, PTO/SB/08.

**Part II**    SUMMARY OF ACTION

1a. ☑ Claims <u>1-6</u> are subject to reexamination.

1b. ☐ Claims _____ are not subject to reexamination.

2. ☐ Claims _____ have been canceled in the present reexamination proceeding.

3. ☐ Claims _____ are patentable and/or confirmed.

4. ☑ Claims <u>1-6</u> are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ The drawings, filed on _____ are acceptable.

7. ☐ The proposed drawing correction, filed on _____ has been (7a)  ☐ approved (7b)  ☐ disapproved.

8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. 119(a)-(d) or (f).

    a) ☐ All  b) ☐ Some* c) ☐None    of the certified copies have

        1 ☐ been received.

        2 ☐ not been received.

        3 ☐ been filed in Application No. _____.

        4 ☐ been filed in reexamination Control No. _____.

        5 ☐ been received by the International Bureau in PCT application No. _____.

    * See the attached detailed Office action for a list of the certified copies not received.

9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal
matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D.
11, 453 O.G. 213.

10. ☐ Other: _____.

cc: Requester (if third party requester)

### *Notice of Pre-AIA or AIA Status*

The present application is being examined under the pre-AIA first to invent provisions.

### *Reexamination*

After the filing of a request for reexamination by a third party requester, any document filed by either the patent owner or the third party requester must be served on the other party (or parties where two or more third party requester proceedings are merged) in the reexamination proceeding in the manner provided in 37 C.F.R. 1.248. See 37 C.F.R. 1.550(f).

In order to ensure full consideration of any amendments, affidavits or declarations, or other documents as evidence of patentability, such documents must be submitted in response to this Office action. Submissions after the next Office action, which is intended to be a final action, will be governed by the requirements of 37 CFR 1.116, after final rejection and 37 CFR 41.33 after appeal, which will be strictly enforced.

Patent owner is notified that any proposed amendment to the specification and/or claims in this reexamination proceeding must comply with 37 C.F.R. 1.530(d)-(j), must be formally presented pursuant to 37 C.F.R. 1.52(a) and (b), and must contain any fees required by 37 C.F.R. 1.20(c). See MPEP §2250(IV) for examples to assist in the preparation of proper proposed amendments in reexamination proceedings.

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a), to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving Patent No. 9,126,291 throughout the course of this reexamination proceeding. See MPEP §§ 2207, 2282 and 2286.

### *Brief Description of Proceedings*

The Third Party Requester (TPR) requested reexamination of claims 1-6 of U.S. Patent No.

9,126,291 (hereinafter "the '291 patent") based upon the following proposed rejections:

1. Claims 1,2 and 4 of the '291 patent are unpatentable under 35 USC 103(a) as obvious

over VISO 0103, YouTube, 2005 Jeep Grand Cherokee door panel manufacturing defect –

available at https://www.youtube.com/watch?v=j4FiofrfXgg (hereinafter "Grand Cherokee

YouTube") in view of any one of Gerry Bissi, Fixya.com, Window regulator replacement

(Question about 1994 Ford Explorer Limited), http://www.fixya.com/cars/t1970940-

window_regulator_replacement (April 16, 2009)(hereinafter "Ford Explorer"); Do It

Yourself.com, Truck Door Repair: Handle Replacement,

https://www.doityourself.com/stry/truck-door-repair-handle-replacement (December 7,

2009) (hereinafter "DoItYourself.com"); Denlors Auto Blog, Jeep Grand Cherokee Interior

Door Handle Broken – Recall?, http:www.denlorstools.com/autoblog/2010/11/jeep-grand-

cherokee-interior-door-brtoken-recall/, November 19, 2010 (hereinafter "Denlors"); or Crown

Vic.Net, Forums, Tips for drilling out rivets on window regulator,

https//www.crownvic.net/ubbthreads/ubbthreads.php?ubb-showflat&Number-403641,

March 22, 2004 (hereinafter "CrownVic.net").


2. Claims 1,2 and 4 of the '291 patent are unpatentable under 35 USC 103(a) as

obvious over Ford Explorer in view of Grand Cherokee YouTube, DoItYourself.com or

Denlors.


3. Claim 3 of the '291 patent is unpatentable under 35 USC 103(a) as obvious over

either of the combinations of 1 or 2 above further in view of Do It Yourself.com, "How to

Remove Pop Rivets Without a Drill", https://www.doityourself.com/stry/how-to-remove-pop-

rivets-without-a-drill, November 25, 2010 (hereinafter "Pop Rivets").


4. Claims 3 and 5 of the '291 patent are unpatentable under 35 USC 103(a) as

obvious over either of the combinations of 1 or 2 above further in view of BS&F Co.

2007/2008 (hereinafter "BS&F").


5. Claim 6 of the '291 patent is unpatentable under 35 USC 103(a) as obvious over

either of the combinations of 1 or 2 above further in view of Bimmerforums.com, Anyone

had their interior door panel fall off?,

https://www.bimmerforums.com/forum/showthread.php?346023-Anyone-had-their-interior-door-panel-fall-off, April 19, 2005 (hereinafter "Bimmerforums.com").

An Order mailed November 9, 2018 found a SNQ based on all of the above proposed rejections. Patent Owner has not filed a response to the Order, and the period to do so has expired.

### Claim Rejections - 35 USC § 103

In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and the rationale supporting the rejection, would be the same under either status.

The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Claims 1,2 and 4 is/are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Grand Cherokee YouTube in view of Ford Explorer.

Grand Cherokee YouTube shows the interior of a Jeep Cherokee door panel which is having the door handle housing replaced. The door panel has the interior door panel removed at the beginning of the video. The video shows rivets of the broken interior door handle housing being removed using a hand drill. The video does not show the installation of a replacement

door handle housing. Ford Explorer teaches mounting a housing (in this case a window mechanism) on the interior on a vehicle door using posts (studs) and tabs ("Position regulator using upper regulator studs and tabs on motor mounting bracket (electric) or cup mounting plate (manual) and then retainers (nuts, "Install two upper regulator attachment nuts") to fasten the housing the housing in place. Ford Explorer further teaches replacing the interior door panel on the door ("Install door water shield and trim panel"). As such, it would have been obvious from the teaching of Ford Explorer to modify the method disclosed by Grand Cherokee YouTube by replacing the broken housing with a replacement housing and fastening the housing in place with retainers on studs to provide a replacement housing that is firmly fastened using mounting surfaces already in place to ensure a proper fit.

In regard to claim 2, Grand Cherokee YouTube shows the removal of rivets fastening a housing in the interior of an automotive door using a hand drill. In regard to claim 4, Grand Cherokee YouTube shows tabs remaining in place on the interior of the door after removal of the broken housing. Ford Explorer teaches positioning replacement housings in the interior of automotive doors using studs and tabs. As such a combination of these references is seen to render obvious the claimed positioning of a door handle housing using tabs on the interior of the door.


Claims 1,2 and 4 is/are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Ford explorer in view of Grand Cherokee YouTube.

