UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| CF ADVANCE CORP., | § § § | CASE NO.: 6:18-CV-1770-ORL-41DCI |
| Plaintiff, | § § | |
| v. | § § § | **DEFENDANT'S PATENT RULES 2.2 DISCLOSURE OF INFRINGMENT CONTENTIONS** |
| ZACHARIAH THOMAS THRASHER, | § § § | |
| Defendants. | § § § | |

## PRELIMINARY STATEMENT

Pursuant to the Court's Proposed Local Patent Rules, Defendant Zachariah Thomas Thrasher ("Thrasher"), by and through its counsel of record, hereby respectfully submits this Disclosure of Asserted Claims and Infringement Contentions (the "Contentions"). The information disclosed herein is, by definition, preliminary in nature due to the early stage of this litigation and is, therefore, based on limited information, knowledge, and belief presently and reasonably available to Thrasher. By submitting these Contentions, Thrasher does not waive its right to, among other things, supplement, amend, or modify these Contentions as discovery continues and additional information becomes available. Thrasher expressly reserves the right to make use of or seek to introduce into evidence documents or other information not specified herein, to object to the production of documents or things requested by Plaintiff and Counterclaim Defendant CF Advance Corp. ("CF Advance"), on any basis, and to supplement, amend or otherwise modify these Contentions as new or different information becomes available in accordance with the Court's Patent Rules.

## PROCEDURAL HISTORY

Plaintiff CF Advance Corp. filed this patent-related suit against Defendant Zachariah Thomas Thrasher in the Southern District of Florida, Case No.: 1:18-cv-23517, on August 29, 2018, seeking (1) a declaratory judgment that certain products of Plaintiff's did not infringe on Defendant's patents and (2) money damages for alleged tortious interference with a business relationship. [DE 1].

On October 2, 2018, Defendant filed a motion to (1) dismiss or transfer the case due to lack of venue and (2) dismiss for failure to state a claim under Rule 12(b)(6) because Plaintiff failed to specify for which of its products it sought declaratory judgments of non-infringement. [DE 9]. Defendant argued that the Complaint describes its allegedly non-infringing product merely as a "replacement door handle" [DE 1, ¶ 12], but gave no "facts that might zero in on the specific product, such as a trade name or product number, or descriptive details that would pinpoint the product or particular elements in question." [DE 9, p. 7].

Plaintiff agreed that venue was improper in the Southern District of Florida [DE 10], and the case was transferred to the Middle District of Florida on October 17, 2018. [DE 11, 12]. On October 23, 2018, Plaintiff filed its response to Defendant's motion to dismiss for failure to state a claim, arguing that Plaintiff had sufficiently pleaded an actual, present, and justiciable controversy. [DE 17]. On October 26, 2018, Defendant filed an unopposed motion to file a reply [DE 18], which the Court denied. [DE 19]. The motion to dismiss for failure to state a claim [DE 9] is still pending in this Court.

The Case Management and Scheduling Order was filed on April 5, 2019. [DE 25]. It requires the Disclosure of Infringement Contentions on April 15, 2019. Unfortunately, the

problem that Defendant raised in its Rule 12(b)(6) motion – namely, that Plaintiff has not identified the exact products for which it seeks declaratory judgments – hinders Defendant's fulfillment of this obligation. In addition to filing its 12(b)(6) motion, Defendant has repeatedly asked Plaintiff's counsel to identify the allegedly non-infringing products. Plaintiff's counsel has failed to provide this information. Defendant therefore has no choice but to base its Contentions on its best estimate as to what product or products Plaintiff seeks non-infringement declarations for. Defendant's knowledge of Plaintiff's products is understandably imperfect. Therefore, if further developments should reveal that Defendant's estimate is mistaken, Defendant reserves the right to amend its Disclosure of Infringement Contentions accordingly. By submitting this Disclosure, Defendant does not waive the issue raised in its 12(b)(6) motion. [DE 9].

## I.   IDENTIFICATION OF EACH CLAIM OF THE PATENT-IN-SUIT THAT IS INFRINGED BY CF ADVANCE

Based on information presently and reasonably available to Thrasher, pursuant to 35 U.S.C. § 271(c), Thrasher reserves the right to assert a claim against CF Advance for infringement of at least claims 1-6 of United States Patent No. 9,126,291 ("the '291 Patent") and Claims 1-5 of the United States Patent No. 9,744,627 (the '627 Patent") (collectively, the "Thrasher Patents"), pending the resolution of Thrasher's Motion to Dismiss pending resolution of Thrasher's Motion to Dismiss. [DE 9]. For the purpose of these Contentions, Thrasher alleges that each of CF Advance's "Accused Instrumentalities" (consisting of at least CF Advance's Jeep Grand Cherokee inside door handle replacement kits and its Jeep Commander inside door handle replacement kits as further listed in Exhibit A appended hereto, along with any and all similar products or products having similar or equivalent

features) is liable under Title 35, § 271(c) of the United States Code for infringement of at the following subset of the Thrasher Claims: Claims 1-6 of the '291 patent; and claims 1-5 of the '627 patent.

## II.     IDENTIFICATION OF EACH ACCUSED INSTRUMENTALITY

Based on information presently and reasonably available to Thrasher, each Accused Instrumentality defined above (and further listed in Exhibit A appended hereto according to the most specific information currently within Thrasher's knowledge or possession) contributorily infringes each asserted claim of the Patent-in-suit.

## III.    CLAIM CHART IDENTIFYING WHERE EACH LIMITATION OF EACH ASSERTED CLAIM IS FOUND WITHIN EACH ACCUSED INSTRUMENTALITY

Based on information presently and reasonably available to Thrasher, Thrasher provides the claim chart appended hereto as Exhibit B, which identifies where each limitation of each asserted claim of the Thrasher Patents is found within each Accused Instrumentality. For purposes of the claim chart provided as Exhibit B, Thrasher presently understands each of the Accused Instrumentalities to have similar or identical features. Accordingly, the claim chart has been prepared in relation to representative Accused Instrumentalities. Thrasher expressly reserves the right to supplement, amend, and/or modify the following claim chart, to the extent necessary, as discovery in this matter progresses.

## IV.    STATEMENT CONCERNING THE DOCTRINE OF EQUIVALENTS

Based on information presently and reasonably available to Thrasher, Thrasher alleges that each limitation of each asserted claim of the Thrasher Patents is literally present in the Accused Instrumentalities. Thrasher expressly reserves the right to supplement,

amend, and/or modify any allegations of infringement by the doctrine of equivalents, to the extent necessary, as discovery in this matter progresses.

## V.   STATEMENT CONCERNING INDIRECT AND DIRECT INFRINGEMENT OF THE PATENT-IN-SUIT

Based on information presently and reasonably available to Thrasher, Thrasher only alleges contributory infringement pursuant to 35 U.S.C. § 271(c), of the Thrasher Patents by CF Advance and/or its related companies through common ownership, in whole or in part, its divisions, subsidiaries, predecessors or successors in interest of any of the foregoing, and any other person or company acting on behalf of any of the foregoing, including the past and present officer(s), director(s), employee(s), agent(s), representative(s), attorney(s), and other personnel thereof, to the fullest extent the context permits. Because each limitation of each asserted claim of the Thrasher Patents is part of the required and only method of use for the Accused Instrumentalities, any user of the Accused Instrumentalities necessarily directly infringes the Thrasher Patents. Therefore, Thrasher asserts that each and every purchaser and user of CF Advance's Accused Instrumentalities is a direct infringer of the Thrasher Patents. These direct infringers include but are not limited to those purchasers of the Accused Instrumentalities through CF Advance's online retail listings, such as those located on marketplaces including <amazon.com>, whose purchases and subsequent use is evinced by their numerous reviews and comments made on such listings.

Thrasher expressly reserves the right to supplement, amend, and/or modify any allegations of indirect or direct infringement, to the extent necessary, as discovery in this matter progresses.

