**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CF ADVANCE CORP.,**

        **Petitioner,**

**v.**                                                  **Case No:   6:18-cv-1770-Orl-41DCI**

**ZACHARIAH THOMAS THRASHER,**

        **Respondent.**

_____/

**ORDER TO SHOW CAUSE**

    This cause comes before the Court *sua sponte*. On January 24, 2020, in its Order Regarding Settlement Conference ("Order"), the undersigned ordered the parties to provide "a concise confidential statement of the evidence the party expects to produce at trial and a full outline of the settlement negotiations to date, including a copy of Plaintiff's written offer and Defendant's counteroffer outlined above. Each party shall e-mail respective reports to chambers_flmd_Kidd@flmd.uscourts.gov." (Doc. 58 at 1–2.) The parties were to e-mail chambers their respective statement on or before February 19, 2020. (*Id.*) To date, Defendant has not submitted his statement.

    As such it is **ORDERED** as follows:

1. Defendant is **ORDERED** to email the undersigned **on or before 3:00 p.m. on February 20, 2020** its confidential statement that comports with the requirements set forth in the Order (Doc. 58).

2. **On or before 5:00 p.m. on February 21, 2020**, Defendant is **ORDERED TO SHOW CAUSE**, by written response, why it failed to timely submit a confidential statement to the undersigned as required by the Order.

**DONE** and **ORDERED** in Orlando, Florida on February 20, 2020.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties