IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| CF ADVANCE CORP., <br> a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ZACHARIAH THOMAS THRASHER, <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Case No. 6:18-cv-01770-CEM-DC |

**DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE [D.E. 60]**

Defendant, Zachariah Thomas Thrasher ("Thrasher"), by counsel, hereby responds to the Court's February 20, 2020, Order to Show Cause [D.E. 60], and states as follows:

1. As noted in Defendant's Settlement Conference Letter, which has since been transmitted to Magistrate Judge Kidd's chambers, the undersigned unintentionally and inadvertently failed to transmit its Letter by the deadline set forth in the Court's Order Regarding Settlement Conference [D.E. 58].

2. The parties have been actively engaged in settlement discussions as recently as February 19, 2020, and consequently the undersigned initially delayed sending Defendant's Letter to ensure that it could include the most up to date information regarding the status of settlement discussions therein.

3. Thereafter, the undersigned mistakenly believed that the Letter had subsequently been timely transmitted to Judge Kidd, and remained unaware of its mistake until receipt of the instant Order, at which time it transmitted its Letter to Judge Kidd on February 20, 2020, along

with all pertinent information and documentation required by the both the Order Regarding Settlement Conference and the Order to Show Cause.

    4.    Defendant respectfully believes that this issue has now been resolved by the transmission of its Letter, and the undersigned apologizes for its delay and any inconvenience it caused the Court due to its mistake.

Dated: February 20, 2020          Respectfully submitted,

                                                By: */s/ Andrew S. Rapacke*
                                                Attorney for Defendant
                                                THE RAPACKE LAW GROUP, P.A.
                                                Florida Bar No. 0116247
                                                1840 N. Pine Island Road
                                                Plantation, FL 33322
                                                Telephone: (954) 951-0154
                                                Facsimile: (954) 206-0484
                                                Email: andy@arapackelaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 20, 2020, under Federal Rule of Civil Procedure 5, the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send an electronic notice to the following lead counsel of record in this proceeding:

Mark Goldstein
1835 NE Miami Gardens Drive
Suite 211
Miami, Florida 33179
markgoldsteinattorney@gmail.com

Louis R. Gigliotti, Esq.
Louis R. Gigliotti, PA
1605 Dewey Street
Hollywood, Florida 33020
Tel. 954.471.4392
Email: lgigliotti@bellsouth.net

By: */s/ Andrew S. Rapacke*
Florida Bar No. 0116247

3