# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CF ADVANCE CORP.,**

      **Petitioner,**

**v.**                                     **Case No: 6:18-cv-1770-Orl-41DCI**

**ZACHARIAH THOMAS THRASHER,**

      **Respondent.**

| UNITED STATES MAGISTRATE JUDGE: | Embry J. Kidd | COURTROOM: | 4C |
|---|---|---|---|
| DEPUTY CLERK: | T. LeGros | COUNSEL FOR PLAINTIFF: | Louis Raymond Gigliotti, Jr. |
| RECORDING: | Digital | COUNSEL FOR DEFENDANT: | Andrew Scott Rapacke |
| DATE/TIME:<br><br>TOTAL TIME: | February 21, 2020<br>9:37 A.M.- 5:00 P.M.<br>7:23 | | |

## CLERK'S MINUTES
## SETTLEMENT CONFERENCE

Parties present opening statements.
Court begins settlement conference off the record.
The parties attended with appropriate representatives
Conference adjourned at 5:00 P.M.
Settlement conference to continue and will be set by separate notice.