UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.: 6:18-cv-1770-ORL-41DCI

**CF ADVANCE CORP.,**
        Petitioner,

v.

**ZACHARIAH THOMAS THRASHER**,
        Respondent.

_____/

## ATTORNEY LOUIS R. GIGLIOTTI, ESQ.'S MOTION TO WITHDRAW

COMES NOW, Attorney LOUIS R. GIGLIOTTI, ESQ, of LOUIS R. GIGLIOTTI, PA,

and files this Motion to Withdraw, and as for grounds states as follows:.

The undersigned and his law firm have been discharged.  Plaintiff CF Advance Corp. continues

to be represented of record by Mark Goldstein, Esq., and the undersigned was IP Counsel.

WHEREFORE, LOUIS R. GIGLIOTTI, ESQ., and LOUIS R. GIGLIOTTI, PA

respectfully request entry of an Order granting withdrawal

Dated:  June 17, 2020                                     Respectfully submitted,


                                                         By:/s/ Louis R. Gigliotti/

                                                         Louis R. Gigliotti, Esq.
                                                         Florida Bar No.: 71935
                                                         1605 Dewey Street
                                                         Hollywood, FL 33020
                                                         Ph/Fax: (954) 922 8214
                                                         lgigliotti@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via ECF this
17th day of June, 2020, and the client has been directly notified via email.

                                         By:      /s/Louis R. Gigliotti
                                                  Louis R. Gigliotti, Esq.

1