UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

CF ADVANCE CORP.,         )
                          )
    *Plaintiff*,            )
                          )
v.                        )   Case No. 6:18-cv-01770-CEM-DCI
                          )
ZACHARIAH THOMAS THRASHER,)
                          )
    *Defendant*.           )

---

PLAINTIFF'S MOTION TO ADMIT JOHN T. POLASEK PRO HAC VICE

Plaintiff, CF Advance Corp., pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, moves the Court to admit John T. Polasek, Esq., of the law firm Elliott & Polasek, PLLC, 6750 West Loop S., Suite 995, Houston, TX 77401, *pro hac vice*, to appear as co-counsel for Plaintiff and states:

    1. Plaintiff's counsel Mark Goldstein, is a member of good standing of the Florida Bar and the United States District Court for the Middle District of Florida, and maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.

    2. John T. Polasek, of the law firm of Elliott & Polasek, PLLC, is not admitted to practice in the Middle District of Florida.

    3. John T. Polasek is a member in good standing of the State Bar of Texas (Texas Bar #16088590) and the United States District Court for the Eastern and Western Districts of Texas.

    4. John T. Polasek is registered for electronic filing with this Court.

5. John T. Polasek has no other active federal cases or appearances in Florida.

6. John T. Polasek has not been subject to disciplinary proceedings as a member of the bar in any court, nor is any such proceeding pending against him.

7. John T. Polasek has read the Local Rules of the United States District Court for the Middle District of Florida.

8. John T. Polasek will or has already remitted to the Clerk of Court the fee required for Special Admission to the United States District Court for the Middle District of Florida as is required by Local Rule 2.01(d) and will also submit such other documents that are required within the prescribed time period.

WHEREFORE Plaintiff, CF Advance Corp., moves the Court to admit John T. Polasek, Esq., *pro hac vice*.

## CERTIFICATE OF SERVICE

I certify that on June 18, 2020, I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to Andrew Scott Rapacke, Esq., 1836 North Pine Island Road, Plantation, Florida 33322-5202.

/s/ MARK GOLDSTEIN
FL Bar No: 882186
1835 NE Miami Gardens Drive, Suite 211
Miami, Florida 33179
Telephone: (305) 342-4839
E-Mail: markgoldsteinattorney@gmail.com