As stated above, Ford Explorer teaches mounting a housing (in this case a window mechanism) on the interior on a vehicle door using posts (studs) and tabs and then retainers (nuts) to fasten the housing the housing in place. Ford Explorer further teaches replacing the interior door panel on the door. Ford Explorer deals with changing a window movement mechanism that is in a housing in the interior portion of the automobile door. Grand Cherokee YouTube shows the interior of a Jeep Cherokee door panel which is having the door handle

housing replaced. The door panel has the interior door panel removed at the beginning of the

video. The video shows rivets of the broken interior door handle housing being removed using a

hand drill. . As such Grand Cherokee YouTube in combination with Ford Explorer is seen to

demonstrate all of the claimed method steps. As such it would have been obvious to one of

ordinary skill in the art that time of applicant's invention from the teaching of Grand Cherokee

Youtube to modify Ford Explorer by replace a door handle housing on the interior of a vehicle

door using tabs that already in place to provide a functioning door handle that is firmly

positioned in the same position as the original.

In regard to claim 2, Grand Cherokee YouTube shows the removal of rivets fastening a

housing in the interior of an automotive door using a hand drill. In regard to claim 4, Grand

Cherokee YouTube shows tabs remaining in place on the interior of the door after removal of

the broken housing. Ford Explorer teaches positioning replacement housings in the interior of

automotive doors using studs and tabs. As such a combination of these references is seen to

render obvious the claimed positioning of a door handle housing using tabs on the interior of the

door.


Claim 3 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Grand

Cherokee Youtube in view of Ford Explorer as applied to claims 1,2 and 4 above, and further in

view of Pop Rivets.

As discussed above, Grand Cherokee Youtube in view of Ford Explorer renders claim 1

obvious. Claim 3 depends from claim 1 and adds the limitation that the step of removing the

rivets from the door handle housing is done with a razor knife. Step 2 of Pop Rivets states that

the rivet can be removed by a drill or alternately with a flat head screwdriver or a chisel. Thus,

the reference teaches the use of sharp, flat hand tools for the removal of rivets. Thus, it would

have been obvious to one of ordinary skill in the art at the time of applicant's invention from the

teaching of Pop Rivets to modify the window housing replacement method of Grand Cherokee

Youtube in view of Ford Explorer by using a sharp, flat hand tool, such as a razor knife to remove the rivets from the door handle housing in a manner that is quick and preserves the housing.


Claim 3 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Ford Explorer in view of Grand Cherokee Youtube as applied to claims 1,2 and 4 above, and further in view of Pop Rivets.

As discussed above, Ford Explorer in view of Grand Cherokee Youtube renders claim 1 obvious. Claim 3 depends from claim 1 and adds the limitation that the step of removing the rivets from the door handle housing is done with a razor knife. Step 2 of Pop Rivets states that the rivet can be removed by a drill or alternately with a flat head screwdriver or a chisel. Thus, the reference teaches the use of sharp, flat hand tools for the removal of rivets. Therefore, it would have been obvious to one of ordinary skill in the art at the time of applicant's invention from the teaching of Pop Rivets to modify the window housing replacement method of Ford Explorer as modified by Grand Cherokee Youtube by using a sharp, flat hand tool, such as a razor knife to remove the rivets from the door handle housing in a manner that is quick and preserves the housing.


Claim 5 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Ford Explorer in view of Grand Cherokee Youtube as applied to claims 1,2 and 4 above, and further in view of BS&F.

As discussed above, Ford Explorer in view of Grand Cherokee Youtube renders claim 4 obvious. Claim 5 depends from claim 4 and adds the limitation that the housing is secured to the door liner using a cotter pin passing through the tab. Grand Cherokee Youtube shows the tabs on the door handle housing. Ford Explorer teaches retaining housings on the inner door panel using retainers on preexisting tabs. BS&F shows that cotter pins were well known in the

automotive repair art. Thus, it would have been obvious to one of ordinary skill in the art at the time of applicant's invention from the teaching of BS&F to modify the window housing replacement method of Ford Explorer in view of Grand Cherokee Youtube by using a cotter pin to retain the replacement housing on the existing tab to ensure the housing does not move once the door liner has been remounted on the door.

Claim 5 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Grand Cherokee Youtube in view of Ford Explorer as applied to claims 1,2 and 4 above, and further in view of BS&F.

As discussed above, Grand Cherokee Youtube in view of Ford Explorer renders claim 4 obvious. Claim 5 depends from claim 4 and adds the limitation that the housing is secured to the door liner using a cotter pin passing through the tab. Grand Cherokee Youtube shows the tabs on the door handle housing. Ford Explorer teaches retaining housings on the inner door panel using retainers on preexisting tabs. BS&F shows that cotter pins were well known in the automotive repair art. Therefore, it would have been obvious to one of ordinary skill in the art at the time of applicant's invention from the teaching of BS&F to modify the window housing replacement method of Grand Cherokee Youtube in view of Ford Explorer by using a cotter pin to retain the replacement housing on the existing tab to ensure the housing does not move once the door liner has been remounted on the door.

Claim 6 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Grand Cherokee Youtube in view of Ford Explorer as applied to claims 1,2 and 4 above, and further in view of Bimmerforums.com.

As discussed above, Grand Cherokee Youtube in view of Ford Explorer renders claim 4 obvious. Claim 5 depends from claim 4 and adds the limitation that the step of applying adhesive between the interior door panel and the replacement door handle housing. The post

by GGray (#7) states that the user uses urethane adhesive to attach the attachment pieces to the interior door panel of a vehicle. Thus, it would have been obvious to one of ordinary skill in the art at the time of applicant's invention from the teaching of Bimmerforums.com to modify the window handle housing replacement method of Grand Cherokee Youtube in view of Ford Explorer by using an adhesive between the interior door panel and the replacement door handle housing to ensure a tight connection between the housing and the door panel.

Claim 6 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Ford Explorer in view of Grand Cherokee Youtube as applied to claims 1,2 and 4 above, and further in view of Bimmerforums.com.

As discussed above, Ford Explorer in view of Grand Cherokee Youtube renders claim 4 obvious. Claim 5 depends from claim 4 and adds the limitation that the step of applying adhesive between the interior door panel and the replacement door handle housing. The post by GGray (#7) states that the user uses urethane adhesive to attach the attachment pieces to the interior door panel of a vehicle. Thus, it would have been obvious to one of ordinary skill in the art at the time of applicant's invention from the teaching of Bimmerforums.com to modify the window handle housing replacement method of Ford Explorer in view of Grand Cherokee Youtube by using an adhesive between the interior door panel and the replacement door handle housing to ensure a tight connection between the housing and the door panel.

While DoItYourself.com and Denlors were found to present a SNQ for claim 1, these rejections were not made. Do it yourself teaches using a screw to fasten a door handle. Claim 1 requires the screws to be used to fasten the door handle housing to the inner door panel. This is not clearly taught by the reference. Denlors teaches the use of screws to replace rivets in door handle housings, but was relied upon as a teaching reference only, as the Youtube video clearly shows what was not explicitly stated in the Denlors reference (the removal of the old housing).