## VI.     STATEMENT CONCERNING PRIORITY

Based on information presently and reasonably available to Thrasher, Thrasher alleges that the '291 Patent is entitled to a priority date of June 23, 2011, the date in which the related Provisional Patent Application No. 61/500,170 was filed with the United States Patent and Trademark Office.  Further, Thrasher alleges that the '627 Patent is entitled to a priority date of September 8, 2015, the date on which the application resulting in the '627 Patent was filed with the United States Patent and Trademark Office. Thrasher expressly reserves the right to supplement, amend, and/or modify any allegations of priority, to the extent necessary, as discovery in this matter progresses.

## VII.     BASIS FOR ALLEGATIONS OF WILLFUL INFRINGEMENT

Based on information presently and reasonably available to Thrasher, at least CF Advance has contacted Thrasher pre-suit through the eBay messaging platform and represented to Thrasher that its products do not infringe Thrasher Patents "because they include a metal backing."  In view of the foregoing, Thrasher understands and alleges that, prior to and in connection with designing the Accused Instrumentalities, CF Advance was aware and had knowledge of the Thrasher Patents, knew and/or had possession of Thrasher's products which practice the claims of the Thrasher Patents, was on notice of the Thrasher Patents, and willfully copied the Thrasher Products in order to offer for sale an apparatus for use in practicing the patent method disclosed in the Thrasher Patents knowing the same to be especially made for use in the infringement of such patents. Thrasher alleges CF Advance was further on notice of the Thrasher Patents at least as early as the time of its correspondence to Thrasher through the eBay messaging platform and the time of filing its Complaint in this case.  Thrasher expressly reserves the right to supplement, amend, and/or

modify the basis for its allegations of willful infringement, to the extent necessary, as discovery in this matter progresses.

## VIII.   IDENTIFICATION OF THRASHER PRODUCTS WHICH PRACTICE THE CLAIMED INVENTION

Based on information presently and reasonably available to Thrasher, each of Thrasher's following products practice the claimed invention (listed in Exhibit C appended hereto): Jeep Grand Cherokee Door Handle Kit; Jeep Commander Door Handle Kit. Thrasher Product listings shown online are marked as "Patented."  Thrasher expressly reserves the right to supplement, amend, and/or modify its list of products which practice the claimed invention, to the extent necessary, as discovery in this matter progresses.

Dated: April 15, 2019

Respectfully Submitted,

By:  */s/ Andrew S. Rapacke*
Andrew S. Rapacke, Esq.
Attorney for Defendant
THE RAPACKE LAW GROUP, P.A.
Florida Bar No: 0116247
1840 N. Pine Island Road
Plantation, FL 33322
Telephone: (954) 951-0154
Facsimile:  (954) 206-0484
Email: andy@arapackelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2019, I caused a copy of the foregoing document to be served, via email, on all counsel of record as indicated in the Service List below.

By: ___*/s/ Andrew S. Rapacke*___
Andrew S. Rapacke, Esq.
Attorney for Defendant

## SERVICE LIST

Mark Goldstein
1835 NE Miami Gardens Dr.
Suite 211
Miami, FL 33179
Tel: (305) 342-4839
markgoldsteinattorney@gmail.com

DEFENDANT'S DISCLOSURE OF ASSERTED CLAIMS
AND INFRINGEMENT CONTENTIONS
Case No.: 6:18-CV-1770-ORL-41DCI

# EXHIBIT A

**Infringement Contentions: U.S. Patent No. 9,126,291 and U.S. Patent No. 9,744,627**

| Amazon Product Listing Web Address | Brand | Product Name | Amazon Standard Identification Number (ASIN) | Patents Infringed |
|---|---|---|---|---|
| https://www.amazon.com/CF-Advance-Commander-Inside-Handle/dp/B07G5DNLH3/ref=sr_1_3?keywords=cf+advance&qid=1555084695&s=gateway&sr=8-3 | CF Advance | CF Advance For 06-10 Jeep Commander Front or Rear Pair SET 2PCS Inside Door Handle Tan Bolt 2006 2007 2008 2009 2010 | B07G5DNLH3 | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-Chrome/dp/B01ESUIIM4/ref=lp_14112546011_1_1?srs=14112546011&ie=UTF8&qid=1555084716&sr=8-1 | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Front Right Beige BJ0010 05 06 07 08 09 10 11 | B01ESUI69E | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-Chrome/dp/B01ESUISQ0/ref=lp_14112546011_1_11?srs=14112546011&ie=UTF8&qid=1555084716&sr=8-11 | CF Advance | CR2823ME3-N 06-10 JEEP COMMANDER Rear Left TAN Inside Door Handle Chrome 06 07 08 09 10 | B00JGGFO5K | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-DS297-N/dp/B01ESUJ3AK/ref=sr_1_21?qid=1555084767&s=gateway&sr=8-21&srs=14112546011 | CF Advance | CR2823ME2-N 06-10 JEEP COMMANDER Front Right TAN Inside Door Handle Chrome 06 07 08 09 10 | B00JGGX3CQ | US9126291; US9744627 |
| https://www.amazon.com/05-11-Grand-Cherokee-Inside-Handle/dp/B01ESUJ1PC/ref=sr_1_29?qid=1555084767&s=gateway&sr=8-29&srs=14112546011 | CF Advance | DS356 JEEP COMMANDER INTERIOR INSIDE DOOR HANDLE REAR PAIR 2 PCS SET GRAY 06 07 08 09 10 | B00KYFUMVI | US9126291; US9744627 |
| https://www.amazon.com/Cherokee-Interior-Inside-Handle-DS300-NS/dp/B07JNRKHQ9/ref=sr_1_30?qid=1555084767&s=gateway&sr=8-30&srs=14112546011 | CF Advance | DS368 JEEP COMMANDER INSIDE DOOR HANDLE GRAY CHROME REAR PAIR 2 PCS SET 06 07 08 09 10 | B00KYIJY82 | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0016/dp/B01ESUIXBA/ref=sr_1_33?qid=1555084790&s=gateway&sr=8-33&srs=14112546011 | CF Advance | BJ0012-N Tan Beige 05-11 Jeep Grand Cherokee Rear Right Inside Door Handle BEIGE BOLT 05 06 07 08 09 2010 2011 | B00NHDK3IG | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-Inside-Handle-Chrome/dp/B01ESUMZSM/ref=sr_1_79?qid=1555084813&s=gateway&sr=8-79&srs=14112546011 | CF Advance | BJ0013-N GRAY 05-11 Jeep Grand Cherokee Front Left Inside Door Handle BOLT 05 06 07 08 09 2010 2011 | B00NHFVXXS | US9126291; US9744627 |
| https://www.amazon.com/BJ0013-N-05-11-Cherokee-Inside-Handle/dp/B00NHFVXXS/ref=sr_1_85?qid=1555084825&s=gateway&sr=8-85&srs=14112546011 | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Front Left Gray & Chrome BJ0005 05 06 07 08 09 10 11 | B01ESUHIUM | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0012/dp/B01ESUIF2C/ref=sr_1_89?qid=1555084825&s=gateway&sr=8-89&srs=14112546011 | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Front Left Gray & Chrome BJ0005-N 05 06 07 08 09 10 11 | B01ESUHLCM | US9126291; US9744627 |
| https://www.amazon.com/Cherokee-Inside-Handle-Chrome-BJ0005/dp/B01ESUHIUM/ref=sr_1_97?qid=1555084841&s=gateway&sr=8-97&srs=14112546011 | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Front Right Gray & Chrome BJ0006 05 06 07 08 09 10 11 | B01ESUHNNY | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0011/dp/B01ESUIAYU/ref=sr_1_99?qid=1555084841&s=gateway&sr=8-99&srs=14112546011 | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Front Right Gray & Chrome GRAY & CHROME BOLT BJ0006-N 05 06 07 08 09 10 11 | B01ESUHPLO | US9126291; US9744627 |