Any inquiry concerning this communication or earlier communications from the examiner should be directed to WILLIAM C DOERRLER whose telephone number is (571)272-4807. The examiner can normally be reached on M-F, 7-5.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Eileen Lillis can be reached on 571-272-6928. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/WILLIAM C DOERRLER/
Primary Examiner, Art Unit 3993


Conferees: /ple/ /E.D.L/
                    SPRS, Art Unit 3993

| *Reexamination* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 90/014,211 | 9126291 |
| | **Certificate Date** | **Certificate Number** |
| | | C1 |

**Requester Correspondence Address:** ☐   **Patent Owner**   ☑   **Third Party**

Volpe and Koenig P.C. United Plaza
30 South 17th Street
18th Floor
Philadelphia, PA 19103

| **LITIGATION REVIEW** ☑ | /WCD/ (examiner initials) | 18 October 2018 (date) |
|---|---|---|
| Case Name | | Director Initials |
| Cf Advance Corp. v. Thrasher | | |
| 1:18cv23517 U.S. District Court- Florida Southern (closed) | | |
| | | |
| Cf Advance Corp. V. Thrasher | | |
| 6:18cv1770 U.S. District Court -Florida Middle (open) | | |

| COPENDING OFFICE PROCEEDINGS | |
|---|---|
| **TYPE OF PROCEEDING** | **NUMBER** |
| None | |

| | |
|---|---|
| | |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 35513215 |
| **Application Number:** | 90014211 |
| **International Application Number:** | |
| **Confirmation Number:** | 6751 |
| **Title of Invention:** | METHOD AND APPARATUS FOR REPAIR OF VEHICLE DOOR HANDLES |
| **First Named Inventor/Applicant Name:** | 9126291 |
| **Customer Number:** | 62755 |
| **Filer:** | Andrew Scott Rapacke |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | RBI-PT079RX |
| **Receipt Date:** | 25-MAR-2019 |
| **Filing Date:** | 28-SEP-2018 |
| **Time Stamp:** | 10:59:34 |
| **Application Type:** | Reexam (Patent Owner) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Reexam - Opposition filed in response to petition | ARAPA-ZTHRA-291RE1.pdf | 385119<br>ba1621e953177adf00420cae3ff659fde37b8d7e | no | 19 |

**Warnings:**

Page 178

| Information: | | |
| --- | --- | --- |
| **Total Files Size (in bytes):** | | 385119 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Reexamination Control No: | 90/014,211 |
| Patent No. | 9,126,291 |
| Confirmation Number: | 6751 |
| Filing Date: | September 28, 2018 |
| Title: | METHOD AND APPARATUS FOR REPAIR OF VEHICLE DOOR HANDLES |
| Examiner: | William Charles Doerrler |
| Group Art Unit: | 3993 |
| Attorney Docket No: | ARAPA-ZTHRA-291RE |

Central Reexamination Unit
Commissioner For Patents
P.O. Box 1450
Alexandria, VA 22313-1450

<u>Response to Office Action</u>

Sir:

In response to the Office Action mailed February 04, 2019, Applicant hereby submits the following amendments, remarks, and request for reconsideration.

Reexamination Control No. 90/014,211

IN THE CLAIMS

1. (Original) A method for repairing a broken interior door handle housing on an interior door panel on a door of a vehicle, the broken interior door handle housing integrated into the interior door panel by a plurality of rivets, the interior door panel bearing at least one post extending from the interior door panel through a corresponding aperture in the broken interior door handle housing, the method comprising:

removing the interior door panel from the door;

removing the broken interior door handle housing from the interior door panel by removing the plurality of rivets and detaching the broken interior door handle housing;

installing a replacement interior door handle housing on the interior door panel such that the at least one post on the interior door panel extends through an aperture in the replacement interior door handle housing;

placing a retainer over the at least one post on the interior door panel to press the replacement interior door handle housing against the interior door panel; and

replacing the interior door panel on the door.

2. (Original) The method of claim 1 wherein the step of removing the broken interior door handle housing from the interior door panel by removing the rivets and detaching the broken interior door handle housing comprises removing the rivets with a drill.

3. (Original) The method of claim 1 wherein the step of removing the broken interior door handle housing from the interior door panel by removing the rivets and detaching the broken interior door handle housing comprises removing the rivets with a razor knife.

4. (Original) The method of claim 1 wherein the interior door panel further includes a tab extending from the interior door panel through a corresponding aperture in the broken interior door handle housing, and the step of installing a replacement interior door handle housing on the interior door panel comprises installing the replacement interior door handle housing on the interior door panel such that the tab on the interior door panel extends through an aperture in the replacement interior door handle housing.

5. (Original) The method of claim 4 wherein the step of installing a replacement interior door handle housing on the interior door panel includes drilling a hole in the tab and inserting a cotter pin in the hole to secure the replacement interior door handle housing against the interior door panel.

6. (Original) The method of claim 1 wherein the step of installing a replacement interior door handle housing on the interior door panel further includes applying adhesive between the interior door panel and the replacement interior door handle housing.

7.      (New) The method of claim 6, wherein, the adhesive is applied at points on the interior door panel where the rivets plastic-welded and secured the broken interior door handle housing.

8.      (New) The method of claim 1 wherein placing a retainer over the at least one post on the interior door panel includes pressing a push nut retainer down the post using one of a flat head screwdriver and a socket.

9.      (New) The method of claim 1 wherein the retainer is one of a spring clip and a locking tab.

10.     (New) The method of claim 5 wherein drilling the hole includes pressing the replacement interior door handle housing down flush against the interior door panel when drilling the hole to avoid a gap between the replacement interior door handle housing and the door panel.

11.     (New) The method of Claim 1 further comprising removing and reusing a handle lever of a door handle of the broken interior door handle housing.

12.     (New) The method of Claim 11, wherein removing the handle lever includes using a hammer and a screwdriver to knock out a pin and enable a spring to fall out.

13.     (New) The method of Claim 1, further comprising removing a rubber stopper from the broken interior door handle housing and placing the rubber stopper in a corresponding tab on the replacement interior door handle housing.

14.      (New) The method of claim 1, further comprising using a razor blade to remove excess plastic from the interior door panel to enable a flange of the replacement interior door handle housing to be flush against the door panel.

## Remarks

### *Status of Claims and Support for Claim Changes*

Claims 1-14 are pending of which Clams 7-14 are new. None of the original claims have been amended. Support for the added claims can be found in Applicant's Specification at least at col. 4, lines 41-44 (Claim 7), col. 4, lines 45-48 (Claim 8), col. 3, lines 62-64 (Claim 9), col. 4, lines 50-52 (Claim 10), col. 4, lines 59-61 (Claim 11), col. 5, lines 20-23 (Claim 12), col. 5, lines 25-28 (Claim 13), and col. 4, lines 1-5 and lines 33-35 (Claim 14), as explained in more detail below with reference to Claims 7-14. Claim 1 is independent. Favorable reconsideration and allowance of the pending claims are respectfully requested.

### *Concurrent Proceedings*

U.S. Patent No. 9,126,291 is the subject of *CF Advance Corp. v. Thrasher*, Case No: 6:8-CV-01770-CEM-DCI, in the United States District Court, Middle District Court of Florida (Orlando). This case is concurrent with *In re Ex Parte Reexamination of U.S. Patent No. 9,744,627*, Reexamination Control No. 90/014,212.

### *Claim Rejections – 35 U.S.C. §103*

Claims 1, 2 and 4

Claims 1, 2 and 4 have been rejected under 35 U.S.C. §103 as allegedly being unpatentable over Grand Cherokee You-Tube (https://youtube.com/watch?v=j4FigfriXgg) in view of Ford Explorer (Http://www.fixya.com/cars/t1970940-window_regulator_replacement). Claims 1, 2 and 4 have also been rejected under 35 U.S.C. §103(a) as allegedly being

unpatentable over Ford Explorer in view of Grand Cherokee. Applicant respectfully traverses the rejections.