| URL | Source | Description | ASIN | Patents |
|---|---|---|---|---|
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0014-N/dp/B01ESUIQM6/ref=sr_1_119?qid=1555084857&s=gateway&sr=8-119&srs=14112546011 | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Rear Left Gray & Chrome Gray & Chrome BJ0007 05 06 07 08 09 10 11 | B01ESUHSM0 | US9126291; US9744627 |
| https://www.amazon.com/COMMANDER-Inside-Handle-Chrome-CR2823ME2-N/dp/B00JGGX3CQ/ref=sr_1_123?qid=1555084857&s=gateway&sr=8-123&srs=14112546011 | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Rear Left Gray & Chrome GRAY & CHROME BOLT BJ0007-N 05 06 07 08 09 10 11 | B01ESUHUN2 | US9126291; US9744627 |
| https://www.amazon.com/Cherokee-Inside-Interior-Handle-Chrome/dp/B07JB7M69Y/ref=sr_1_129?qid=1555084874&s=gateway&sr=8-129&srs=14112546011 | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Rear Right Gray & Chrome Gray & Chrome Gray & Chrome BJ0008 05 06 07 08 09 10 11 | B01ESUHWLM | US9126291; US9744627 |
| https://www.amazon.com/Cherokee-Interior-Inside-Handle-DS294-NS/dp/B07JXZ2PP9/ref=sr_1_142?qid=1555084874&s=gateway&sr=8-142&srs=14112546011 | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Rear Right GRAY & CHROME BOLT BJ0008-N 05 06 07 08 09 10 11 | B01ESUHYVA | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0009/dp/B01ESUI0YK/ref=sr_1_56?ie=UTF8&qid=1526301537&sr=8-56&keywords=jeep+interior+door+handle | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Front Left Beige BJ0009 05 06 07 08 09 10 11 | B01ESUI0YK | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0009-N/dp/B01ESUI3UQ/ref=sr_1_204?ie=UTF8&qid=1526319987&sr=8-204&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Front Left BEIGE BOLT BJ0009-N 05 06 07 08 09 10 11 | B01ESUI3UQ | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0010/dp/B01ESUI69E/ref=sr_1_197?ie=UTF8&qid=1526307923&sr=8-197&keywords=jeep+interior+door+handle | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Front Right Beige BJ0010 05 06 07 08 09 10 11 | B01ESUI69E | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0010-N/dp/B01ESUI8HY/ref=sr_1_61?ie=UTF8&qid=1526317674&sr=8-61&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Front Right BEIGE BOLT Tan Beige BJ0010-N 05 06 07 08 09 10 11 | B01ESUI8HY | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0011/dp/B01ESUIAYU/ref=sr_1_19?ie=UTF8&qid=1526312409&sr=8-19&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Rear Left Beige BJ0011 05 06 07 08 09 10 11 | B01ESUIAYU | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-Chrome/dp/B01ESUIBAI/ref=sr_1_203?ie=UTF8&qid=1526319987&sr=8-203&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Front Pair Tan Beige & Chrome DS289 05 06 07 08 09 10 11 | B01ESUIBAI | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0011-N/dp/B01ESUICU2/ref=sr_1_48?ie=UTF8&qid=1526312930&sr=8-48&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Rear Left BEIGE BOLT Tan Beige BJ0011-N 05 06 07 08 09 10 11 | B01ESUICU2 | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0012/dp/B01ESUIF2C/ref=sr_1_18?ie=UTF8&qid=1526312409&sr=8-18&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Rear Right Beige BJ0012 05 06 07 08 09 10 11 | B01ESUIF2C | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-Chrome/dp/B01ESUIG4O/ref=sr_1_202?ie=UTF8&qid=1526319987&sr=8-202&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Rear Pair Tan Beige & Chrome DS290 05 06 07 08 09 10 11 | B01ESUIG4O | US9126291; US9744627 |

| | | | | |
|---|---|---|---|---|
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-Chrome/dp/B01ESUIIM4/ref=sr_1_20?ie=UTF8&qid=15263124 09&sr=8-20&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Set 4PCS Tan Beige & Chrome DS291 05 06 07 08 09 10 11 | B01ESUIIM4 | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0013/dp/B01ESUIJEG/ref=sr_1_5?ie=UTF8&qid=152631182 1&sr=8-5&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Front Left Gray BJ0013 05 06 07 08 09 10 11 | B01ESUIJEG | US9126291; US9744627 |
| https://www.amazon.com/Cherokee-Inside-Handle-Chrome-DS291-N/dp/B01ESUILJO/ref=sr_1_118?ie=UTF8&qid=1526318255& sr=8-118&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Set 4PCS Tan Beige & Chrome BEIGE CHROME BOLT DS291-N 05 06 07 08 09 10 11 | B01ESUILJO | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-Front/dp/B01ESUIM0M/ref=sr_1_201?ie=UTF8&qid=15263199 87&sr=8-201&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Cherokee Inside Door Handle 2 Front 1 Rear Grand DS452 05 06 07 08 09 10 11 | B01ESUIM0M | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-Chrome/dp/B01ESUIO3W/ref=sr_1_200?ie=UTF8&qid=152631 9987&sr=8-200&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Front Pair Gray & Chrome DS292 05 06 07 08 09 10 11 | B01ESUIO3W | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0014/dp/B01ESUIOCI/ref=sr_1_13?ie=UTF8&qid=15263118 21&sr=8-13&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Front Right Gray BJ0014 05 06 07 08 09 10 11 | B01ESUIOCI | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-Chrome/dp/B01ESUIQIA/ref=sr_1_199?ie=UTF8&qid=1526319 987&sr=8-199&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Rear Pair Gray & Chrome DS293 05 06 07 08 09 10 11 | B01ESUIQIA | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0014-N/dp/B01ESUIQM6/ref=sr_1_27?ie=UTF8&qid=1526312409& sr=8-27&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Front Right GRAY & BOLT BJ0014-N 05 06 07 08 09 10 11 | B01ESUIQM6 | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0015/dp/B01ESUISME/ref=sr_1_7?ie=UTF8&qid=15263118 21&sr=8-7&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Rear Left Gray BJ0015 05 06 07 08 09 10 11 | B01ESUISME | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-Chrome/dp/B01ESUISQ0/ref=sr_1_37?ie=UTF8&qid=15263129 30&sr=8-37&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Set 4PCS Gray & Chrome DS294 05 06 07 08 09 10 11 | B01ESUISQ0 | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0015-N/dp/B01ESUIUTU/ref=sr_1_198?ie=UTF8&qid=1526319987 &sr=8-198&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Rear Left GRAY & BOLT BJ0015-N 05 06 07 08 09 10 11 | B01ESUIUTU | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0016/dp/B01ESUIXBA/ref=sr_1_2?ie=UTF8&qid=15263118 21&sr=8-2&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Rear Right Gray BJ0016 05 06 07 08 09 10 11 | B01ESUIXBA | US9126291; US9744627 |
| https://www.amazon.com/05-11-Grand-Cherokee-Inside-Handle/dp/B01ESUIZMW/ref=sr_1_59?ie=UTF8&qid=1526317 674&sr=8-59&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Front Pair Beige DS296 05 06 07 08 09 10 11 | B01ESUIZMW | US9126291; US9744627 |
| https://www.amazon.com/05-11-Grand-Cherokee-Inside-Handle/dp/B01ESUJ1PC/ref=sr_1_31?ie=UTF8&qid=15263124 09&sr=8-31&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Beige TAN Set 4PCS DS297 05 06 07 08 09 10 11 | B01ESUJ1PC | US9126291; US9744627 |