Applicant's claims are directed to replacing broken or defective door handles in a door of a motor vehicle without replacing the door or door panel with a new door or door panel. Applicant's U.S. Patent No. 9,126,291, (hereinafter "Thrasher '291,"), Abstract, col. 2, line 3. A diagram of a door and door handle to be replaced is shown in FIG. 2 of Thrasher '291, reproduced herein below. The door handle housing 20 to be replaced is shown with rivets 23 that secure the door handle housing 20 to the door panel 12. Posts 24 and tabs 26 extend from the back side of the door panel 12 through corresponding apertures in the original door handle housing 20. In some embodiments, these posts and tabs are not removed. The rivets 23 are removed to allow the door handle housing 20 to be removed from the door panel 12. The rivets

may be removed by drilling or using a razor knife. Thrasher '291, col. 3, lines 48-52.



FIG. 2

FIG. 3 of Thrasher '291, reproduced herein below, shows a view of the installed replacement

door handle housing 30 with push nut retainers 32 over posts 24. To further secure the

replacement door handle housing 30 to the door panel 12, a hole 36 is drilled through the base of

tab 26 and a cotter pin 38 is inserted through the hole 36 and bent around the tab 26.  Thrasher,

'291, col. 3, lines 64-67.



*FIG. 3*

Reexamination Control No. 90/014,211

Independent Claim 1

Amended independent Claim 1 recites "placing a retainer over the at least one post on the interior door panel to press the replacement interior door handle housing against the interior door panel." These features are not disclosed or suggested by Grand Cherokee or Ford Explorer, either individually or in combination.

The Office admits that these features are not disclosed or suggested by Grand Cherokee. Office Action, pages 4 and 5. Rather, the Office relies on Ford Explorer as allegedly disclosing these features. Ford Explorer gives a brief outline of how to replace a window regulator – a device for change rotary motion (of a motor or hand crank) to linear motion (of moving a window up or down). See for example, https://www.samarins.com/glossary/window-regulator.html, which is not prior art but is used here merely to illustrate the nature, construction and operation of a window regulator. In Ford Explorer, it is assumed that the window regulator can be manual (for a hand window crank) or electric (for a motor), having three rivets attaching a motor bracket (electric) to the inner door panel and two rivets attaching a regulator lower bracket to the inner door panel. These rivets are to be drilled out. In addition, two upper regulator attaching nuts are to be removed, prior to removing the regulator from the door. Ford Explorer does not disclose what the nuts are removed from, but typically nuts are on threaded bolts. Ford Explorer does not disclose whether the supposed bolts are part of the regulator or part of the door. In the installation process, these nuts are installed, presumably on bolts that are part of the replacement regulator or the door. Ford Explorer does not disclose or suggest using a push nut retainer, which is a type of fastener having internal serrations used to secure a device to an unthreaded shaft simply by pushing the retainer onto a non-threaded post.

Therefore, Grand Cherokee and Ford Explorer, whether considered individually or in combination, fail to teach or suggest "placing a retainer over the at least one post on the interior door panel to press the replacement interior door handle housing against the interior door panel." Hence, independent Claim 1 is allowable, and withdrawal of its rejection is respectfully requested. Claims 2 and 4 are allowable, at least by virtue of their dependency from Claim 1.

Dependent Claims 3, 5 and 6

Dependent Claim 3 has been rejected under 35 U.S.C. §103(a) as allegedly being unpatentable over Grand Cherokee in view of Ford Explorer and in view of Pop Rivets (http://www.doityourself. com/ stry/how-to-remove-pop-rivets-without-a-drill, hereinafter "Pop Rivets). Claim 3 has also been rejected as allegedly being unpatentable over Ford Explorer in view of Grand Cherokee and in view of Pop Rivets. Claim 5 has been rejected under 35 U.S.C. §103(a) as allegedly being unpatentable over Ford Explorer in view of Grand Cherokee and further in view of BS&F Co. 2007/2008, hereinafter "BS&F". Claim 5 has also been rejected under 35 U.S.C. §103(a) as allegedly being unpatentable over Grand Cherokee in view of Ford Explore further in view of BS&F. Claim 6 has been rejected under 35 U.S.C. §103(a) as allegedly being unpatentable over Grand Cherokee in view of Ford Explorer and further in view of Bimmerforums (https://www. bimmerforums.com/forum/showthread. php?346023-Anyone-had-their-interior-door-panel-fall-off, hereinafter "Bimmerforums"). Claim 6 has also been rejected under 35 U.S.C. §103(a) as allegedly being unpatentable over Ford Explorer in view of Grand Cherokee and further in view of Bimmerforums. Applicant respectfully traverses the rejections.

Claims 3, 5 and 6 depend from independent Claim 1. As explained above, Ford Explorer and Grand Cherokee fail to teach or suggest at least one element of Claim 1. Pop Rivet, BS&F

and Bimmerforums fail to teach or suggest the features of Claim 1 not disclosed or suggested by Ford Explorer and Grand Cherokee.  For example,  Pop Rivet, BS&F and Bimmerforums fail to teach or suggest "placing a retainer over the at least one post on the interior door panel to press the replacement interior door handle housing against the interior door panel," as recited in Claim 1.

Pop Rivets is cited as allegedly disclosing removing a pop rivet with a flat head screwdriver or a chisel, thereby allegedly teaching the "use of sharp, flat hand tools for the removal of rivets." Office Action, page 7.  BS&F is cited as allegedly disclosing that "cotter pins were well known in the art.... Office Action, page 8.  Bimmerforums is cited as allegedly disclosing use of "adhesive to attach the attachment pieces to the interior door panel of a vehicle." Office Action, page 9.  Pop Rivets, BS&F and Bimmerforums are not cited as disclosing, and fail to disclose or suggest, placing a retainer over a post on the interior door panel.  Therefore, Ford Explorer, Grand Cherokee, Pop Rivets, BS&F and Bimmerforums, whether considered individually or in combination, fail to teach or suggest at least one element of Claim 1, from which Claims 3, 5 and 6 depend.  Hence, Claims 3, 5 and 6 are allowable, at least by virtue of their dependency from an allowable independent claim.

Dependent Claim 3

In addition to being patentable by virtue of its dependency from allowable Claim 1, Claim 3 is patentable in its own right.  Claim 3 recites "removing the rivets with a razor knife." These features are not disclosed or suggest by Pop Rivets as asserted by the Office Action.  Pop Rivets discloses using a chisel or flat head screwdriver.  As explained in Pop Rivets, the chisel or screwdriver is placed in position and then hammered with a hammer until the head of the rivet breaks off:

"A blind rivet is removed by means of a power drill by drilling on the hollow part of the rivet head until it comes off the shank. The same can be done by using a Flathead screwdriver or chisel and a hammer. Place the tip of the tool between the material and the rivet head and hammer it until the head breaks off."

Pop Rivet, page 1. This is a brute force method which is different from using a razor knife to pry the head of the rivet, which substantially reduces the probability of damage to the replacement door handle and its housing. This is not taught or suggested by Pop Rivet. For at least these additional reasons, Claim 3 is allowable.