| | | | |
|---|---|---|---|
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-DS297-N/dp/B01ESUJ3AK/ref=sr_1_23?ie=UTF8&qid=1526312409&sr=8-23&keywords=CF+advance+jeep | CF Advance | For 05-11 Jeep Grand Cherokee Inside Door Handle Set 4PCS BEIGE TAN BOLT DS297-N 05 06 07 08 09 10 11 | B01ESUJ3AK | US9126291; US9744627 |
| https://www.amazon.com/05-11-Grand-Cherokee-Inside-Handle/dp/B01ESUJ4JU/ref=sr_1_197?ie=UTF8&qid=1526319987&sr=8-197&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Front Pair Gray DS298 05 06 07 08 09 10 11 | B01ESUJ4JU | US9126291; US9744627 |
| https://www.amazon.com/05-11-Grand-Cherokee-Inside-Handle/dp/B01ESUJ70Q/ref=sr_1_43?ie=UTF8&qid=1526312930&sr=8-43&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Set 4PCS Gray DS300 05 06 07 08 09 10 11 | B01ESUJ70Q | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0016-N/dp/B01ESUJ9H2/ref=sr_1_4?ie=UTF8&qid=1526311821&sr=8-4&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Rear Right GRAY & BOLT BJ0016-N 05 06 07 08 09 10 11 | B01ESUJ9H2 | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-Inside-Handle-CR2823E1/dp/B01ESUJJOA/ref=sr_1_196?ie=UTF8&qid=1526319987&sr=8-196&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER Inside Door Handle Front Left Beige CR2823E1 2006 2007 2008 2009 2010 | B01ESUJJOA | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-Inside-Handle-CR2823E2/dp/B01ESUJNMS/ref=sr_1_195?ie=UTF8&qid=1526319987&sr=8-195&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER Inside Door Handle Front Right Beige CR2823E2 06 07 08 09 10 | B01ESUJNMS | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-Inside-Handle-CR2823E3/dp/B01ESUJRKG/ref=sr_1_54?ie=UTF8&qid=1526317674&sr=8-54&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER Inside Door Handle REAR Left Beige CR2823E3 06 07 08 09 10 | B01ESUJRKG | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-Inside-Handle-CR2823G1/dp/B01ESUJWMO/ref=sr_1_158?ie=UTF8&qid=1526306861&sr=8-158&keywords=jeep+interior+door+handle | CF Advance | 06-10 JEEP COMMANDER Inside Door Handle Front Left Gray CR2823G1 06 07 08 09 10 | B01ESUJWMO | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-Inside-Handle-CR2823G1/dp/B01ESUJWMO/ref=sr_1_26?ie=UTF8&qid=1526312409&sr=8-26&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER Inside Door Handle Front Left Gray CR2823G1 06 07 08 09 10 | B01ESUJWMO | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-Inside-Handle-CR2823G2/dp/B01ESUK156/ref=sr_1_21?ie=UTF8&qid=1526312409&sr=8-21&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER Inside Door Handle Front Right Gray CR2823G2 06 07 08 09 10 | B01ESUK156 | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-Inside-Handle-CR2823G4/dp/B01ESUKBME/ref=sr_1_117?ie=UTF8&qid=1526318255&sr=8-117&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER Inside Door Handle Rear Right Gray CR2823G4 06 07 08 09 10 | B01ESUKBME | US9126291; US9744627 |
| https://www.amazon.com/COMMANDER-Inside-Handle-Chrome-CR2823ME1/dp/B01ESUKFKW/ref=sr_1_39?ie=UTF8&qid=1526312930&sr=8-39&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER Inside Door Handle Front Left KHAKI Chrome CR2823ME1 06 07 08 09 10 | B01ESUKFKW | US9126291; US9744627 |
| https://www.amazon.com/COMMANDER-Inside-Handle-Chrome-CR2823ME2/dp/B01ESUKJRQ/ref=sr_1_34?ie=UTF8&qid=1526312930&sr=8-34&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER Inside Door Handle Front Right Khaki Chrome CR2823ME2 06 07 08 09 10 | B01ESUKJRQ | US9126291; US9744627 |

| | | | | |
|---|---|---|---|---|
| https://www.amazon.com/COMMANDER-Inside-Handle-Chrome-CR2823ME4-N/dp/B01ESUKX2W/ref=sr_1_30?ie=UTF8&qid=1526312409&sr=8-30&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER Inside Door Handle REAR Right Khaki Chrome CR2823ME4-N 06 07 08 09 10 | B01ESUKX2W | US9126291; US9744627 |
| https://www.amazon.com/COMMANDER-Inside-Handle-Chrome-CR2823MG1-N/dp/B01ESUKZFW/ref=sr_1_193?ie=UTF8&qid=1526319832&sr=8-193&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER Inside Door Handle Front Left Gray & Chrome Free Bolts CR2823MG1-N 06 07 08 09 10 | B01ESUKZFW | US9126291; US9744627 |
| https://www.amazon.com/COMMANDER-Inside-Handle-Chrome-CR2823MG3-N/dp/B01ESUL4E8/ref=sr_1_116?ie=UTF8&qid=1526318255&sr=8-116&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER Inside Door Handle Rear Left Gray & Chrome Free Bolts CR2823MG3-N 06 07 08 09 10 | B01ESUL4E8 | US9126291; US9744627 |
| https://www.amazon.com/COMMANDER-Inside-Handle-Chrome-CR2823MG4-n/dp/B01ESUL8EY/ref=sr_1_192?ie=UTF8&qid=1526319241&sr=8-192&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER Inside Door Handle Rear Right Gray & Chrome Free Bolts CR2823MG4-n 06 07 08 09 10 | B01ESUL8EY | US9126291; US9744627 |
| https://www.amazon.com/05-11-CHEROKEE-INSIDE-HANDLE-CHROME/dp/B01ESULLHS/ref=sr_1_191?ie=UTF8&qid=1526319241&sr=8-191&keywords=CF+advance+jeep | CF Advance | 05-11 JEEP GRAND CHEROKEE INSIDE DOOR HANDLE TAN BEIGE CHROME SET OF 3 DS333 05 06 07 08 09 10 11 | B01ESULLHS | US9126291; US9744627 |
| https://www.amazon.com/05-11-CHEROKEE-INSIDE-HANDLE-CHROME/dp/B01ESULNL2/ref=sr_1_190?ie=UTF8&qid=1526319241&sr=8-190&keywords=CF+advance+jeep | CF Advance | 05-11 JEEP GRAND CHEROKEE INSIDE DOOR HANDLE GRAY & CHROME SET OF 3 DS334 05 06 07 08 09 10 11 | B01ESULNL2 | US9126291; US9744627 |
| https://www.amazon.com/05-11-GRAND-CHEROKEE-INSIDE-HANDLE/dp/B01ESULPLU/ref=sr_1_189?ie=UTF8&qid=1526319241&sr=8-189&keywords=CF+advance+jeep | CF Advance | 05-11 JEEP GRAND CHEROKEE INSIDE DOOR HANDLE GRAY SET OF 3 DS335 05 06 07 08 09 10 11 | B01ESULPLU | US9126291; US9744627 |
| https://www.amazon.com/05-11-GRAND-CHEROKEE-INSIDE-HANDLE/dp/B01ESULRJU/ref=sr_1_188?ie=UTF8&qid=1526319241&sr=8-188&keywords=CF+advance+jeep | CF Advance | 05-11 JEEP GRAND CHEROKEE INSIDE DOOR HANDLE BEIGE / TAN SET OF 3 DS336 05 06 07 08 09 10 11 | B01ESULRJU | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-Inside-Handle-DS354/dp/B01ESUM4WY/ref=sr_1_12?ie=UTF8&qid=1526311821&sr=8-12&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER Inside Door Handle Set 4 PCS Gray DS354 06 07 08 09 10 | B01ESUM4WY | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-INTERIOR-INSIDE-HANDLE/dp/B01ESUM75S/ref=sr_1_187?ie=UTF8&qid=1526319241&sr=8-187&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER INTERIOR INSIDE DOOR HANDLE FRONT PAIR GRAY DS355 06 07 08 09 10 | B01ESUM75S | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-Inside-Handle-KHAKI/dp/B01ESUMBB8/ref=sr_1_162?ie=UTF8&qid=1526307131&sr=8-162&keywords=jeep+interior+door+handle | CF Advance | 06-10 JEEP COMMANDER Inside Door Handle Set 4 PCS KHAKI DS357 06 07 08 09 10 | B01ESUMBB8 | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-INSIDE-HANDLE-FRONT/dp/B01ESUMF1E/ref=sr_1_186?ie=UTF8&qid=1526319241&sr=8-186&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER INSIDE DOOR HANDLE FRONT PAIR 2 PCS SET KHAKI DS358 06 07 08 09 10 | B01ESUMF1E | US9126291; US9744627 |