Dependent Claim 5

In addition to being patentable by virtue of its dependency from allowable Claim 1, Claim 5 is patentable in its own right. Claim 5 recites that:

"installing a replacement interior door handle housing on the interior door panel includes drilling a hole in the tab and inserting a cotter pin in the hole to secure the replacement interior door handle housing against the interior door panel."

The Office Action relies on BS&F as allegedly disclosing that cotter pins were well known in the art. BS&F is a catalog that merely shows cotter pins. The Office Action cites no reference that discloses or suggests drilling a hole in a tab of a door panel and inserting a cotter pin through the hole to secure the replacement interior door handle securely against the interior door pane. This feature of using the existing table to further secure the housing is not disclosed or suggested in the cited references. For at least these additional reasons, Claim 5 is allowable.

Dependent Claim 6

In addition to being patentable by virtue of its dependency from allowable Claim 1, Claim 6 is patentable in its own right. Claim 6 recites:

> "installing a replacement interior door handle housing on the interior door panel further includes applying adhesive between the interior door panel and the replacement interior door handle housing."

The Office Action relies on Bimmerforums as allegedly disclosing using adhesive. Office Action, pages 8 and 9. Bimmerforum discloses using adhesive to glue the door panel to *the door*, not a door handle housing to the door panel. See for example, Bimmerforums, #6 and #7 under the thread, "Anyone had their interior door panel fall off?" The following question was posed:

> "My interior door panel (drivers side) seperated from its attachments right before I put it away in the winter, Anyone battle this before? How did u fix it? help is appreciated ,

Bimmerforums #1. This question prompted the following reply:

> "The panel itself had debond[e]d from the attachment point at the top and bottom where the door pocket is and where the little plastic clips attach,,. I took the panel off bought new plastic clips. Pulled the attachement pieces off that were half off anyway. Bought some urethane adheasive from Home depo and glues the crap out of the attachment pieces. Let them dry over night, The put the entire door panel back on."

Bimmerforums, #7. Bimmerforums does not disclose gluing a new handle housing to the door panel, but rather gluing the door panel to the attachments which attach the door panel to the door.

New Claims 7-14

New Claims 7-14 depend from Claim 1 and are therefore allowable, at least by virtue of their dependency from an allowable independent claim. Further, these claims recite additional features not disclosed or suggested by the cited references.

For example, Claim 7 recites that "the adhesive is applied at points on the interior door panel where the rivets plastic-welded and secured the broken interior door handle housing." Support for these features can be found in Applicant's Specification at col. 4, lines 41-44. As noted above, Bimmerforms discloses gluing a door panel to a door, not a door handle to a door panel. Further, Bimmerforums does not disclose or suggest that the adhesive is applied where the rivets plastic-welded the broken handle to the door panel. For at least these additional reasons, Claim 7 is allowable.

As another example, Claim 8 recites that "placing a retainer over the at least one post on the interior door panel includes pressing a push nut retainer down the post using one of a flat head screwdriver and a socket." Support for these features can be found in Applicant's Specification at least at col. 4, lines 45-48. Pressing the push nut retainer down using a screw driver or socket allows securing the door handle housing to the interior door panel with greater force without causing damage. For at least these additional reasons, Claim 8 is allowable.

As another example, Claim 9 recites that "the retainer is one of a spring clip and a locking tab." Support for these features can be found in Applicant's Specification, at least at col. 3, lines 62-64. These features allow greater ease and flexibility in securing the door handle housing to the interior door panel while maintaining a secure mating. These features are not disclosed or suggested by the cited references, and for at least these additional reasons, Claim 9 is allowable.

As another example, Claim 10 recites "pressing the replacement interior door handle housing down flush against the interior door panel when drilling the hole [in the tab] to avoid a gap between the replacement interior door handle housing and the door panel. Support for these features can be found in Applicant's Specification, at least at col. 4, lines 50-52. The cited references do not disclose drilling a hole in the tabs that extend from the interior door panel, and further do not disclose drilling the hole after the handle housing is put in place and held down firmly against the door panel. For at least these additional reasons, Claim 10 is allowable.

As another example, Claim 11 recites "removing and reusing a handle lever of a door handle of the broken interior door handle housing. Support for these features can be found in Applicant's Specification, at least at col. 4, lines 59-61. The cited references do not teach or suggest that the existing handle lever may be removed and reused. For at least these additional reasons, Claim 11 is allowable. Further, Claim 12, which depends from Claim 11, recites that "removing the handle lever includes using a hammer and a screwdriver to knock out a pin and enable a spring to fall out." Support for these features can be found in Applicant's Specification, at least at col. 5, lines 20-23. None of the prior art references teach or suggest a method for removing the handle lever so that it can be reused. For at least these additional reasons, Claim 12 is allowable.

As yet another example, Claim 13 recites "removing a rubber stopper from the broken interior door handle housing and placing the rubber stopper in a corresponding tab on the replacement interior door handle housing." Support for these features can be found in Applicant's Specification, at least at col. 5, lines 25-28. These features are not disclosed or suggested by the cited references. For at least these additional reasons, Claim 13 is allowable.

As a further example, Claim 14 recites "using a razor blade to remove excess plastic from the interior door panel to enable a flange of the replacement interior door handle housing to be flush against the door panel." These features are also supported by Applicant's Specification at col. 4, lines 1-5 and lines 33-35. These features are not disclosed or suggested by the cited references. For at least these additional reasons, Claim 14 is allowable.

Conclusion

For all of the above reasons, the claim rejections are believed to have been overcome. Consequently, Applicant respectfully request that Claims 1-12 be held patentable, and that a reexamination certificate confirming the patentability of these claims be issued.

The Examiner is encouraged to telephone the undersigned to discuss any matter that would expedite allowance of the present application.

The Commissioner is hereby authorized to credit overpayments or charge payment of any additional fees associated with this communication to Deposit Account No. 16-1695.

Respectfully submitted,


Date:  March 13, 2018            By:    /Andrew S. Rapacke/

Andrew Rapacke
Reg. No.: 72,302
Attorney for Applicant
The Rapacke Law Group, P.A.
1840 North Pine Island Road
Plantation, FL 33322
**Customer No. 130227**
Tel:    (954) 533-4396
Fax:    (954) 206-0484
email:  andy@arapackelaw.com

Reexamination Control No. 90/014,211

CERTIFICATE OF SERVICE

In accordance with 37 C.F.R. § 1.248, the undersigned certifies that on March XXX, 2019, complete copies of the RESPONSE TO OFFICE ACTION were served on counsel for Third Party Requester, by first class mail, postage prepaid, addressed as follows:

Anthony S. Volpe
Volpe and Koenig, P.C.
30 S. 17th Street
18th Floor
Philadelphia, PA 19103

By: _____

Andrew Rapacke
Reg. No.: _____
Attorney for Applicant
The Rapacke Law Group, P.A.
1836 North Pine Island Road
Plantation, FL 33322
**Customer No.** _____
Tel:    (954) 533-4396
Fax:    (954) 206-0484
email:  andy@arapackelaw.com

Reexamination Control No. 90/014,211

Reexamination Control No. 90/014,211

CERTIFICATE OF SERVICE

In accordance with 37 C.F.R. § 1.248, the undersigned certifies that on April 8, 2019,

complete copies of the RESPONSE TO OFFICE ACTION were served on counsel for Third