| | | | | |
|---|---|---|---|---|
| https://www.amazon.com/06-10-COMMANDER-INSIDE-HANDLE-KHAKI/dp/B01ESUMJP6/ref=sr_1_185?ie=UTF8&qid=1526319241&sr=8-185&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER INSIDE DOOR HANDLE REAR PAIR 2 PCS SET KHAKI DS359 06 07 08 09 10 | B01ESUMJP6 | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-INSIDE-HANDLE-CHROME/dp/B01ESUMSDY/ref=sr_1_185?ie=UTF8&qid=1526319501&sr=8-185&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER INSIDE DOOR HANDLE FRONT PAIR 2 PCS SET KHAKI CHROME DS364 06 07 08 09 10 | B01ESUMSDY | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-Inside-Handle-Chrome/dp/B01ESUMZSM/ref=sr_1_8?ie=UTF8&qid=1526311821&sr=8-8&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER Inside Door Handle Gray Chrome Set 4 PCS DS366 06 07 08 09 10 | B01ESUMZSM | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-INSIDE-HANDLE-CHROME/dp/B01ESUN1NU/ref=sr_1_183?ie=UTF8&qid=1526319241&sr=8-183&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER INSIDE DOOR HANDLE GRAY CHROME FRONT PAIR 2 PCS SET DS367 06 07 08 09 10 | B01ESUN1NU | US9126291; US9744627 |
| https://www.amazon.com/Cherokee-Inside-Handle-CHROME-BJ0001-N/dp/B01ESUN2XO/ref=sr_1_35?ie=UTF8&qid=1526312930&sr=8-35&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle TAN Front Left & Chrome BOLT BJ0001-N 05 06 07 08 09 10 11 | B01ESUN2XO | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-INSIDE-HANDLE-CHROME/dp/B01ESUN3OM/ref=sr_1_182?ie=UTF8&qid=1526319241&sr=8-182&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER INSIDE DOOR HANDLE GRAY CHROME REAR PAIR 2 PCS SET DS368 06 07 08 09 10 | B01ESUN3OM | US9126291; US9744627 |
| https://www.amazon.com/Cherokee-Inside-Handle-Chrome-BJ0002/dp/B01ESUN4R8/ref=sr_1_50?ie=UTF8&qid=1526313512&sr=8-50&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Front Right Tan & Chrome BJ0002 05 06 07 08 09 10 11 | B01ESUN4R8 | US9126291; US9744627 |
| https://www.amazon.com/Cherokee-Inside-Handle-CHROME-BJ0002-N/dp/B01ESUN67Q/ref=sr_1_181?ie=UTF8&qid=1526319241&sr=8-181&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle TAN Front Right & CHROME BOLT BJ0002-N 05 06 07 08 09 10 11 | B01ESUN67Q | US9126291; US9744627 |
| https://www.amazon.com/Cherokee-Inside-Handle-Chrome-BJ0003/dp/B01ESUN7Z2/ref=sr_1_18?ie=UTF8&qid=1526312376&sr=8-18&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Tan Beige Rear Left & Chrome BJ0003 05 06 07 08 09 10 11 | B01ESUN7Z2 | US9126291; US9744627 |
| https://www.amazon.com/Cherokee-Inside-Handle-CHROME-BJ0003-N/dp/B01ESUN9O6/ref=sr_1_205?ie=UTF8&qid=1526307967&sr=8-205&keywords=jeep+interior+door+handle | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle TAN Rear Left & CHROME BOLT BJ0003-N 05 06 07 08 09 10 11 | B01ESUN9O6 | US9126291; US9744627 |
| https://www.amazon.com/Cherokee-Inside-Handle-CHROME-BJ0004/dp/B01ESUNBIA/ref=sr_1_28?ie=UTF8&qid=1526312409&sr=8-28&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle Rear Right Tan & CHROME BOLT BJ0004 05 06 07 08 09 10 11 | B01ESUNBIA | US9126291; US9744627 |
| https://www.amazon.com/Cherokee-Inside-Handle-CHROME-BJ0004-N/dp/B01ESUND5Q/ref=sr_1_58?ie=UTF8&qid=1526317674&sr=8-58&keywords=CF+advance+jeep | CF Advance | 05-11 Jeep Grand Cherokee Inside Door Handle TAN Rear Right & CHROME BOLT BJ0004-N 05 06 07 08 09 10 11 | B01ESUND5Q | US9126291; US9744627 |

| | | | | |
|---|---|---|---|---|
| https://www.amazon.com/BJ0002-NS-Cherokee-Inside-Interior-Passenger/dp/B01GPAF8ZU/ref=sr_1_180?ie=UTF8&qid=1526 319241&sr=8-180&keywords=CF+advance+jeep | CF Advance | BJ0002-NS Jeep Grand Cherokee Inside Interior Door Handle Passenger Front Right Beige Chrome Bolt 05 06 07 08 09 10 11 | B01GPAF8ZU | US9126291; US9744627 |
| https://www.amazon.com/BJ0003-NS-Cherokee-Inside-Interior-Handle/dp/B01GPB0GNS/ref=sr_1_179?ie=UTF8&qid=152631 9241&sr=8-179&keywords=CF+advance+jeep | CF Advance | BJ0003-NS Jeep Grand Cherokee Inside Interior Door Handle Driver Rear Left Beige Chrome Bolt 05 06 07 08 09 10 11 | B01GPB0GNS | US9126291; US9744627 |
| https://www.amazon.com/BJ0004-NS-Cherokee-Inside-Interior-Passenger/dp/B01GPBB2OU/ref=sr_1_178?ie=UTF8&qid=1526 319241&sr=8-178&keywords=CF+advance+jeep | CF Advance | BJ0004-NS Jeep Grand Cherokee Inside Interior Door Handle Passenger Rear Right Beige Chrome Bolt 05 06 07 08 09 10 11 | B01GPBB2OU | US9126291; US9744627 |
| https://www.amazon.com/BJ0006-NS-Cherokee-Inside-Interior-Passenger/dp/B01GPCK5W4/ref=sr_1_177?ie=UTF8&qid=1526 319209&sr=8-177&keywords=CF+advance+jeep | CF Advance | BJ0006-NS Jeep Grand Cherokee Inside Interior Door Handle Passenger Front Right Gray Chrome Bolt 05 06 07 08 09 10 11 | B01GPCK5W4 | US9126291; US9744627 |
| https://www.amazon.com/BJ0007-NS-Cherokee-Inside-Interior-Handle/dp/B01GPCQ3XE/ref=sr_1_176?ie=UTF8&qid=152631 8890&sr=8-176&keywords=CF+advance+jeep | CF Advance | BJ0007-NS Jeep Grand Cherokee Inside Interior Door Handle Driver Rear Left Gray Chrome Bolt 05 06 07 08 09 10 11 | B01GPCQ3XE | US9126291; US9744627 |
| https://www.amazon.com/BJ0008-NS-Cherokee-Inside-Interior-Passenger/dp/B01GPD5CNA/ref=sr_1_175?ie=UTF8&qid=1526 318890&sr=8-175&keywords=CF+advance+jeep | CF Advance | BJ0008-NS Jeep Grand Cherokee Inside Interior Door Handle Passenger Rear Right Gray Chrome Bolt 05 06 07 08 09 10 11 | B01GPD5CNA | US9126291; US9744627 |
| https://www.amazon.com/BJ0010-NS-Cherokee-Inside-Interior-Passenger/dp/B01GPDS2BY/ref=sr_1_174?ie=UTF8&qid=1526 318890&sr=8-174&keywords=CF+advance+jeep | CF Advance | BJ0010-NS Jeep Grand Cherokee Inside Interior Door Handle Passenger Front Right Beige Bolt 05 06 07 08 09 10 11 | B01GPDS2BY | US9126291; US9744627 |
| https://www.amazon.com/BJ0011-NS-Cherokee-Inside-Interior-Handle/dp/B01GPE5Q0I/ref=sr_1_173?ie=UTF8&qid=1526318 890&sr=8-173&keywords=CF+advance+jeep | CF Advance | BJ0011-NS Jeep Grand Cherokee Inside Interior Door Handle Driver Rear Left Beige Bolt 05 06 07 08 09 10 11 | B01GPE5Q0I | US9126291; US9744627 |
| https://www.amazon.com/BJ0012-NS-Cherokee-Inside-Interior-Passenger/dp/B01GPED9PW/ref=sr_1_172?ie=UTF8&qid=1526 318890&sr=8-172&keywords=CF+advance+jeep | CF Advance | BJ0012-NS Jeep Grand Cherokee Inside Interior Door Handle Passenger Rear Right Beige Bolt 05 06 07 08 09 10 11 | B01GPED9PW | US9126291; US9744627 |
| https://www.amazon.com/BJ0013-NS-Cherokee-Inside-Interior-Handle/dp/B01GPEIXHG/ref=sr_1_171?ie=UTF8&qid=152631 8890&sr=8-171&keywords=CF+advance+jeep | CF Advance | BJ0013-NS Jeep Grand Cherokee Inside Interior Door Handle Driver Front Left Gray 05 06 07 08 09 10 11 | B01GPEIXHG | US9126291; US9744627 |
| https://www.amazon.com/BJ0014-NS-Cherokee-Inside-Interior-Passenger/dp/B01GPEQPIK/ref=sr_1_170?ie=UTF8&qid=15263 18890&sr=8-170&keywords=CF+advance+jeep | CF Advance | BJ0014-NS Jeep Grand Cherokee Inside Interior Door Handle Passenger Front Right Gray 05 06 07 08 09 10 11 | B01GPEQPIK | US9126291; US9744627 |
| https://www.amazon.com/BJ0015-NS-Cherokee-Inside-Interior-Handle/dp/B01GPF1RCS/ref=sr_1_169?ie=UTF8&qid=1526318 890&sr=8-169&keywords=CF+advance+jeep | CF Advance | BJ0015-NS Jeep Grand Cherokee Inside Interior Door Handle Driver Rear Left Gray 05 06 07 08 09 10 11 | B01GPF1RCS | US9126291; US9744627 |