Party Requester, by first class mail, postage prepaid, addressed as follows:

Anthony S. Volpe
Volpe and Koenig, P.C.
30 S. 17th Street
18th Floor
Philadelphia, PA 19103

By: /s/ Andrew S. Rapacke

Andrew Rapacke
Reg. No.: 72302
Attorney for Applicant
The Rapacke Law Group, P.A.
1836 North Pine Island Road
Plantation, FL 33322
**Customer No. 130227**
Tel:   (954) 533-4396
Fax:   (954) 206-0484
Email:  andy@arapackelaw.com

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 35730908 |
| **Application Number:** | 90014211 |
| **International Application Number:** | |
| **Confirmation Number:** | 6751 |
| **Title of Invention:** | METHOD AND APPARATUS FOR REPAIR OF VEHICLE DOOR HANDLES |
| **First Named Inventor/Applicant Name:** | 9126291 |
| **Customer Number:** | 62755 |
| **Filer:** | Andrew Scott Rapacke |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | RBI-PT079RX |
| **Receipt Date:** | 15-APR-2019 |
| **Filing Date:** | 28-SEP-2018 |
| **Time Stamp:** | 17:16:22 |
| **Application Type:** | Reexam (Patent Owner) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Reexam Certificate of Service | CertificateofService291.pdf | 238689 5e20206cb84bdc8a98c04bbeee6e6b91fa9720e7 | no | 1 |

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 238689 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/014.211 | 09/28/2018 | 9126291 | RBI-PT079RX | 6751 |

62755        7590        04/18/2019
LARRY D. JOHNSON
P.O. BOX 470277
CELEBRATION, FL 34747

| EXAMINER |
|---|
| DOERRLER, WILLIAM CHARLES |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3993 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 04/18/2019 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Volpe & Koenig P.C. United Plaza
30 South 17th Street
18th Floor
Philadelphia, PA 19103

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/014,211* .

PATENT UNDER REEXAMINATION *9126291* .

ART UNIT *3993* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

Application/Control Number: 90/014,211                                                Page 2
Art Unit: 3993

### Notice of Pre-AIA or AIA Status

The present application is being examined under the pre-AIA first to invent provisions.

### Reexamination

After the filing of a request for reexamination by a third party requester, any document filed by either the patent owner or the third party requester must be served on the other party (or parties where two or more third party requester proceedings are merged) in the reexamination proceeding in the manner provided in 37 C.F.R. 1.248. See 37 C.F.R. 1.550(f).

In order to ensure full consideration of any amendments, affidavits or declarations, or other documents as evidence of patentability, such documents must be submitted in response to this Office action.  Submissions after this Office action, which is a final action, will be governed by the requirements of 37 CFR 1.116, after final rejection and 37 CFR 41.33 after appeal, which will be strictly enforced.

Patent owner is notified that any proposed amendment to the specification and/or claims in this reexamination proceeding must comply with 37 C.F.R. 1.530(d)-(j), must be formally presented pursuant to 37 C.F.R. 1.52(a) and (b), and must contain any fees required by 37 C.F.R. 1.20(c). See MPEP §2250(IV) for examples to assist in the preparation of proper proposed amendments in reexamination proceedings.

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a), to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving Patent No. 9,126,291 throughout the course of this reexamination proceeding.  See MPEP §§ 2207, 2282 and 2286.

### Brief Description of Proceedings

The Third Party Requester (TPR) requested reexamination of claims 1-6 of U.S. Patent No. 9,126,291 (hereinafter "the '291 patent") based upon the following proposed rejections:

1. Claims 1,2 and 4 of the '291 patent are unpatentable under 35 USC 103(a) as obvious over VISO 0103, YouTube, 2005 Jeep Grand Cherokee door panel manufacturing defect – available at https://www.youtube.com/watch?v=j4FiofrfXgg (hereinafter "Grand Cherokee YouTube") in view of any one of Gerry Bissi, Fixya.com, Window regulator replacement (Question about 1994 Ford Explorer Limited), http://www.fixya.com/cars/t1970940-window_regulator_replacement (April 16, 2009)(hereinafter "Ford Explorer"); Do It Yourself.com, Truck Door Repair: Handle Replacement, https://www.doityourself.com/stry/truck-door-repair-handle-replacement (December 7, 2009) (hereinafter "DoItYourself.com"); Denlors Auto Blog, Jeep Grand Cherokee Interior Door Handle Broken – Recall?, http:www.denlorstools.com/autoblog/2010/11/jeep-grand-cherokee-interior-door-brtoken-recall/, November 19, 2010 (hereinafter "Denlors"); or Crown Vic.Net, Forums, Tips for drilling out rivets on window regulator, https://www.crownvic.net/ubbthreads/ubbthreads.php?ubb-showflat&Number-403641, March 22, 2004 (hereinafter "CrownVic.net").

2. Claims 1,2 and 4 of the '291 patent are unpatentable under 35 USC 103(a) as obvious over Ford Explorer in view of Grand Cherokee YouTube, DoItYourself.com or Denlors.

3. Claim 3 of the '291 patent is unpatentable under 35 USC 103(a) as obvious over either of the combinations of 1 or 2 above further in view of Do It Yourself.com, "How to Remove Pop Rivets Without a Drill", https://www.doityourself.com/stry/how-to-remove-pop-rivets-without-a-drill, November 25, 2010 (hereinafter "Pop Rivets").

4. Claims 3 and 5 of the '291 patent are unpatentable under 35 USC 103(a) as obvious over either of the combinations of 1 or 2 above further in view of BS&F Co. 2007/2008 (hereinafter "BS&F").

5. Claim 6 of the '291 patent is unpatentable under 35 USC 103(a) as obvious over either of the combinations of 1 or 2 above further in view of Bimmerforums.com, Anyone had their interior door panel fall off?,

https://www.bimmerforums.com/forum/showthread.php?346023-Anyone-had-their-interior-door-panel-fall-off, April 19, 2005 (hereinafter "Bimmerforums.com").

An Order mailed November 9, 2018 found a SNQ based on all of the above proposed rejections. Patent Owner did not filed a response to the Order, and the period to do so expired, so a non-final Office action was mailed February 4, 2019. The non-final Office action rejected claims 1,2 and 4 as obvious over Grand Cherokee YouTube in view of Ford Explorer, as well as the inverse, Ford Explorer in view of Grand Cherokee YouTube. Claims 3,5 and 6 were rejected over the two above references further in view of Pop Rivets, BS&F and bimmerforums.com, respectively. Applicant responded March 25 with an amendment that kept claims 1-6 as patented and added new claims 7-14. Remarks were submitted as well.

### Claim Rejections - 35 USC § 103

In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and the rationale supporting the rejection, would be the same under either status.

The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Claims 1,2,4 and 14 is/are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Grand Cherokee YouTube in view of Ford Explorer.