| | | | | |
|---|---|---|---|---|
| https://www.amazon.com/BJ0016-NS-Cherokee-Inside-Interior-Passenger/dp/B01GPFI4P6/ref=sr_1_168?ie=UTF8&qid=1526318890&sr=8-168&keywords=CF+advance+jeep | CF Advance | BJ0016-NS Jeep Grand Cherokee Inside Interior Door Handle Passenger Rear Right Gray 05 06 07 08 09 10 11 | B01GPFI4P6 | US9126291; US9744627 |
| https://www.amazon.com/2005-2011-Cherokee-Inside-Handle-DS291-NS/dp/B01MXIAG05/ref=sr_1_115?ie=UTF8&qid=1526318221&sr=8-115&keywords=CF+advance+jeep | CF Advance | For 2005-2011 Jeep Grand Cherokee Inside Door Handle Set 4pcs Beige Chrome Bolt DS291-NS 05 06 07 08 09 10 11 | B01MXIAG05 | US9126291; US9744627 |
| https://www.amazon.com/2005-2011-Cherokee-Inside-Handle-BJ0001-NS/dp/B01N02L2Q9/ref=sr_1_161?ie=UTF8&qid=1526318847&sr=8-161&keywords=CF+advance+jeep | CF Advance | For 2005-2011 Jeep Grand Cherokee Front Left Inside Door Handle Beige Chrome Bolt BJ0001-NS 05 06 07 08 09 10 11 | B01N02L2Q9 | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-INSIDE-HANDLE-CHROME/dp/B01N39YUM3/ref=sr_1_14?ie=UTF8&qid=1526311821&sr=8-14&keywords=CF+advance+jeep | CF Advance | For 06-10 JEEP COMMANDER INSIDE DOOR HANDLE FRONT PAIR Khaki & CHROME BOLT | B01N39YUM3 | US9126291; US9744627 |
| https://www.amazon.com/2006-2010-Commander-Interior-Reinforce-IMPROVED/dp/B06VT9LBYX/ref=sr_1_42?ie=UTF8&qid=1526301340&sr=8-42&keywords=jeep+interior+door+handle | CF Advance | For 2006-2010 Jeep Commander Inside Interior Door Handle FRONT & REAR PART Set 4 PCS Gray Painted with Chrome Lift Reinforce with METAL Support IMPROVED DESIGN 06 07 08 09 2010 | B06VT9LBYX | US9126291; US9744627 |
| https://www.amazon.com/2006-2010-Commander-Interior-Reinforce-IMPROVED/dp/B06VT9LBYX/ref=sr_1_11?ie=UTF8&qid=1526311821&sr=8-11&keywords=CF+advance+jeep | CF Advance | For 2006-2010 Jeep Commander Inside Interior Door Handle FRONT & REAR PART Set 4 PCS Gray Painted with Chrome Lift Reinforce with METAL Support IMPROVED DESIGN 06 07 08 09 2010 | B06VT9LBYX | US9126291; US9744627 |
| https://www.amazon.com/2006-2010-Commander-Interior-Reinforce-IMPROVED/dp/B06W2GX8BD/ref=sr_1_160?ie=UTF8&qid=1526318417&sr=8-160&keywords=CF+advance+jeep | CF Advance | For 2006-2010 Jeep Commander Inside Interior Door Handle FRONT RIGHT Beige Painted Reinforce with METAL Support IMPROVED DESIGN 06 07 08 09 2010 | B06W2GX8BD | US9126291; US9744627 |
| https://www.amazon.com/2006-2010-Commander-Interior-Reinforce-IMPROVED/dp/B06W9FWMZN/ref=sr_1_46?ie=UTF8&qid=1526312930&sr=8-46&keywords=CF+advance+jeep | CF Advance | For 2006-2010 Jeep Commander Inside Interior Door Handle Set 4 PCS Beige Painted Reinforce with METAL Support IMPROVED DESIGN 06 07 08 09 2010 | B06W9FWMZN | US9126291; US9744627 |
| https://www.amazon.com/2006-2010-Commander-Interior-Reinforce-IMPROVED/dp/B06WD1F1GC/ref=sr_1_159?ie=UTF8&qid=1526318417&sr=8-159&keywords=CF+advance+jeep | CF Advance | For 2006-2010 Jeep Commander Inside Interior Door Handle FRONT PAIR Set 2 PCS Beige Painted Reinforce with METAL Support IMPROVED DESIGN 06 07 08 09 2010 | B06WD1F1GC | US9126291; US9744627 |