Grand Cherokee YouTube shows the interior of a Jeep Cherokee door panel which is having the door handle housing replaced. The door panel has the interior door panel removed at the beginning of the video. The video shows rivets of the broken interior door handle housing being removed using a hand drill. The video does not show the installation of a replacement door handle housing. Ford Explorer teaches mounting a housing (in this case a window mechanism) on the interior on a vehicle door using posts (studs) and tabs ("Position regulator using upper regulator studs and tabs on motor mounting bracket (electric) or cup mounting plate (manual) and then retainers (nuts, "Install two upper regulator attachment nuts") to fasten the housing the housing in place. Ford Explorer further teaches replacing the interior door panel on the door ("Install door water shield and trim panel"). As such, it would have been obvious from the teaching of Ford Explorer to modify the method disclosed by Grand Cherokee YouTube by replacing the broken housing with a replacement housing and fastening the housing in place with retainers on studs to provide a replacement housing that is firmly fastened using mounting surfaces already in place to ensure a proper fit.

In regard to claim 2, Grand Cherokee YouTube shows the removal of rivets fastening a housing in the interior of an automotive door using a hand drill. In regard to claim 4, Grand Cherokee YouTube shows tabs remaining in place on the interior of the door after removal of the broken housing. Ford Explorer teaches positioning replacement housings in the interior of automotive doors using studs and tabs. As such a combination of these references is seen to render obvious the claimed positioning of a door handle housing using tabs on the interior of the door. Claim 14 is claiming what one of ordinary skill in the art would automatically do when installing a replacement door handle housing (which is taught to exist from the references). It is considered obvious to remove remaining material before attaching parts when attaching parts to ensure as flush a connection between parts as can be achieved without damaging the parts.

Claims 1,2,4 and 14 is/are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Ford explorer in view of Grand Cherokee YouTube.

As stated above, Ford Explorer teaches mounting a housing (in this case a window mechanism) on the interior on a vehicle door using posts (studs) and tabs and then retainers (nuts) to fasten the housing the housing in place. Ford Explorer further teaches replacing the interior door panel on the door. Ford Explorer deals with changing a window movement mechanism that is in a housing in the interior portion of the automobile door. Grand Cherokee YouTube shows the interior of a Jeep Cherokee door panel which is having the door handle housing replaced. The door panel has the interior door panel removed at the beginning of the video. The video shows rivets of the broken interior door handle housing being removed using a hand drill. . As such Grand Cherokee YouTube in combination with Ford Explorer is seen to demonstrate all of the claimed method steps. As such it would have been obvious to one of ordinary skill in the art that time of applicant's invention from the teaching of Grand Cherokee Youtube to modify Ford Explorer by replace a door handle housing on the interior of a vehicle door using tabs that already in place to provide a functioning door handle that is firmly positioned in the same position as the original.

In regard to claim 2, Grand Cherokee YouTube shows the removal of rivets fastening a housing in the interior of an automotive door using a hand drill. In regard to claim 4, Grand Cherokee YouTube shows tabs remaining in place on the interior of the door after removal of the broken housing. Ford Explorer teaches positioning replacement housings in the interior of automotive doors using studs and tabs. As such a combination of these references is seen to render obvious the claimed positioning of a door handle housing using tabs on the interior of the door. Claim 14 is claiming what one of ordinary skill in the art would automatically do when installing a replacement door handle housing (which is taught to exist from the references). It is considered obvious to remove remaining material before attaching parts when attaching parts to ensure as flush a connection between parts as can be achieved without damaging the parts.

Claim 3 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Grand Cherokee Youtube in view of Ford Explorer as applied to claims 1,2,4 and 14 above, and further in view of Pop Rivets.

As discussed above, Grand Cherokee Youtube in view of Ford Explorer renders claim 1 obvious. Claim 3 depends from claim 1 and adds the limitation that the step of removing the rivets from the door handle housing is done with a razor knife. Step 2 of Pop Rivets states that the rivet can be removed by a drill or alternately with a flat head screwdriver or a chisel. Thus, the reference teaches the use of sharp, flat hand tools for the removal of rivets. Thus, it would have been obvious to one of ordinary skill in the art at the time of applicant's invention from the teaching of Pop Rivets to modify the window housing replacement method of Grand Cherokee Youtube in view of Ford Explorer by using a sharp, flat hand tool, such as a razor knife to remove the rivets from the door handle housing in a manner that is quick and preserves the housing.

Claim 3 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Ford Explorer in view of Grand Cherokee Youtube as applied to claims 1,2,4 and 14 above, and further in view of Pop Rivets.

As discussed above, Ford Explorer in view of Grand Cherokee Youtube renders claim 1 obvious. Claim 3 depends from claim 1 and adds the limitation that the step of removing the rivets from the door handle housing is done with a razor knife. Step 2 of Pop Rivets states that the rivet can be removed by a drill or alternately with a flat head screwdriver or a chisel. Thus, the reference teaches the use of sharp, flat hand tools for the removal of rivets. Therefore, it would have been obvious to one of ordinary skill in the art at the time of applicant's invention from the teaching of Pop Rivets to modify the window housing replacement method of Ford Explorer as modified by Grand Cherokee Youtube by using a sharp, flat hand tool, such as a

razor knife to remove the rivets from the door handle housing in a manner that is quick and preserves the housing.

Claims 6 and 7 are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Grand Cherokee Youtube in view of Ford Explorer as applied to claims 1,2,4 and 14 above, and further in view of Bimmerforums.com.

As discussed above, Grand Cherokee Youtube in view of Ford Explorer renders claim 4 obvious. Claim 6 depends from claim 1 and adds the limitation that the step of applying adhesive between the interior door panel and the replacement door handle housing. The post by GGray (#7) states that the user uses urethane adhesive to attach the attachment pieces to the interior door panel of a vehicle. Thus, it would have been obvious to one of ordinary skill in the art at the time of applicant's invention from the teaching of Bimmerforums.com to modify the window handle housing replacement method of Grand Cherokee Youtube in view of Ford Explorer by using an adhesive between the interior door panel and the replacement door handle housing to ensure a tight connection between the housing and the door panel. In regard to claim 7, it is considered obvious to place adhesive to connect parts where the parts are desired to be connected, such as where a part that is being replaced was connected.

Claims 6 and 7 are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Ford Explorer in view of Grand Cherokee Youtube as applied to claims 1,2,4 and 14 above, and further in view of Bimmerforums.com.

As discussed above, Ford Explorer in view of Grand Cherokee Youtube renders claim 4 obvious. Claim 6 depends from claim 1 and adds the limitation that the step of applying adhesive between the interior door panel and the replacement door handle housing. The post by GGray (#7) states that the user uses urethane adhesive to attach the attachment pieces to the interior door panel of a vehicle. Thus, it would have been obvious to one of ordinary skill in

the art at the time of applicant's invention from the teaching of Bimmerforums.com to modify the

window handle housing replacement method of Ford Explorer in view of Grand Cherokee

Youtube by using an adhesive between the interior door panel and the replacement door handle

housing to ensure a tight connection between the housing and the door panel. In regard to claim

7, it is considered obvious to place adhesive to connect parts where the parts are desired to be

connected, such as where a part that is being replaced was connected.


While DoItYourself.com and Denlors were found to present a SNQ for claim 1, these

rejections were not made. Do it yourself teaches using a screw to fasten a door handle. Claim 1

requires the screws to be used to fasten the door handle housing to the inner door panel. This is

not clearly taught by the reference. Denlors teaches the use of screws to replace rivets in door

handle housings, but was relied upon as a teaching reference only, as the Youtube video clearly

shows what was not explicitly stated in the Denlors reference (the removal of the old housing).