| | | | | |
|---|---|---|---|---|
| https://www.amazon.com/2006-2010-Commander-Interior-Reinforce-IMPROVED/dp/B06WLHPSP5/ref=sr_1_57?ie=UTF8&qid=152 6317674&sr=8-57&keywords=CF+advance+jeep | CF Advance | For 2006-2010 Jeep Commander Inside Interior Door Handle REAR PAIR Set 2 PCS Beige Painted Reinforce with METAL Support IMPROVED DESIGN 06 07 08 09 2010 | B06WLHPSP5 | US9126291; US9744627 |
| https://www.amazon.com/2006-2010-Commander-Interior-Reinforce-IMPROVED/dp/B06WRNHW2L/ref=sr_1_47?ie=UTF8&qid=1 526312930&sr=8-47&keywords=CF+advance+jeep | CF Advance | For 2006-2010 Jeep Commander Inside Interior Door Handle FRONT LEFT Beige Painted Reinforce with METAL Support IMPROVED DESIGN 06 07 08 09 2010 | B06WRNHW2L | US9126291; US9744627 |
| https://www.amazon.com/2006-2010-Commander-Interior-Reinforce-IMPROVED/dp/B06WV79ZCZ/ref=sr_1_142?ie=UTF8&qid=1 526306216&sr=8-142&keywords=jeep+interior+door+handle | CF Advance | For 2006-2010 JEEP Commander Inside Interior Door Handle FRONT & REAR Set 4 PCS Gray Painted Reinforce with METAL Support IMPROVED DESIGN 06 07 08 09 2010 | B06WV79ZCZ | US9126291; US9744627 |
| https://www.amazon.com/2006-2010-Commander-Interior-Reinforce-IMPROVED/dp/B06WV7PC66/ref=sr_1_158?ie=UTF8&qid=15 26318417&sr=8-158&keywords=CF+advance+jeep | CF Advance | For 2006-2010 Jeep Commander Inside Interior Door Handle REAR PART Set 2 PCS Gray Painted with Chrome Lift Reinforce with METAL Support IMPROVED DESIGN 06 07 08 09 2010 | B06WV7PC66 | US9126291; US9744627 |
| https://www.amazon.com/2006-2010-Commander-Interior-Painted-IMPROVED/dp/B06WV7PDBB/ref=sr_1_157?ie=UTF8&qid=1 526318417&sr=8-157&keywords=CF+advance+jeep | CF Advance | For 2006-2010 Jeep Commander Inside Interior Door Handle FRONT RIGHT Set 2 PCS Gray Painted with METAL Support IMPROVED DESIGN 06 07 08 09 2010 | B06WV7PDBB | US9126291; US9744627 |
| https://www.amazon.com/2006-2010-COMMANDER-Reinforce-Support-IMPROVED/dp/B06WVC8QZF/ref=sr_1_156?ie=UTF8&qid=1 526318417&sr=8-156&keywords=CF+advance+jeep | CF Advance | For 2006-2010 JEEP COMMANDER INSIDE DOOR HANDLE BEIGE REAR LEFT Reinforce with METAL Support IMPROVED DESIGN 06 07 08 09 2010 | B06WVC8QZF | US9126291; US9744627 |
| https://www.amazon.com/2006-2010-COMMANDER-Reinforce-Support-IMPROVED/dp/B06X19NXRH/ref=sr_1_155?ie=UTF8&qid=1 526318417&sr=8-155&keywords=CF+advance+jeep | CF Advance | For 2006-2010 JEEP COMMANDER INSIDE DOOR HANDLE Beige REAR RIGHT Reinforce with METAL Support IMPROVED DESIGN 06 07 08 09 2010 | B06X19NXRH | US9126291; US9744627 |
| https://www.amazon.com/06-10-COMMANDER-Inside-Handle-CR2823E2-N/dp/B0746H7V8P/ref=sr_1_53?ie=UTF8&qid=1526317674&s r=8-53&keywords=CF+advance+jeep | CF Advance | 06-10 JEEP COMMANDER Inside Door Handle Front Right Khaki CR2823E2-N 06 07 08 09 10 | B0746H7V8P | US9126291; US9744627 |
| https://www.amazon.com/05-11-Cherokee-Inside-Handle-BJ0001/dp/B07489Y33W/ref=sr_1_192?ie=UTF8&qid=152630 7595&sr=8-192&keywords=jeep+interior+door+handle | CF Advance | 05-11 Jeep Grand Cherokee Front Left Inside Door Handle Tan Beige BJ0001 05 06 07 08 09 10 11 | B07489Y33W | US9126291; US9744627 |

| | | | | |
|---|---|---|---|---|
| https://www.amazon.com/2006-2010-COMMANDER-INSIDE-HANDLE-FRONT/dp/B0748C2WBQ/ref=sr_1_154?ie=UTF8&qid=15263 18417&sr=8-154&keywords=CF+advance+jeep | CF Advance | For 2006-2010 JEEP COMMANDER INSIDE DOOR HANDLE FRONT RIGHT GRAY | B0748C2WBQ | US9126291; US9744627 |
| https://www.amazon.com/2006-2010-COMMANDER-INSIDE-HANDLE-FRONT/dp/B0748C5KJ7/ref=sr_1_153?ie=UTF8&qid=1526318 417&sr=8-153&keywords=CF+advance+jeep | CF Advance | For 2006-2010 JEEP COMMANDER INSIDE DOOR HANDLE FRONT LEFT GRAY | B0748C5KJ7 | US9126291; US9744627 |
| https://www.amazon.com/2006-2010-JEEP-COMMANDER-INSIDE-HANDLE/dp/B0748CL7KL/ref=sr_1_152?ie=UTF8&qid=1526 318417&sr=8-152&keywords=CF+advance+jeep | CF Advance | For 2006-2010 JEEP COMMANDER INSIDE DOOR HANDLE REAR LEFT GRAY | B0748CL7KL | US9126291; US9744627 |
| https://www.amazon.com/2006-2010-COMMANDER-Reinforce-Support-IMPROVED/dp/B0749BYZPK/ref=sr_1_151?ie=UTF8&qid=15 26318378&sr=8-151&keywords=CF+advance+jeep | CF Advance | For 2006-2010 JEEP COMMANDER INSIDE DOOR HANDLE REAR RIGHT GRAY Reinforce with METAL Support IMPROVED DESIGN 06 07 08 09 10 | B0749BYZPK | US9126291; US9744627 |

# EXHIBIT B

**Infringement Contentions: U.S. Patent No. 9,126,291 and U.S. Patent No. 9,744,627**

By selling a replacement door handle which is a component for use in the patented process of U.S. Patent Nos. 9,126,291 ("the '291 patent") and 9,744,627 ("the '627 patent"), knowing the same to be especially adapted for use in infringement of the patented process, and having no substantial non-infringing uses, CF Advance, is liable at least as a contributory infringer under 35 U.S.C. § 271(c), which states as follows:

> (c) Whoever offers to sell or sells within the United States or imports into the United States a component of a patented machine, manufacture, combination or composition, or a material or apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use, shall be liable as a contributory infringer.

To the extent that CF Advance also provides installation of the CF Advance replacement door handles, CF Advance directly infringes the claims of the '291 patent and the '627 patent.

The CF Advance replacement door handles having part numbers, DS799 or ESUI69E, contributorily infringe the claims of the '291 patent and the '627 patent. See, for example, https://www.amazon.com/CF-Advance-Commander-Inside__handle/dp/B07G5DNLH3/ref=sr_1_3?keywords=cf+advance&qid=_1555084695&s=gateway&sr=8-3 and https://www.amazon.com/05-11-Cherokee-Inside-Handle-Chrome/dp/B01ESUIIM4/ref=lp_14112546011_1_1?srs=14112546011&ie=UTF8&qid=1555084716&sr=8-1.

Other similar parts of CF Advance also contributorily infringe the claims of these patents. Such infringing parts include, without limitation, parts having part numbers: DS289, DS290, DS291, DS291-NS, DS293, DS294, DS296, DS297, DS298, DS300, DS452, DS294, DS294-NS, DS335, DS355, DS357, DS358, DS359, DS366, DS367, DS504, DS505, DS506, DS508, DS512, BJ0001, BJ0002, BJ0002-NS, BJ0003-N, BJ0005, BJ0006-NS, BJ0007-NS, BJ0009, BJ0010-NS, BJ0010, BJ0011, BJ0011-NS, BJ0012, BJ0013-NS, BJ0014, BJ0014-NS, BJ0015, BJ0016, CR2823E, CR2823G, CR2823MG4, CR2823ME1, CR2823ME2, CR2823ME4, CR2823E2-N CR2823E1NS, CR2823E2NS, CR2823E3NS, CR2823E4NS, CR2823G1NS, CR2823G2NS, CR2823G3NS, and CR2823G4NS.