### *Response to Arguments*

Applicant's arguments filed March 25, 2019 have been fully considered but they are not

persuasive. Patent owner (PO) states that the references do not disclose placing a retainer over

the at least one post on the interior door panel to press the replacement interior door handle

housing against the interior door panel. Grand Cherokee YouTube shows posts and tabs used

to position a door handle housing in place on a door liner. Ford Explorer attaches the

replacement part with studs and tabs as well as attachment nuts and either rivets or another set

of nut and washer assemblies. PO states that Ford explorer "does not disclose or suggest using

a push nut retainer, which is a type of fastener having internal serrations used to secure a

device to an unthreaded shaft simply by pushing the retainer onto a non-threaded post." While a

push nut retainer has been claimed in new claim 8, claim 1 merely requires "placing a retainer

over the at least one post on the interior door panel". A nut is a retainer and the language is not

means-plus-function that would require a retaining means as disclosed in the specification. The

YouTube reference discloses tabs and posts on the door interior and Ford Explorer discloses

the use of retainers.

In regard to claim 3, PO states that Pop Rivets does not teach the use of a razor knife,

but rather a flat screwdriver or chisel. This falls into the *KSR* rationale of substituting one known

element for another. Both are used to remove the rivet by removing the head. PO states, that

the use of a screwdriver or chisel "is a brute force method which is different from using a razor

knife to pry the head of the rivet, which substantially reduces the probability of damage to the

replacement door handle and housing." It is unclear how removing the existing damaged door

handle housing with a screwdriver of chisel would damage a replacement housing that has not

been installed yet and need not be anywhere near the existing housing that is being removed.

The reference is seen to teach the removal of rivets by sharp implements. No criticality has

been stated from the use of a previously known razor knife in its customary fashion. In regard to

claim 6, Bimmerforums shows that it was known to use adhesive for fastening automobile door

liners. This teaching is seen to apply for both attaching door liners to other parts and attaching

other parts to door liners. The same problem is being solved by the adhesive in either situation.

### *Allowable Subject Matter*

Claims 5 and 8-13 are objected to as being dependent upon a rejected base claim, but

would be allowable if rewritten in independent form including all of the limitations of the base

claim and any intervening claims.

The following is a statement of reasons for the indication of allowable subject matter:

Claim 5 requires the drilling of the existing tab and the use of a cotter pin in the new hole.

Requester has supplied a cotter pin catalog, but no teaching of drilling a hole in the existing tab

for use with a cotter pin. Claim 10 depends from claim 5 so it is allowable for at least this

reason. Claim 8 specifies the use of a push nut retainer and claim 9 requires a spring clip or

locking tab which has not been taught by the provided art. Claims 11-13 require the removal

and reuse of the lever handle from the broken interior door handle housing. This is not taught or

suggested in the references.

### *Conclusion*

Patent owner's amendment filed March 25,, 2019 necessitated the new grounds of

rejection presented in this Office action. Accordingly, **THIS ACTION IS MADE FINAL**. See

MPEP § 706.07(a).

A shortened statutory period for response to this action is set to expire two months from

the mailing date of this action.

**Extensions of time under 37 CFR 1.136(a) do not apply in reexamination**

**proceedings.** The provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in

a reexamination proceeding. Further, in 35 U.S.C. 305 and in 37 CFR 1.550(a), it is required

that reexamination proceedings "will be conducted with special dispatch within the Office."

**Extensions of time in reexamination proceedings are provided for in 37 CFR**

**1.550(c).** A request for extension of time must specify the requested period of extension and it

must be accompanied by the petition fee set forth in 37 CFR 1.17(g). Any request for an

extension in a third party requested ex parte reexamination must be filed on or before the day

on which action by the patent owner is due, and the mere filing of a request will not effect any

extension of time. A request for an extension of time in a third party requested ex parte

reexamination will be granted only for sufficient cause, and for a reasonable time specified. Any

request for extension in a patent owner requested ex parte reexamination (including

reexamination ordered under 35 U.S.C. 257) for up to two months from the time period set in

the Office action must be filed no later than two months from the expiration of the time period

set in the Office action. A request for an extension in a patent owner requested ex parte

reexamination for more than two months from the time period set in the Office action must be

filed on or before the day on which action by the patent owner is due, and the mere filing of a

request for an extension for more than two months will not effect the extension. The time for

taking action in a patent owner requested ex parte reexamination will not be extended for more

than two months from the time period set in the Office action in the absence of sufficient cause

or for more than a reasonable time.

The filing of a timely first response to this final rejection will be construed as including a

request to extend the shortened statutory period for an additional two months. In no event,

however, will the statutory period for response expire later than SIX MONTHS from the mailing

date of the final action. See MPEP § 2265.


Any inquiry concerning this communication or earlier communications from the examiner

should be directed to WILLIAM C DOERRLER whose telephone number is (571)272-4807. The

examiner can normally be reached on M-F, 7-5.

Examiner interviews are available via telephone, in-person, and video conferencing

using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is

encouraged to use the USPTO Automated Interview Request (AIR) at

http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Eileen Lillis can be reached on 571-272-6928. The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private

PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you

would like assistance from a USPTO Customer Service Representative or access to the

automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/WILLIAM C DOERRLER/
Primary Examiner, Art Unit 3993


Conferees:  /JLG/  /E.D.L/
                SPRS, Art Unit 3993

| *Office Action in Ex Parte Reexamination* | Control No. 90/014,211 | | Patent Under Reexamination 9126291 | |
|---|---|---|---|---|
| | Examiner WILLIAM C DOERRLER | | Art Unit 3993 | AIA Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a. ☑ Responsive to the communication(s) filed on <u>25 March 2019</u>.

    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

b. ☑ This action is made **FINAL**.

c. ☐ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire <u>2</u> month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

**Part I**   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☐ Notice of References Cited by Examiner, PTO-892.    3. ☐ Interview Summary, PTO-474.

2. ☐ Information Disclosure Statement, PTO/SB/08.    4. ☐ _____.

**Part II**   SUMMARY OF ACTION

1a. ☑ Claims <u>1-14</u> are subject to reexamination.

1b. ☐ Claims _____ are not subject to reexamination.

2. ☐ Claims _____ have been canceled in the present reexamination proceeding.

3. ☐ Claims _____ are patentable and/or confirmed.

4. ☑ Claims <u>1-4,6-7 and 14</u> are rejected.

5. ☑ Claims <u>5 and 8-13</u> are objected to.

6. ☐ The drawings, filed on _____ are acceptable.

7. ☐ The proposed drawing correction, filed on _____ has been (7a) ☐ approved (7b) ☐ disapproved.

8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. 119(a)-(d) or (f).

    a) ☐ All  b) ☐ Some*  c) ☐None   of the certified copies have

    1 ☐ been received.

    2 ☐ not been received.

    3 ☐ been filed in Application No. _____.

    4 ☐ been filed in reexamination Control No. _____.

    5 ☐ been received by the International Bureau in PCT application No. _____.

    * See the attached detailed Office action for a list of the certified copies not received.

9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

10. ☐ Other: _____

cc: Requester (if third party requester)

U.S. Patent and Trademark Office
PTOL-466 (Rev. 08-13)        **Office Action in Ex Parte Reexamination**        Part of Paper No.   20190403

Page 216