The claims of the Patentee's patented process, and a discussion of how the parts of CF Advance contributorily infringe these claims, are as follows.

## I.   U.S Patent No. 9,126,291

| Claim 1. A method for repairing a broken interior door handle housing on an interior door panel on a door of a vehicle, the broken interior door handle housing integrated into the interior door panel by a plurality of rivets, the interior door panel bearing at least one post extending from the interior door panel through a corresponding aperture in the broken interior door handle housing, the method comprising: | The CF Advance Jeep Grand Cherokee Inside Door Handles and the CF advance Jeep Commander Inside Door Handles are replacement interior door handle housings configured with holes that match the rivet locations and the at least one post. |
|---|---|
| removing the interior door panel from the door; | The interior door panel is removed to install the CF Advance Jeep Grand Cherokee Inside Door Handle and the CF Advance Jeep Commander Inside Door Handle. |
| removing the broken interior door handle housing from the interior door panel by removing the plurality of rivets and detaching the broken interior door handle housing; | The broken door handle housing is removed to install the CF Advance Jeep Grand Cherokee Inside Door Handle and the CF advance Jeep Commander Inside Door Handle. |

| | |
|---|---|
| installing a replacement interior door handle housing on the interior door panel such that the at least one post on the interior door panel extends through an aperture in the replacement interior door handle housing; | The CF Advance Jeep Grand Cherokee Inside Door Handles and the CF Advance Jeep Commander Inside Door Handles are replacement interior door handle housings configured with an aperture such that at least one post on the interior door panel extends through the aperture in the replacement interior door handle housing. |
| placing a retainer over the at least one post on the interior door panel to press the replacement interior door handle housing against the interior door panel; and | The CF Advance Jeep Grand Cherokee Inside Door Handles and the CF Advance Jeep Commander Inside Door Handles are replacement interior door handle housings configured to be pressed against the interior door panel. |
| replacing the interior door panel on the door. | The CF Advance Jeep Grand Cherokee Inside Door Handles and the CF Advance Jeep Commander Inside Door Handles are replacement interior door handle housings configured so that the interior door panel can be replaced on the door. |
| 2. The method of claim 1 wherein the step of removing the broken interior door handle housing from the interior door panel by removing the rivets and detaching the broken interior door handle housing comprises removing the rivets with a drill. | The CF Advance Jeep Grand Cherokee Inside Door Handles and the CF Advance Jeep Commander Inside Door Handles are replacement interior door handle housings configured with holes that match the rivet locations. |
| 3. The method of claim 1 wherein the step of removing the broken interior door handle housing from the interior door panel by removing the rivets and detaching the broken interior door handle housing comprises removing the rivets with a razor knife. | The CF Advance Jeep Grand Cherokee Inside Door Handles and the CF Advance Jeep Commander Inside Door Handles are replacement interior door handle housings configured with holes that match the rivet locations. |
| 4. The method of claim 1 wherein the interior door panel further includes a tab extending from the interior door panel through a corresponding aperture in the broken interior door handle housing, and the step of installing a replacement inte-rior door handle housing on the interior door panel comprises installing the replacement interior door handle housing on the interior door panel such that the tab on the interior door panel extends through an aperture in the replacement interior door handle housing. | The CF Advance Jeep Grand Cherokee Inside Door Handles and the CF Advance Jeep Commander Inside Door Handles are replacement interior door handle housings configured with an aperture to receive the tab so that the tab extends through the aperture. |
| 5. The method of claim 4 wherein the step of installing a replacement interior door handle | The CF Advance Jeep Grand Cherokee Inside Door Handles and the CF Advance Jeep |

| housing on the interior door panel includes drilling a hole in the tab and inserting a cotter pin in the hole to secure the replacement interior door handle housing against the interior door panel. | Commander Inside Door Handles are replacement interior door handle housings configured with an aperture to receive the tab so that the tab extends through the aperture. |
| --- | --- |
| 6. The method of claim 1 wherein the step of installing a replacement interior door handle housing on the interior door panel further includes applying adhesive between the interior door panel and the replacement interior door handle housing. | The CF Advance Jeep Grand Cherokee Inside Door Handles and the CF Advance Jeep Commander Inside Door Handles are replacement interior door handle housings configured to enable application of an adhesive. |

## II.     U.S Patent No. 9,744,627

| Claim 1. A method for repairing a broken interior door handle housing on an interior door panel on a door of a vehicle, the broken interior door handle housing integrated into the interior door panel by a plurality of rivets, the method comprising: | The CF Advance Jeep Grand Cherokee Inside Door Handles and the CF Advance Jeep Commander Inside Door Handles are replacement interior door handle housings configured with holes that match the rivet locations. |
| --- | --- |
| removing the interior door panel from the door; | The interior door panel is removed to install the CF Advance Jeep Grand Cherokee Inside Door Handle and the CF Advance Jeep Commander Inside Door Handle. |
| removing the broken interior door handle housing from the interior door panel by removing the plurality of rivets and detaching the broken interior door handle housing to reveal a plurality of former rivet locations in the interior door panel; | The broken door handle housing is removed to install the CF Advance Jeep Grand Cherokee Inside Door Handle and the CF Advance Jeep Commander Inside Door Handle which are configured with holes to match the rivet locations. |
| installing a replacement interior door handle housing having a plurality of apertures corresponding to at least some of the plurality of former rivet locations on the interior door panel; | The CF Advance Jeep Grand Cherokee Inside Door Handles and the CF Advance Jeep Commander Inside Door Handles are replacement interior door handle housings configured with an aperture such that at least one post on the interior door panel extends through the aperture in the replacement interior door handle housing. |
| installing at least one screw through an aperture in the replacement interior door handle housing and into a former rivet location in the interior door panel to secure the replacement interior door handle housing against the interior door panel; and | The CF Advance Jeep Grand Cherokee Inside Door Handles and the CF Advance Jeep Commander Inside Door Handles are replacement interior door handle housings that include a screw and configured to receive the screw through an aperture into a former rivet location to secure the replacement |

| | interior door handle against the interior door panel. |
|---|---|
| replacing the interior door panel on the door. | The CF Advance Jeep Grand Cherokee Inside Door Handles and the CF Advance Jeep Commander Inside Door Handles are replacement interior door handle housings configured so that the interior door panel can be replaced on the door. |
| 2. The method of claim 1 wherein the step of removing the broken interior door handle housing from the interior door panel by removing the rivets and detaching the broken interior door handle housing comprises removing the rivets with a drill. | The CF Advance Jeep Grand Cherokee Inside Door Handles and the CF Advance Jeep Commander Inside Door Handles are replacement interior door handle housings configured with holes that match the rivet locations. |
| 3. The method of claim 1 wherein the step of removing the broken interior door handle housing from the interior door panel by removing the rivets and detaching the broken interior door handle housing comprises removing the rivets with a razor knife. | The CF Advance Jeep Grand Cherokee Inside Door Handles and the CF Advance Jeep Commander Inside Door Handles are replacement interior door handle housings configured with holes that match the rivet locations. |
| 4. The method of claim 1 wherein the interior door panel further includes a tab extending from the interior door panel through a corresponding aperture in the broken interior door handle housing, and the step of installing a replacement inte-rior door handle housing on the interior door panel comprises installing the replacement interior door handle housing on the interior door panel such that the tab on the interior door panel extends through an aperture in the replacement interior door handle housing. | The CF Advance Jeep Grand Cherokee Inside Door Handles and the CF Advance Jeep Commander Inside Door Handles are replacement interior door handle housings configured with an aperture to receive the tab so that the tab extends through the aperture. |
| 5. The method of claim 1 wherein the step of installing a replacement interior door handle housing on the interior door panel further includes applying adhesive between the interior door panel and the replacement interior door handle housing. | The CF Advance Jeep Grand Cherokee Inside Door Handles and the CF Advance Jeep Commander Inside Door Handles are replacement interior door handle housings configured to enable application of an adhesive. |